# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS:** Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak

**DEFENDANTS:** Oak Park River Forest High School Dist 200, Board of Education of Oak Park River Forest H.S. Dist 200, and Illinois State Board of Education

**(b) County of Residence of First Listed Plaintiff:** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Cook
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number):** pro se
Meg Reynolds, 1166 S. Clinton Ave, Oak Park, IL 60304
312-297-1935

**Attorneys (If Known):**

KC FILED
MAR 13 2008
Mar 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Checkbox list of CONTRACT, TORTS, FORFEITURE/PENALTY, BANKRUPTCY, OTHER STATUTES categories - 890 Other Statutory Actions circled]

**08CV1507**
**JUDGE DARRAH**
**MAGISTRATE JUDGE MASON**

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION:** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
IDEA, Sec 504 Rehabilitation Act, ADA
Brief description of cause: appeal of special education due process decision

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** at least $500
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY:** (See instructions) JUDGE _____ DOCKET NUMBER _____

**DATE:** 3/13/08
**SIGNATURE OF ATTORNEY OF RECORD:** Meg Reynolds (pro se)