

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Meg Reynolds  PRO SE
(Please print)

**STREET ADDRESS:** 1166 S. Clinton Ave.

**CITY/STATE/ZIP:** Oak Park, IL 60304

**PHONE NUMBER:** Daytime: 312-297-6935

**CASE NUMBER:** 08CV1507
JUDGE DARRAH
MAGISTRATE JUDGE MASON

_Meg Reynolds_ — Signature

**Date:** 3-13-08

KC FILED
MAR 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT