IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Meg Reynolds, individually and on behalf, of her minor child Tom Reynolds-Ejzak, <br><br>       Plaintiff, <br><br>  v. <br><br> Oak Park-River Forest School District 200, Local School District, Board of Education of Oak Park-River Forest School District No. 200, and The Illinois State Board of Education, <br><br>       Defendants. | Case No. 08-C-1507 <br> Judge John W. Darrah |

## NOTICE OF MOTION

TO:   Meg Reynolds
      1166 South Clinton Avenue
      Oak Park, IL  60304

   PLEASE TAKE NOTICE that on Thursday, March 27, 2008 at 9:00 a.m. we shall appear before the Honorable John W. Darrah, Room 1203 , U.S. District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and present **Defendants' Notice of Motion**, copies of which are hereby served upon you.

                              Oak Park & River Forest High School
                              District No. 200 and Board of Education of
                              Oak Park & River Forest High School
                              District No. 200


                              By:: s/John A. Relias
                                   John A. Relias – 02313081
                                   jar@franczek.com

                              John A. Relias
                              FRANCZEK SULLIVAN P.C.
                              300 South Wacker Drive, Suite 3400
                              Chicago, IL 60605
                              (312) 986-0300
                              Dated:  March 21, 2008

372659.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **Defendants' Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this 21st day of March, 2008:

>Meg Reynolds
>1166 South Clinton Avenue
>Oak Park, IL  60304

I further certify that I mailed a copy of the Notice of Motion to Meg Reynolds by first class postage prepaid U.S. mail on this 21st day of March, 2008.

>By:   s/John A. Relias
>        John A. Relias – 02313081
>        jar@franczek.com

>FRANCZEK SULLIVAN P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60605
>(312) 986-0300

372659.1