IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KC FILED
3-26-2008
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MEG REYNOLDS, individually and )
on behalf of her minor child, TOM )
REYNOLDS-EJZAK, )
)
)
Plaintiff(s), )
) CASE NO. 08 - C - 1507
Vs. )
) Judge John W. Darrah
Oak Park-River Forest School )
District 200, Local School District; )
Board of Education of Oak Park- 
River Forest School District 200; 
and The Illinois State Board of 
Education,

Defendants.

**MOTION FOR CONTINUANCE**

I, Meg Reynolds, individually and on behalf of my minor son Tom, respectfully request that this Court continue the hearing on the Motion to Dismiss filed by Defendants Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200 ("School District"). This hearing is scheduled for March 27, 2008 at 9:00 a.m. before the Honorable John W. Darrah in courtroom 1203.

I am requesting a continuance because I need more time to obtain certain information I have requested from the U.S. Post Office. The information concerns the certified mailing that is the basis of Defendant

1

School District's Motion to Dismiss. Information I have been able to gather to date is described in the Affidavit attached to this Motion.

In addition, I need additional time to prepare and present arguments to this Court showing how the mailing issue represents one of many administrative and procedural failures in the underlying due process case and thus goes to the heart of my Complaint.

I also have a work-related meeting set for that morning that will be difficult to reschedule on such short notice.

In support of this motion I am filing an Affidavit, which is attached and made a part of this Motion.

Dated this 26th day of March, 2008.

Respectfully submitted,

*Meg Reynolds*
Meg Reynolds, pro se and for Plaintiff Tom Reynolds-Ejzak

_Meg Reynolds_
Print Name
1166 South Clinton Avenue
Oak Park, IL 60304
Telephone: 312-297-6935
Fax: 312-297-

E-Mail Address:
megreynolds@sbcglobal.net

STATE OF ILLINOIS)　　　　　　　　　　　　　　**Affidavit to Motion**
　　　　　　　　　SS)　　　　　　　　　　　　　**for Continuance**
COUNTY OF COOK)

### AFFIDAVIT OF MEG REYNOLDS

Meg Reynolds, being first duly sworn, deposes and states as follows:

1. That I am the mother of Tom Reynolds-Ejzak, a minor child with disabilities; a *pro se* Plaintiff in Case No. 08 CV 1507 brought in the U.S. District Court for the Northern District of Illinois; and the petitioner in the underlying administrative matter titled Tom Reynolds-Ejzak v. Oak Park-River Forest School District 200, Case No. 2008-80100, Illinois State Board of Education.

2. That I have requested a continuance of the hearing scheduled for March 27, 2008 at 9 a.m. by School District's counsel on its Motion to Dismiss due to work-related conflicts on that morning that I have not yet been able to re-schedule.

3. That opposing counsel did not check with me first about whether I might have a conflict with the March 27, 2008 hearing date.

4. That I also need more time to obtain certain additional information from the U.S. Postal Service concerning the certified mailing that forms the basis of the School District's Motion to Dismiss.

5. That the following Paragraphs 6 through 17 below describe certain significant events concerning such certified mailing that I have learned to date:

6. That on October 3, 2007, due to problems with certified mail delivery in my hometown, I asked ISBE's Due Process Coordinator, and the Due Process Coordinator agreed, to *send all future correspondence to me at my business address at 225 N. Michigan Ave., Chicago 60601.* I sent a follow-up e-mail confirming this. See E-mail Letter from Meg Reynolds to Andrew Eulass, Due Process Coordinator, dated October 3, 2007, attached to this Affidavit as Item 1.

7. That I know that hearing officer Sheana Hermann was indeed aware of this change of address because she addressed a letter to me at 225 N. Michigan Ave. in Chicago, which I found on the ISBE special education website. (The letter was posted on the website but never mailed to me – or at least I never received it in the mail.) See Letter addressed to Meg Reynolds found on ISBE website in late October 2007, attached to this Affidavit as Item 2.

8. That notwithstanding my request to have all correspondence concerning this due process matter sent to me at my office address in Chicago, records show that the hearing officer sent her ruling on my due process complaints via certified mail to my home address in Oak Park rather than my designated address in Chicago.

9. That due to problems with certified mail that I had previously reported to the Due Process Coordinator in requesting a change of address in early October 2007, *the hearing officer's certified mailing to me at the wrong address was never delivered.*

10. That Item 3 attached to this Affidavit is a true and correct copy of the tracking statement for that certified mailing that the U.S. Postal Service provided to me on March 24, 2008.

11. That such tracking statement shows that the certified mailing that forms the basis of Defendant School District's Motion to Dismiss was actually "returned to sender" on December 5, 2007 and never reached me — thus I did not know the date of mailing until later.

12. That Item 4 attached to this Affidavit is a true and correct copy of the certified mail notice left for me at my home alerting me to certified mail from ISBE hearing officer Sheana Hermann on November 19, 2007. I do not remember receiving any other certified mail notice at my home in November or December 2007 from hearing officer Sheana Hermann.

13. That the tracking statement, the certified mail notice and the E-mail letter to the Due Process Coordinator together (Items 3, 4 and 1, respectively) show that the certified mailing was not in fact mailed to me at my "stated address" as sworn by

Sheana Hermann in her Certificate of Service. In fact, it was sent via certified mail *to the wrong address* rather than my designated address at 225 N. Michigan Ave., Chicago 60601 -- and thus it never reached me.

14. That Item 5 attached to this Affidavit is a true and correct copy of the certified mail notice I received at my home in Oak Park on November 19, 2007 alerting me to certified mail from ISBE hearing officer Sheana Hermann. I do not remember receiving any other certified mail notice at my home in November or December 2007 from hearing officer Sheana Hermann.

15. That although I signed the back of the certified mail notice received November 19, 2007 and placed it outside for the postman as directed, the certified mail letter was not delivered.

16. That because the ruling was never mailed to me, I unwittingly attended a scheduled mediation with School District on November 15, 2007 two days after the hearing officer apparently issued her ruling. See Mediation Records attached as Item 6 to this Affidavit.

17. That I did not obtain and read a copy of the hearing officer's ruling until well after the November 15, 2007 mediation, when I found it on the ISBE special education website and printed it.

18. That I need additional time to obtain more records from the U.S. Postal Service to defend against School District's Motion to Dismiss.

19. That I phoned and e-mailed the attorney for Defendant School District in an effort to re-schedule the March 27, 2007 hearing on his Motion to Dismiss, but was unsuccessful as of this writing.

20. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Meg Reynolds

Subscribed and sworn to before me

This 24th day of March 2008

_____

"OFFICIAL SEAL"
Jaime Esparza
Notary Public, State of Illinois
My Commission Expires June 22, 2009

Notary Public

**Date:** Wed, 3 Oct 2007 14:01:20 -0700 (PDT)

**From:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**Subject:** Deadlines? Pls advise

**To:** aeulass@isbe.net, MALONG@isbe.net

*Item 1*

Dear Mr. Eulass:

I'm writing to confirm that I did not receive the certified mail letter and documents you sent to me until this afternoon, October 3, 2007. They were dated September 27, 2007.

I was able to access them online at about 2:30 or 3 p.m. today after Mary Long in your office was kind enough to give me a password to these documents on the ISBE website.
I had not yet received the certified mail letter because I was at work when it was supposed to be delivered. I received a certified mail receipt, but I work downtown during the days and cannot get home before 5 p.m. (when the local post office closes) to pick up a certified mail letter. In Oak Park, it takes a long time to get the post office to re-deliver a certified mail letter. So in the future, I would appreciate your sending correspondence to me at my work address, which I gave to Ms. Long.

I also want to confirm that I left a voicemail for Mr. Jim Wolter, the assigned due process hearing officer, at the phone number that Ms. Long gave to me asking him to recuse himself. I requested this because of his 15-year prior client relationship with John Relias, the school district's attorney in my case. Information on this relationship appears on the ISBE website.

I have not yet heard back from Mr. Wolter but am concerned about deadlines here (for requesting a change of hearing officer, resolution session, mediation, etc.) since I just received your letter and attachments today.

If there is a deadline approaching that I don't know about, would you please contact me ASAP? I can be reached at 312-297-6935 during the day. You can leave a message.

Thanks very much.

Sincerely,

Meg Reynolds

**Sheana C. Hermann**
**Due Process Hearing Officer**
736 North Western Avenue
PMB 148
Lake Forest, Illinois 60045
(773) 490 – 7392

**RECEIVED**
OCT 2 2 2007
SPECIAL EDUCATION
SERVICES

**Via Next Day Mail Proper Postage Paid**

October 18, 2007

Ms. Meg Reynolds
225 North Michigan Avenue
Chicago, Illinois 60601

Mr. John A. Relias
Franczek Sullivan P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606

(Item 2)

RE: Tom Reynolds-Ejzak vs. River Forest SD 200, Case Number 2008 - 0100

Dear Ms. Reynolds and Mr. Relias:

As you both are aware, I have been assigned this case. It is my understanding that the District has filed a motion to dismiss and for summary judgment. I will grant Ms. Reynolds until October 29, 2007 to file her response. I will render my ruling on the District's motion on or before November 5, 2007. I am striking the previously scheduled pre-hearing conference of October 25, 2007.

It is also my understanding that the parties are engaging in State sponsored mediation.

In the meantime, please do not hesitate to contact me with any questions; however, I am prohibited from engaging in ex parte communication.

Sincerely,


Sheana Hermann
Impartial Due Process Hearing Officer
Cc. Mr. Andrew Eulass, Due Process Coordinator, Illinois State Board of Education




Item 3

### Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7006 0810 0002 7108 0369 | | **Service Calculation Acceptance Date/Time:** 11/13/2007 14:04 | |
| **Destination** | **ZIP Code:** 60304 | **City:** OAK PARK | **State:** IL |
| **Origin** | **ZIP Code:** 60045-9998 | **City:** LAKE FOREST | **State:** IL |

**Class:** First Class
**Anticipated Delivery Date:** 11/14/2007
**Weight:** 0 lb(s) 2 oz(s)     **Postage:** $0.58
**Record Restored on 03/24/2008**
**Delv Rqmt:** Normal     **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7006 0810 0002 7108 0369 | $2.65 |
| RETURN RECEIPT | | $2.15 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/05/2007 11:11 | LAKE FOREST, IL 60045 | 030SHNC698 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| UNCLAIMED | 11/30/2007 15:28 | OAK PARK, IL 60304 | 030SHMF715 |
| NOTICE LEFT | 11/14/2007 12:58 | OAK PARK, IL 60304 | 030SHMF881 |
| ACCEPT OR PICKUP | 11/13/2007 14:04 | LAKE FOREST, IL 60045 | |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[            ]

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry
Item Number: 7006 0810 0002 7108 0369

**This item was delivered on 12/05/2007 at 11:11**

| | Delivery Section |
|---|---|
| Signature: | [signature] RETURNED UNUSED |
| Address: | 131 · WESTON |

Enter Request Type and Item Number:

Quick Search ⦿   Extensive Search ○

Explanation of Quick and Extensive Searches

[ ]

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Item 4

United States Postal Service
**Sorry We Missed You! We'll Deliver for You**

Today's Date: 11-19   Sender's Name: S Hemann

Item is at: ✓ Post Office (See back)

Available for Pick-up After
Date: _____ Time: _____

We will redeliver or you or your agent ca pick up. See reverse

For Delivery: (Enter total number of items delivered by service (type))
✓ Letter
— Large envelope, magazine, catalog, etc.
— Parcel
— Restricted Delivery
— Perishable Item
— Other:

For Notice Left: (Check applicable item)
— Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it)
✓ Certified
— Recorded Delivery
— Firm Bill
— Registered
— Insured
— Return Receipt for Merchandise
— Delivery Confirmation
— Signature Confirmation

☐ if checked, you or your agent must be prese at time of delivery to sign for item

Article Number(s): 7006 0810 0002 7108 0369

Notice Left Section
Customer Name and Address: M Reynolds
1166 S Clinton Ave
Delivered By and Date

Article Requiring Payment
☐ Postage Due  ☐ COD  ☐ Customs   Amount Due: $
☐ Final Notice: Article will be returned to sender on 11/27

PS Form 3849, November 1999
Delivery Notice/Reminder/Recei

708-660-0903

Meg Reynolds

**Sorry We Missed You! We'll Deliver for You**

| Item is at: ☑ Post Office (See back) | Available for Pick-up After | | We will redeliver or you or your agent ca pick up. See reverse |
|---|---|---|---|
| | Date: | Time: | |

☑ If checked, you or your agent must be present at time of delivery to sign for item

☑ Letter
___ Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

**For Delivery:** (Enter total number of items delivered by service type)
**For Notice Left:** (Check applicable item)

___ Express Mail (We will attempt to deliver on the next delivery day unless you instruct the post office to hold it)
___ Certified ✓
___ Recorded Delivery
___ Firm Bill

___ Registered
___ Insured
___ Return Receipt for Merchandise
___ Delivery Confirmation
___ Signature Confirmation

Article Number(s)
7006 0810 0002 7108 0369

**Notice Left Section**
Customer Name and Address
M Reynolds
1166 S Clinton A/C

Delivered By and Date

Article Requiring Payment | Amount Due
☐ Postage Due  ☐ COD  ☐ Customs | $

☑ Final Notice: Article will be returned to sender on  11/27

PS Form **3849**, November 1999                    Delivery Notice/Reminder/Receipt

(Items)

708-660-6903

Meg Reynolds



# Illinois State Board of Education

100 North First Street • Springfield, Illinois 62777-0001
www.isbe.net

Rod Blagojevich
Governor

Jesse H. Ruiz
Chairman

Christopher A. Koch, Ed.D.
State Superintendent of Education



## Mediation Result

### Special Education Mediation

**Student:** Tom Reynolds-Ejzak  **District:** OAK PARK - RIVER FOREST SD 200

**Case #:** 2008-0100  **Mediation Date:** 11/15/2007  **Time:** 8:30 AM

**Location:** Oak Park River Forest SD 300 201 N. Scoville Ave Oak Park

**Facilitated by Mediator:** Christine Pistone

__ Mediation was held, but no agreement was reached.
__ Mediation was held and the following agreement was reached:

### Mediation Agreement

We, the undersigned, having participated in a voluntary mediation session regarding the above named student, and being satisfied that the provisions of the resolution of our dispute are fair and reasonable, hereby agree to abide by and fulfill the following:

*Unable to be mediated*

We understand that this written agreement is enforceable in any state court of competent jurisdiction or in a district court of the United States. [20 USC Sec 1415(e)(2)(F)]

We pledge that all discussions that occurred during the mediation process shall be confidential and may not be used as evidence in any subsequent due process hearing or civil proceeding, unless said civil proceeding is for the purpose of enforcing this agreement.

X _Meg Reynolds_ _____    _[signature]_____
Parent/Guardian Signature        District Representative Signature

                                  _[signature]_  11/15/07
Title              Date           Title          Date



# Illinois State Board of Education

100 North First Street · Springfield, Illinois 62777-0001
www.isbe.net

Rod Blagojevich
Governor

Jesse H. Ruiz
Chairman

Christopher A. Koch, Ed.D.
State Superintendent of Education

# Waiver

## Special Education Mediation

**Student:** Tom Reynolds-Ejzak  **District:** OAK PARK - RIVER FOREST SD 200

**Case #:** 2008-0100  **Mediation Date:** 11/15/2007  **Time:** 8:30 AM

**Location:** Oak Park River Forest SD 300 201 N. Scoville Ave  Oak Park

**Facilitated by Mediator:** Christine Pistone

Since the mediator is not a party to this action, has no independent knowledge, or expertise as to this case, and in order to preserve the integrity of, and confidence in, the mediation process the parties below waive any and all right(s) that they may have to compel the mediator to: (a) appear at any subsequent *administrative or civil proceeding* on the issues that are a subject matter of the mediation; and (b) discussions that occur during mediation shall be confidential and may not be used as evidence in any subsequent due process hearings or civil proceedings

*We agree that we will not compel the mediator to appear at any subsequent administrative or civil proceeding arising from this dispute.*

_____
Parent(s)/Guardian Signature

_____
District Representative Signature

11·15·07
Date

Director of Special Education
Title

11·15·07
Date



# Illinois State Board of Education

100 North First Street • Springfield, Illinois 62777-0001
www.isbe.net

Rod Blagojevich
Governor

Jesse H. Ruiz
Chairman

Christopher A. Koch, Ed.D.
State Superintendent of Education

## Mediation Record

### Special Education Mediation

**Student:** Tom Reynolds-Ejzak  **District:** OAK PARK - RIVER FOREST SD 200

**Case #:** 2008-0100  **Mediation Date:** 11/15/2007  **Time:** 8:30 AMf

**Location:** Oak Park River Forest SD 300 201 N. Scoville Ave Oak Park

**Facilitated by Mediator:** Christine Pistone

**Participants:** Prior to the beginning of mediation, each individual is required to verify their attendance by signature and title (or relationship to the student). *Each party is reminded that that all discussions that occur during the mediation process must remain confidential and may not be used as evidence in any subsequent due process hearing or civil proceeding.*

_[signature]_
Name/Title

_Meg Reynolds / parent_
Name/Title

_Linda Cada Director_
Name/Title

_Philip Prale / Asst Spt. C+I_
Name/Title

_[signature] Superintendent_
Name/Title

Name/Title

Name/Title

Name/Title

Name/Title