MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Meg Reynolds individually &
on behalf of her **PLAINTIFF** minor child,
Tom Reynolds-Ejzak

VS.

Oak Park-River Forest School Dist 200
et al, **DEFENDANT**

CASE NO. 08-C-1507

KC **F I L E D**
3-26-2008
MAR 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: ① for Oak Park. River Forest Sch. Dist:
John A. Relias
Franczek Sullivan. P.C.
300 South Wacker Drive
#3400, Chicago, IL 60605

② Darren Reisberg,
General Counsel
Illinois State Bd of Educ.
Chicago, IL

On _March 27_, at _9_ a.m. / p.m. or as soon thereafter as

counsel may be heard, I shall appear before the Honorable _Judge Darrah_ in

Courtroom_____ at the United States District Court Northern District of Illinois, Eastern Division,

219 South Dearborn Street, Chicago, Illinois, and present _Motion for Continuance_
_and Affidavit_

for certified mail:
Meg Reynolds
c/o BCBSA - Personal
225 N. Michigan Ave.
Chicago, IL 60601

Name _Meg Reynolds_
Address _1166 S. Clinton Ave._
City / Zip _Oak Park, IL 60304_
Telephone _312-297-6935_

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the _26th_ day of _March_, _2008_

I served a copy of this notice to each person whom it is directed by way of _~~electronic~~ fax_

_Meg Reynolds_
**SIGNATURE/CERTIFICATION**

_3 26 08_
**DATE**

CREATED ON 2/22/02