Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1507 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Meg Reynolds vs. Oak Park River Forest School District 200 | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss the amended complaint [9] is entered and briefed as follows: response by 4/10/08, reply by 4/24/08. Status hearing set for 5/28/08 at 9:00 a.m. Plaintiff's motion for a continuance is moot [13].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|