IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak, | ) ) ) | No. 08 C 1507 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Hon. John W. Darrah |
| Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200; and the Illinois State Board of Education, Defendants. | ) ) ) ) ) ) | Magistrate Judge Mason |

### MOTION FOR EXTENSION OF TIME FOR ILLINOIS STATE BOARD OF EDUCATION TO FILE ADMINISTRATIVE RECORD

Defendant, Illinois State Board of Education ("ISBE"), by and through their attorney, Lisa Madigan, Illinois Attorney General, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves this Honorable Court for an extension of time to file the administrative record of proceedings. In further support thereof, Defendant ISBE states as follows:

1. Plaintiff filed this lawsuit on March 13, 2008, and filed an Amended Complaint on March 18, 2008. Defendant ISBE currently has until April 8, 2008, to answer or otherwise plead to the Amended Complaint. ISBE plans to file the underlying record as its answer.

2. Defendant ISBE is currently preparing the record of administrative proceedings and transcribing same from the hearing officer. ISBE will mail the completed record from Springfield, Illinois, in approximately four weeks.

3. This motion is not being brought for dilatory purposes.

4. Counsel for ISBE, Rachel Fleischmann, AAG, left phone messages for both the Counsel for the Defendants and for the Plaintiff, Meg Reynolds, on April 7, 2008, and

received responses from both parties. Counsel for the other Defendants does not object to this Motion for Extension of Time. The Plaintiff, Meg Reynolds, does object to the request for an extension of time to file the administrative record.

WHEREFORE, the Defendant ISBE respectfully requests that this Honorable Court extend the time in which the Defendant ISBE can file the record of administrative proceedings until May 6, 2008.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois


 /s/ Rachel Fleischmann
RACHEL FLEISCHMANN
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
312-814-6122 phone
312-814-4425 fax