# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak,  ) ) ) | No. 08 C 1507 |
| Plaintiffs, ) ) | |
| v. ) ) | Hon. John W. Darrah |
| Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200; and the Illinois State Board of Education, Defendants. ) ) ) ) ) | Magistrate Judge Mason |

## NOTICE OF MOTION

To:  Meg Reynolds                John Alexis Relias
     1166 S. Clinton Ave.        Franzcek Sullivan P.C.
     Oak Park, IL 60304          300 S. Wacker Dr., Suite 3400
                                 Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Tuesday, April 15, 2008, at 9:00 am or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or whomever may be sitting in his stead, Room 1203 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION FOR EXTENSION OF TIME FOR ILLINOIS STATE BOARD OF EDUCATION TO FILE ADMINISTRATIVE RECORD**.

Respectfully submitted,

LISA MADIGAN                         /s/ Rachel Fleischmann
Attorney General of Illinois         Rachel Fleischmann
                                     Assistant Attorney General
                                     Office of the Illinois Attorney General
                                     100 W. Randolph Street, 13th Floor
                                     Chicago, Illinois 60601
                                     312-814-6122

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008, I electronically filed the foregoing motion with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. I also mailed a paper copy to all parties of record, postage paid, via the U.S. Mail, deposited in the mailbox at 100 W. Randolph Street, Chicago, Illinois, 60604.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | /s/ Rachel Fleischmann<br>Rachel Fleischmann<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 W. Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>312-814-6122 |