AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak, Plaintiffs

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Oak Park River Forest School Dist. 200, Local Sch Dist; Board of Education of Oak Park River Forest Sch. Dist 200; and The Illinois State Board of Education

CASE NUMBER: **08CV1507**
ASSIGNED JUDGE: **JUDGE DARRAH**
DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Superintendent Attila Weninger
Oak Park River Forest School Dist 200
201 N. Scoville
Oak Park, IL 60302

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meg Reynolds (pro se)
1166 S. Clinton Ave.
Oak Park, IL 60304

an answer to the complaint which is herewith served upon you within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 13 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT)   Juan Acevedo | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 201 N. Scoville
Oak Pk Il 60302

☐ ~~Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age~~ and ~~discretion then residing therein.~~
Name of person with whom the summons and complaint were left: Gale Kalmerton

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-19-08
                    Date                Signature of Server

                                         10704 W. Higgins Rd #200 60018
                                         Address of Server

FILED
J N
APR 1 0 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.