AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak,

Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

Oak Park-River Forest School Dist. 200, Local School Dist; Board of Education of Oak Park-River Forest School Dist. 200; and The Illinois State Board of Education

CASE NUMBER: **08CV1507**
ASSIGNED: **JUDGE DARRAH**
DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Board of Education of Oak Park-River Forest School District 200
Jacques Conway, School Board President
Oak Park-River Forest High School
201 N. Scoville Ave.
Oak Park, IL 60302

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meg Reynolds (pro se)
1166 S. Clinton Ave.
Oak Park, IL 60304

an answer to the complaint which is herewith served upon you within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK
KRYSTEN COPPOLETTA

MAR 13 2008

(By) DEPUTY CLERK                                                                  DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-19-08 |
| NAME OF SERVER *(PRINT)* Juan Acevedo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 201 Scoville Oak Park Il 60302

☐ ~~Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable~~ age and ~~discretion then residing therein.~~

Name of person with whom the summons and complaint were left: Gale Kalmerton

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-19-08
             *Date*

*Signature of Server*

Address of Server: 10700 W. Higgins Rd 60018

FILED
J.N  APR 10 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.