AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Sizak

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Oak Park River Forest School District 200, Local School District; Board of Education of Oak Park River Forest School District 200; and The Illinois State Board of Education

CASE NUMBER: 08CV1507
ASSIGNED JUDGE: JUDGE DARRAH
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Illinois State Board of Education
Darren Reisberg, General Counsel
100 W. Randolph St. #14-300
Chicago, IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meg Reynolds (pro se)
1166 S. Clinton Ave.
Oak Park, IL 60304

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAR 13 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/19/08 |
| NAME OF SERVER (PRINT) Daniel N. Hernandez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 100 W. Randolph Chicago, Il

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: LaDonna Perry

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/08
            Date                 Signature of Server

10700 W. Higgins Rosemont IL, 60018
Address of Server

FILED
J.N
APR 10 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.