# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1507 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Reynolds vs. Oak Park River Forest School District 200 | | |

**DOCKET ENTRY TEXT**

Defendants' motion for an extension of time to file an administrative record is granted to 4/25/08 [16]. Plaintiff's motions for an extension of time are denied as moot [19, 20].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|