# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak, | ) ) ) | No. 08 C 1507 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Hon. John W. Darrah |
| Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200; and the Illinois State Board of Education, Defendants. | ) ) ) ) ) ) | Magistrate Judge Mason |

## DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S ANSWER

Defendant, Illinois State Board of Education, by and through its attorney, Lisa Madigan,

Illinois Attorney General, and for its Answer to the Amended Complaint and pursuant to 20

U.S.C. §1415(i)(2)(C), submits the Administrative Record in this matter, consisting of one

volume and encompassing a Certification of Record and pages numbered 000001 - 000236.


LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

By:    /s/ Rachel Fleischmann
        RACHEL FLEISCHMANN
        Assistant Attorney General
        Office of the Illinois Attorney General
        100 West Randolph Street, 13th Floor
        Chicago, Illinois 60601
        312- 814-6122 phone
        312-814-4425 fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, states that a copy of the attached Answer was served this 18th day of April 2008 by electronic filing pursuant to Rule XI of this Court's General Order on Electronic Case Filing upon the following:

John Alexis Relias
Franczek Sullivan P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606

and by U.S. Mail upon:

Meg Reynolds
1166 S. Clinton Ave.
Oak Park, IL 60304

By:    _/s/ Rachel Fleischmann_
RACHEL FLEISCHMANN
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
312- 814-6122 phone
312-814-4425 fax

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Meg Reynolds, individually and on behalf of her minor child, Tom Reynolds-Ejzak, | ) ) ) | No. 08 C 1507 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Hon. John W. Darrah |
| Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200; and the Illinois State Board of Education, | ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## ADMINISTRATIVE RECORD

**Volume 1 of 1**

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

By:   /s/ Rachel Fleischmann
        RACHEL FLEISCHMANN
        Assistant Attorney General
        Office of the Illinois Attorney General
        100 West Randolph Street, 13th Floor
        Chicago, Illinois 60601
        312- 814-6122 phone
        312-814-4425 fax



# Illinois State Board of Education

100 North First Street • Springfield, Illinois 62777-0001
www.isbe.net

**Rod Blagojevich**
*Governor*

**Jesse H. Ruiz**
*Chairman*

**Christopher A. Koch, Ed.D.**
*State Superintendent of Education*

---

| | |
|---|---|
| Tom Reynolds-Ejzak | ) |
| | ) |
| vs. | )  No. 2008-0100 |
| | ) |
| Oak Park River Forest #200 | ) |

### <u>Certification of Record</u>

I, Andrew Eulass, Due Process Coordinator for the Illinois State Board of Education (ISBE), certify that the attached is an accurate copy of the administrative record maintained by the Illinois State Board of Education in the above-listed matter.

Andrew Eulass
**Due Process Coordinator**
**Illinois State Board of Education**

4/8/2008
Date

**Sheana C. Hermann**
**Due Process Hearing Officer**
**736 North Western Avenue**
**PMB 148**
**Lake Forest, Illinois 60045**
**(773) 490 – 7392**
**FAX: (847) 615 – 0464**

**Via UPS Proper Next Day Postage Paid**

November 13, 2007

Mr. Andrew Eulass
Illinois State Board of Education
Due Process Coordinator
100 North First Street
Springfield, Illinois 62777-0001

RE: Tom Reynolds-Ejzak vs. River Forest SD 200, Case Number 2008 - 0100

Dear Mr. Eulass:

Please find enclosed a copy of my order dismissing for summary judgment in this matter along with the accompanying evidence documents.

Please do not hesitate to call me with any questions.

Sincerely,

Sheaha Hermann
Impartial Due Process Hearing Officer
Enclosure

ILLINOIS STATE BOARD OF EDUCATION

RECEIVED

NOV 1 4 2007

SPECIAL EDUCATION
SERVICES

Tom Reynolds-Ejzak,  )
    Student,  )
   )
v.  )    Case No. 2008-0100
   )
Oak Park - River Forest SD 200,  )    Sheana C. Hermann
    Local School District.  )    Impartial Hearing Officer
   )
   )

## ORDER ON DISTRICT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

This matter comes before this Impartial Due Process Hearing Officer on Oak Park and River Forest School District 200's ("District") Motion to Dismiss and For Summary Judgment, the District represented by its attorney John Relias of Franczek Sullivan, P.C., the Parent, Meg Reynolds, representing the above referenced Student ("Student"), parties having submitted briefs and supporting documentation;

**IT IS HEREBY ORDERED:**
1. District's Motion to Dismiss with Prejudice is granted;
2. District's Motion For Summary Judgment is granted;
3. Parent's request to Amend the Complaint is denied; and
2. The District is not required to take any further action in this matter.

**Background**

The Student is currently a high school student at the District school. His birth date is 5/26/1990. The Student has been identified as having a disability which qualifies for protection under the Individuals with Disabilities Improvement Act (IDEIA). The Parent filed a Due Process Hearing Request dated September 21, 2007 which was received by the Illinois State Board of Education (ISBE) on September 27, 2007 (See Attached Complaint). In her complaint the Parent states as follows:

*"Description of Dispute(s)*
-Retaliation, threats and interference by Special Ed and regular education staff in response to my requests for my child's IEP accommodations, including:

    -Special Ed director's telephone harassment and threats necessitating police reports to stop it (repeated calls, threatening to confront the chief officer at my workplace, threatening to come downtown to confront me in the workplace, threatening to schedule illegal IEP meetings on 2 days' notice), **September 2005;**
    -Retaliation by Special Ed staff by initiating contact with my ex-husband (to invite

him to my child's IEP meeting though he has no legal decision making authority for child's education), and similar incidents, **2006-2007 school year**
-Teacher manipulation of my child's grades to reflect "As" and "Bs" where my child did not complete reading or homework assignments (because he did not have written assignment information as required by his IEP), **2005-2006 school year.**

-Failure by District 200 School Board to oversee, investigate and take any formal action regarding Special Ed director's retaliation, misconduct and refusal to provide IEP accommodations, not withstanding parent's entreaties and repeated communication that child's accommodations were not being provided, **September 2005-June 2007.**

-Retaliation by my child's teachers against me and my child for my attempts to obtain child's IEP accommodations (including withholding requested assignment information for extended periods, though this information would have been freely given to a parent of another student; inviting me to take my child out of their class; sending me offensive messages, etc.), **August – December 2005.**

-Failure and refusal to consistently implement child's IEP "notetaker" accommodation in a manner that met his needs for daily comprehensive, detailed written information recording the discussion and activities in his academic classes and daily detailed written assignment information, **2005-2006 school year.**

-Failure to implement an effective system for effectively and meaning fully delivering this accommodation on a daily basis to my son, **2005-2006, 2006-2007 school years.**

-Refusal and failure to memorialize IEP team's agreements from **January 2006 IEP meeting** in IEP paperwork subsequently given to parent (Special Ed director refused to provide it at the meeting).

-Failure to consider the child's needs and anticipated needs and to revise the IEP to address information about the child provided by the parent, **January 2006 IEP meeting,."**

The District filed its response and Motion to Dismiss and for Summary Judgment on October 1, 2007. (See attached District's Response and Motion). In its response the District reiterated the issues combining the last two issues. The Parent filed her reply on November 5, 2007. In her reply the Parent also states she wishes to amend her complaint to include the current school year. That request is denied.

**Conclusion**

Based upon review of the briefs submitted by the parties, written documentation, and case law the District's Motion to Dismiss and for Summary Judgment is granted.

**Motion to Dismiss Issues One Through Three**

The District is correct in its analysis of IDEIA's Federal Regulation at 34 CFR Section 300.507(a)(1) which states:

> A parent or a public agency may file a due process complaint on any of the matters described in Section 300.503(a)(1) [relating to the identification, evaluation or educational placement of a child with a disability or the provision of FAPE to the child].

In her first three issues, the Parent is requesting relief on the basis of retaliation along with the School Board's failure to take action to the retaliation. The Parent fails to state a cause of action under IDEIA in which this hearing officer has jurisdiction or can grant relief.

**Summary Judgment of the Remaining Issues**

The fourth and fifth issues as stated by the parent have already been litigated by the United States Department of Education, Office for Civil Rights ("OCR") and by ISBE. On December 18, 2006 OCR issued a decision that the District did not fail to implement the IEP for the 2005-2006 school year and the Parent failed to establish a prima facie case of retaliation. (See SD Ex. A). ISBE's decision found that the District met the required note taking provision of the Student's IEP and concluded that the Student was making progress through his IEP. (See SD. Ex. B).

As to the last two issues, again ISBE rendered a ruling on March 17, 2006 that the District had met with the Parent and her attorney at the time, and provided a clearly defined note taking policy (See SD. Ex. H.).

What is most relevant from the rulings by OCR and ISBE, is their finding of fact. Both OCR and ISBE have made findings that the District has complied in its note taking requirement and that the Student is making progress in his program. There is no issue as to these facts from these reviewing boards. The Parent has failed to bring any further evidence that would bring these conclusions into question.

Further both the District and the Parent has provided evidence that the Student is benefiting from his education. Both Parent and the District have provided documentation that the Student is mainly receiving "A's" and "B's." (See SD Ex. E and F). The Parent provided a copy of the Student's AP College English class grade in which his cumulative grade is a "C." (See P Ex. 8). Based upon the previous rulings and the documents provided by the parties showing that the Student is more than adequately progressing in his classes, it is clear that the Student is receiving an educational benefit as required by IDEIA and case law as prescribed by the landmark case, *Board of Education if the Hendrick Hudson Central School District v. Rowley,* 553 IDELR 656 (U.S. 1982).

**Conclusion**

Parents issues one through three do not state a cause of action under 34 CFR Section 300.507(a)(1) in which this hearing officer has jurisdiction or can provide relief as those issues relate to retaliation. The District is entitled to summary judgment to the remaining issues as the previous fact finding decisions and the documentation show the Student made adequate progress for the 2005-2006, 2006-2007 school years pursuant to IDEIA and *Rowley* and the District is implementing the Student's IEP note taking provision.

**Finality of Decision:**
This order shall be binding upon all parties.

**Right To Request Clarification**
Either party may request clarification of this order by submitting a written request for such clarification to the undersigned hearing officer within five (5) days of receipt of this decision. The request for clarification shall specify the portions of the order for which clarification is sought, and a copy of the request shall be mailed to the other party(ies) and to the Illinois State Board of Education. **The right to request such a clarification does not permit a party to request reconsideration of the order itself, and the hearing officer is not authorized to entertain a request for reconsideration.**

**Right to File Civil Action:**
Any party to this hearing aggrieved by the final order has the right to commence a civil action with respect to the issues presented. Pursuant to 105 ILCS 5/14-8.02(i), that civil action shall be brought in any court of competent jurisdiction within 120 days after this order was mailed.

**Date of Order:**
This Order rendered this 13th day of November 2007.

Entered:

Sheana Hermann
Impartial Due Process Hearing Officer

## CERTIFICATE OF SERVICE

The undersigned hearing officer certified that she served copies of the aforesaid Decision and Order upon Parent, District through its Counsel, and the Illinois State Board of Education on November 13, 2007 at their stated addresses by depositing same with the United States Postal Service at Lake Forest, Illinois with proper next day postage paid before 5:00 PM.


Sheana Hermann
Impartial Due Process Hearing Officer



**ILLINOIS STATE BOARD OF EDUCATION**
Special Education Compliance Division
100 North First Street
Springfield, Illinois 62777-0001

**DISTRICT REQUEST FOR AN IMPARTIAL DUE PROCESS HEARING OFFICER**

**INSTRUCTIONS:** The local school district superintendent must complete this form and forward the original by a means that provides written evidence of delivery to the State Superintendent of Education within 5 days of receipt of the request for a hearing. A copy of the completed form must also be sent to the parent/guardian of the student who is the subject of the dispute. A local school district may not deny a request for a due process hearing. The district is advised to review the due process regulations found at 23 Illinois Administrative Code 226.605 and Section 14-8.02 of the School Code.

## DISTRICT INFORMATION

| NAME AND ADDRESS OF DISTRICT REQUESTING APPOINTMENT OF AN IMPARTIAL DUE PROCESS HEARING OFFICER | TELEPHONE |
|---|---|
| Oak Park & River Forest High SD No. 200<br>201 North Scoville Ave., Oak Park, IL 60302 | ( 708 ) 434-3211 |
| NAME AND ADDRESS OF JOINT AGREEMENT/COOPERATIVE | TELEPHONE |
| Oak Park & River Forest High SD No. 200<br>201 North Scoville Ave., Oak Park, IL 60302 | ( 708 ) 434-3211 |

| NAME OF STATE-APPROVED DIRECTOR OF SPECIAL EDUCATION | DATE ON WHICH DISTRICT RECEIVED THE REQUEST FOR HEARING | NAME OF PERSON REQUESTING THE HEARING |
|---|---|---|
| | | |

| NAME AND ADDRESS OF PARENT/GUARDIAN | HOME TELEPHONE |
|---|---|
| Meg Reynolds<br>1166 South Clinton Avenue<br>Oak Park, IL 60304 | ( 312 ) 297-6935 |
| | DAYTIME TELEPHONE<br>( ) |

| PRIMARY LANGUAGE(S) SPOKEN BY PARENT AND STUDENT | IS AN INTERPRETER NEEDED? |
|---|---|
| English | ☐ Yes ☑ No |

| NAME AND ADDRESS OF ATTORNEY FOR THE DISTRICT | ☑ All information pursuant to this request should be sent to the District's attorney. | TELEPHONE |
|---|---|---|
| John A. Relias, Esq.<br>Franczek Sullivan P.C.; 300 S. Wacker Dr.; #3400; Chicago, IL 60606 | | ( 312 ) 786-6160 |
| NAME AND ADDRESS OF ATTORNEY FOR THE PARENT/GUARDIAN | ☐ All information pursuant to this request should be sent to the parent's attorney. | TELEPHONE<br>( ) |

## STUDENT INFORMATION AS REPORTED BY DISTRICT

| NAME OF STUDENT ON WHOSE BEHALF THE HEARING IS REQUESTED | BIRTHDATE (Month/Day/Year) | SEX | RACE |
|---|---|---|---|
| Tom Reynolds-Ejzak | 5/26/90 | ☑ Male ☐ Female | Caucasian |

**DISABILITY**

| | | |
|---|---|---|
| ☐ Autism | ☐ Hearing Impairments | ☐ Other Health Impairments |
| ☐ Deaf-Blindness | ☐ Mental Retardation | ☑ Specific Learning Disabilities |
| ☐ Developmental Delay | ☐ Multiple Disabilities | ☐ Speech or Language Impairment |
| ☐ Emotional Disturbance | ☐ Orthopedic Impairments | ☐ Traumatic Brain Injury |
| | | ☐ Visual Impairments |

**GRADE LEVEL**

| | | |
|---|---|---|
| ☐ Early Intervention (Ages birth-3) | ☐ Primary (Grades K-3) | ☐ Jr. High (Grades 7-8) |
| ☐ Early Childhood (Ages 3-5) | ☐ Intermediate (Grades 4-6) | ☑ High School |

**PUPIL SETTING**

| | | |
|---|---|---|
| ☑ Public School | ☐ Private Day/Out-of-State Day School | ☐ Other |
| ☐ Public School Residential Facility | ☐ Private In-State Residential Facility | ☐ Separate Public School |
| ☐ Parochial/Independent/Home Schooling | ☐ Private Out-of-State Facility | |
| ☐ State-Operated Facility | ☐ Home/Hospital | |

## POTENTIAL ISSUES AS IDENTIFIED BY DISTRICT

| | | |
|---|---|---|
| ☐ Discipline (including suspension/expulsion) | ☐ Evaluation of Students for Sp. Ed. Services | ☐ Related Services |
| ☐ Education Placement | ☑ Other intervention | ☐ Students ed. prog. as set forth in IEP |
| ☐ Eligibility of Students for Sp. Ed. Services | ☐ Procedural Safeguards | ☐ Tuition Reimbursement |

☐ District requested the hearing
☑ Parent requested the hearing **(Attach a copy of the written request.)**
☐ An expedited hearing is being requested to remove the student from his/her current placement or challenge the interim alternative educational setting and/or the manifestation determination.
☐ Yes ☑ No Were the parents offered mediation services?
☑ Yes ☐ No Are the parties interested in participating in the Illinois State Board of Education mediation services?

**RECEIVED**
SEP 27 2007

ISBE USE ONLY

9/25/07   _John A. Relias, att. for S.D._
Date      Signature of District Superintendent

ISBE 19-86 (8/06)   **SPECIAL EDUCATION SERVICES**

0007


**ILLINOIS STATE BOARD OF EDUCATION**
Special Education Compliance Division
100 North First Street
Springfield, Illinois 62777-0001

**PARENTAL REQUEST
FOR AN IMPARTIAL DUE PROCESS HEARING**

**INSTRUCTIONS:** This form has been developed to assist parents in requesting an impartial due process hearing. The completed form must be given to the superintendent of the student's resident district. Within 5 days of receipt of the request for a hearing, the local school district will forward a copy of the completed form to the Illinois State Board of Education to be shared with the appointed hearing officer. A local school district may not deny a request for a due process hearing. All parties involved in the dispute are advised to review the due process regulations found at 23 Illinois Administrative Code 226.605 and Section 14-8.02 of the School Code. The information reported on this form will be subject to the confidentiality requirements of the Individuals with Disabilities Education Act and the Illinois School Student Records Act.

| NAME OF STUDENT ON WHOSE BEHALF THE HEARING IS REQUESTED | STUDENTS BIRTHDATE (Month/Day/Year) |
|---|---|
| Tom Reynolds- Eizak | 5-26-90 |

PARENTS/GUARDIANS' LANGUAGE/MODE OF COMMUNICATION
English

A BILINGUAL OR SIGN LANGUAGE INTERPRETER IS REQUESTED

☐ YES    ☒ NO    *IF YES, specify language/mode of communication*

| NAME AND ADDRESS OF THE PARENT/GUARDIAN | PHONE NUMBER |
|---|---|
| Meg Reynolds | 312-297-6935 |
| 1166 S. Clinton Ave | FAX |
| Oak Park, IL 60304 | E-MAIL: megreynolds@sbcglobal.net |

| NAME AND ADDRESS OF THE ATTORNEY OR REPRESENTATIVE FOR THE PARENT/GUARDIAN *If this section is completed all information and correspondence regarding the due process will be forwarded directly to the attorney or representative.* | PHONE NUMBER |
|---|---|
| | FAX |
| | E-MAIL |

NAME AND ADDRESS OF DISTRICT

Oak Park River Forest High School District 200
201 N. Scoville
Oak Park, IL 60302

NAME AND ADDRESS OF THE SCHOOL THE STUDENT ATTENDS

Same as above

A DESCRIPTION OF THE DISPUTE *(Attach additional pages if necessary)*

See attached

A DESCRIPTION OF THE RESOLUTION OR ACTION YOU ARE SEEKING *(Attach additional pages if necessary)*

See attached

| Meg Reynolds | 9/21/07 |
|---|---|
| Signature of Parent/Guardian | Date Submitted to District |

ISBE 19-86A (1/01)

0008

*Description of Dispute(s)*

-Retaliation, threats and interference by Special Ed and regular education staff in response to my requests for my child's IEP accommodations, including:

>-Special Ed director's telephone harassment and threats necessitating police reports to stop it (repeated calls, threatening to confront the chief officer at my workplace, threatening to come downtown to confront me in the workplace, threatening to schedule illegal IEP meeting on 2 days' notice), **September 2005;**
>-Retaliation by Special Ed staff by initiating contact with my ex-husband (to invite him to my child's IEP meeting though he has no legal decisionmaking authority for child's education), and similar incidents, **2006-2007 school year.**
>-Teachers manipulation of my child's grades to reflect "As" and "Bs" where my child did not complete readings or homework assignments (because he did not have written assignment information as required by his IEP), **2005-2006 school year.**

-Failure by District 200 School Board to oversee, investigate and take any formal action regarding Special Ed director's retaliation, misconduct and refusal to provide IEP accommodations, notwithstanding parent's entreaties and repeated communications that child's accommodations were not being provided, **September 2005-June 2007.**

-Retaliation by my child's teachers against me and my child for my attempts to obtain child's IEP accommodations (including withholding requested assignment information for extended periods, though this information would have been freely given to a parent of another student; inviting me to take my child out of their class; sending me offensive messages, etc.), **August - December 2005.**

-Failure and refusal to consistently implement child's IEP "notetaker" accommodation in a manner that met his needs for daily comprehensive, detailed written information recording the discussion and activities in his academic classes and daily detailed written assignment information, **2005-2006 school year.**

-Failure to implement an effective system for effectively and meaningfully delivering this accommodation on a daily basis to my son, **2005-2006, 2006-2007 school years.**

-Refusal and failure to memorialize IEP team's agreements from **January 2006 IEP meeting** in IEP paperwork subsequently given to parent (Special Ed director refused to provide it at the meeting).

-Failure to consider the child's needs and anticipated needs and to revise the IEP to address information about the child provided by the parent, **January 2006 IEP meeting.**

*Description of Remedies/resolutions sought*

-Compensatory education for my son

# FRANCZEK SULLIVAN P.C.
### ATTORNEYS AT LAW

**JOHN A. RELIAS**
312-786-6160
jar@franczek.com

300 SOUTH WACKER DRIVE
SUITE 3400
CHICAGO, ILLINOIS 60606
PHONE 312-986-0300
FAX 312-986-9192
http://www.franczek.com

September 25, 2007

Mr. Andy Eulass
Due Process Coordinator
Procedural Safeguards Unit
Illinois State Board of Education
100 North First Street
Springfield, IL 62777-0001

> Re:   **Tom Reynolds-Ejzak and Oak Park and River**
> **Forest High School District No. 115**

Dear Andy:

Enclosed please find due process hearing request for the above-named student.

Very truly yours,

John A. Relias

JAR/rs
Enclosure
cc:   Meg Reynolds (with enclosure)
      Dr. Attila J. Weninger  (with enclosure)
      Linda Cada (with enclosure)

357511.1

# F R A N C Z E K  S U L L I V A N  P.C.

### ATTORNEYS AT LAW

JOHN A. RELIAS
312-786-6160
jar@franczek.com

300 SOUTH WACKER DRIVE
SUITE 3400
CHICAGO, ILLINOIS 60606
PHONE 312-986-0300
FAX 312-986-9192
http://www.franczek.com

October 1, 2007

Dr. James Wolter
P.O. Box 69
Winnetka, IL  60093

> **Re:** **Tom Reynolds-Ejzak Oak Park & River Forest High School District No. 200, Case No.:  2008-0100**

Dear Dr. Wolter:

The undersigned represents Oak Park & River Forest High School District No. 200 ("School District"). This letter constitutes  the School District's response to the due process complaint filed by Meg Reynolds, the mother of Tom Reynolds-Ejzak and a motion to dismiss and for summary judgment of that complaint.

In the parent's complaint dated September 21, 2007, Ms. Reynolds raises the following issues:

1.     Retaliation, threats and interference by the School District's special education and regular education staff in response to parental requests for IEP accommodations for the 2005-06 and 2006-07 school years.

2.     Failure by District 200 School Board to oversee, investigate and take any formal action regarding the Special Education Director's retaliation, misconduct and refusal to provide IEP accommodations for the period September 2005 – June 2007.

3.     Retaliation by Tom's teachers against Ms. Reynolds and Tom for the parent's attempts to obtain IEP accommodations for the period August – December 2005.

4.     Failure and refusal to consistently implement Tom's IEP notetaker accommodation in a manner that met his needs during the 2005-06 school year.

5.     Failure to implement an effective system for effectively and meaningfully delivering "this accommodation" on a daily basis to Tom for the 2005-06 and 2006-07 school years.

358083.1

0011

FRANCZEK SULLIVAN P.C.
ATTORNEYS AT LAW

6.     Failure to consider the child's needs and anticipated needs and to revise the IEP to address information about the child provided by the parent for the January 2002 IEP meeting.

The School District's response is as follows:

Issues Nos. 1-3.

The Federal Regulations at 34 CFR §300.507(a)(1) provide the parameters for issues that are properly part of a due process complaint.  That section states:

> A parent or a public agency may file a due process complaint on any of the matters described in §300.503(a)(1) [relating to the identification, evaluation or educational placement of a child with a disability or the provision of FAPE to the child].

The first three issues in the parent's due process complaint allege retaliation (Issue 1 retaliation by the School District's staff and Issue 3 retaliation by Tom's teachers against Ms. Reynolds and Tom) and the failure of the School Board to investigate and oversee claims of retaliation (Issue 2).

These issues are not proper claims for a due process request pursuant to 34 CFR §300.507(a)(1) and should be dismissed.

Issues Nos. 4 and 5.

In these two issues Ms. Reynolds claims that the School District failed to implement the note taking  provision of Tom's IEPs for the 2005-06 and 2006-07 school years.

The School District seeks summary judgment on these two issues for the following reasons:

a.     These issues have already been litigated for the 2005-06 school year before both the United States Department of Education, Office for Civil Rights ("OCR") and the Illinois State Board of Education ("ISBE").

Thus, Ms. Reynolds filed a complaint against the School District before OCR in Charge No. 05-06-1280, regarding implementation of Tom's 2005-06 IEP.     On

358083.1

0012

FRANCZEK SULLIVAN P.C.
ATTORNEYS AT LAW

Dr. James Wolter
October 1, 2007
Page 3

December 18, 2006 OCR issued its decision totally in favor of the School District. A copy of that decision is enclosed as Exhibit A.

Similarly, Ms. Reynolds filed a complaint against the School District before ISBE relating specifically to the note taking accommodation for the 2004-05 and 2005-06 school years.

On December 7, 2005 ISBE issued its decision exonerating the School District on this issue. A copy of that decision is enclosed as Exhibit B.

b.     The School District has continued its implementation of Tom's accommodations for the 2006-07 school year. Copies of note taking and other documents evidencing that notes were provided to Tom are enclosed as Group Exhibit C.

c.     The United Supreme Court in Board of Education of Hendrick Hudson Central School District v. Rowley, 458 U.S. 176, 102 S. Ct. 3034 (1982) established the criterion for determining when a handicapped child, like Tom, who is educated in regular education classes is receiving a free appropriate  public education ("FAPE"):

> The Act requires participating States to educate handicapped children with nonhandicapped children whenever possible. When that "mainstreaming" preference of the Act has been met and a child is being educated in the regular classrooms of a public school system, the system itself monitors the educational progress of the child. Regular examinations are administered, grades are awarded, and yearly advancement to higher grade levels is permitted for those children who attain an adequate knowledge of the course material. The grading and advancement system thus constitutes an important factor in determining educational benefit.

104 S. Ct. at 3049, footnote omitted.

During the 2005-06 school year Tom received 8 As and 7 Bs for his semester grades. A copy of his transcript is attached as Exhibit D. Pursuant to Rowley, Tom received a FAPE during the 2005-06 school year.

For the  2006-07 school year, no semester grades have yet been issued. However, as of September 27, 2007, Tom is receiving all As or Bs in his academic classes. A copy of those grades are attached as Exhibit E.

**F R A N C Z E K   SU L L I V A N** P.C.
ATTORNEYS AT LAW

Accordingly, the School District is entitled to summary judgment on Issues 4 and 5 of the parent's due process complaint because it has and is providing Tom with a FAPE.

Issue No. 6.

For her last issue, Ms. Reynolds complains about a January 2006 IEP and the alleged failure of the School District to consider Tom's needs and revise his IEP to address information about Tom provided by the parent.

This issue has also been litigated before ISBE and that agency found no violation of any kind by the School District.

On January 13, 2006 an IEP meeting was held to define the process under which notes and assignments would be provided to Tom. Ms. Reynolds and her attorney, Deborah Pergament, attended.

On February 5, 2006, Ms. Pergament wrote to the undersigned requesting certain additions to the IEP. A copy of that letter is attached as Exhibit F.

On February 17, 2006 the undersigned responded. After consulting with the School District, its attorney accepted some but not all of the requested additions. A copy of that letter is attached as Exhibit G.

Ms. Reynolds was not satisfied with that response and requested relief from ISBE. On March 17, 2006 ISBE responded and found that the School District had complied with ISBE's directive to clearly define the note taking process. A copy of that letter is attached as Exhibit H.

Furthermore, as noted in the proceeding section during the 2005-06 school year Tom passed all his courses with grades of As and Bs. Pursuant to Rowley, the School District provided Tom with a FAPE and the School District is entitled to summary judgment on this issue.

CONCLUSION

Issues 1-3 of the due process complaint raise claims of retaliation and the School District is entitled to dismissal of those claims because they are not proper due process claims pursuant to 34 CFR §300.507(a)(1).

**F R A N C Z E K   S U L L I V A N  P.C.**
ATTORNEYS AT LAW

<div align="right">

Dr. James Wolter
October 1, 2007
Page 5

</div>

Furthermore, the School District is entitled to summary judgment on Issues 4-6 of the due process complaint relating to implementation of Tom's 2005-06 and 2006-07 IEP because:

    1) Tom earned grades of As and Bs for the 2005-06 school year and pursuant to <u>Rowley</u> he received a FAPE;

    2)    Tom is passing has academic courses for the 2006-07 school year;

    3)    The School District is implementing the note taking part of Tom's 2006-07 IEP;

    4)    The School District considered Ms. Reynolds' requests for changes of the January 2006 IEP and no more is required; and

    5)    These issues were previously litigated and decided in favor of the School District by OCR and ISBE.

Very truly yours,

John A. Relias

JAR/rs
Enclosure
cc:    Meg Reynolds (with enclosure)
       Dr. Attila Weninger (with enclosure)
       Linda Cada (with enclosures)

A

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS
MIDWESTERN DIVISION, CHICAGO OFFICE
111 NORTH CANAL STREET, SUITE 1053
CHICAGO, ILLINOIS 60606 - 7204



**DEC 1 8 2006**

TEL: 312-886-8434
TDD: 312-353-2540
FAX: 312-353-4888

Dr. Susan Bridge
Superintendent and Principal
Oak Park River Forest High School District #200
201 N. Scoville Avenue
Oak Park, IL 60302

Re: #05-06-1280

Dear Dr. Bridge:

The U.S. Department of Education (Department), Office for Civil Rights (OCR), has completed its investigation of the above-referenced complaint filed against the Oak Park River Forest High School District #200 (District) alleging discrimination on the basis of disability, and retaliation. OCR is responsible for enforcing Section 504 of the Rehabilitation Act of 1973 (Section 504) and Title II of the Americans with Disabilities Act of 1990 (Title II), which prohibit discrimination based upon disability and retaliation against persons for asserting rights protected under Section 504 and Title II. As a recipient of Federal financial assistance from the Department and a public entity, the District is subject to the provisions of Section 504 and Title II.

The Complainant alleged that, during the 2005-06 school year, the District discriminated against her son? (Student A) on the basis of disability by failing to implement his individualized education program (IEP), as follows:

1.  In the first semester of the 2005-06 school year, through December 28, 2005, Student A's Asian Studies teacher failed to provide the student with a written list of class assignments for the first quarter; and

2.  During the second semester of the 2005-06 school year, Student A's English teacher failed to add sources of class discussions to the student's notebook.

*Our mission is to ensure equal access to education and promote educational excellence throughout the nation.*



EXHIBIT
A

0017

Page 2

The Complainant further alleges that the District failed to implement the IEP in retaliation for the Complainant having advocated for her son's rights as a student with a disability throughout the fall of 2005-06 and in October 2005, when she filed a complaint with the Illinois State Board of Education (ISBE).

During its investigation of this complaint, OCR interviewed the Complainant and District employees, and reviewed documents provided by the Complainant and the District. On December 6, 2006, the Complainant denied consent for OCR to interview Student A, who is a minor. Based on a review of the information made available OCR has concluded that insufficient evidence exists to substantiate the complaint allegations. The bases for OCR's conclusions are set forth below.

<div align="center">

Facts

</div>

During the 2005-06 school year, Student A was a sophomore in the District. Student A has a primary disability of autism and secondary disabilities of a central auditory processing disorder and attention deficit hyperactivity disorder. An IEP dated April 6, 2005, was signed by the parent and required the District to provide "assistance in recording daily homework".

For the fall 2005 semester, Student A enrolled in the District's Asian Studies honors course. The course instructor informed OCR that during the first week of the fall 2005 semester he received a document from the District's special education department entitled "Confidential Student Information." The document stated in relevant part that Student A was to be provided assistance recording daily homework.

The instructor claims that he implemented the IEP as required. The instructor informed OCR that during the first week of class in fall 2005 he provided all students, including Student A, a curriculum guide that listed the course texts, topics, and readings in order of presentation. The instructor also reported that every other week in both the first and second quarters of the semester he distributed to all students including Student A, assignment sheets with handouts, readings, and homework that were expected to be covered over the following two-week period. The instructor provided OCR with copies of the assignment sheets for the first quarter, which contained detailed information regarding the topics, point value, resource bibliographies, and due dates of course assignments.

According to the Complainant, she reviewed Student A's Asian Studies notes each evening at home and saw no information regarding daily homework. The Complainant stated that on numerous occasions she complained to the District about the Asian Studies notes and requested a written list of class assignments from the Asian Studies instructor for the first quarter. On October 6, 2005, the Complainant filed a charge with the ISBE alleging that the District was not providing Student A with note taking assistance in his classes, including assistance in recording daily homework pursuant to the April 2005 IEP.



OCR was unable to speak with Student A to determine whether he received the information the Asian Studies instructor claimed to provide in class during the first quarter. However, OCR's review of the instructor's records showed that during the first quarter, Student A had sufficient information about his assignments to allow him to turn in all assignments and essays on a timely basis, except for an essay and quarter-long project, and that he participated successfully in class. The Complainant asserted that she never saw the curriculum guide and first-quarter assignment sheets and that she had no knowledge of any unfinished assignments until she until she requested notes from the District.

In response to one of her requests, on October 25, 2005, the District sent by facsimile a list of assignments in Asian Studies for the first nine-week quarter of the class. The quarter was scheduled to end on October 28, 2005. This list confirmed that Student A had completed all of his assigned work for the quarter except for the two assignments: an essay on a class text, and a quarter long research project pertaining to India.

As a result, the Complainant requested the District to record a grade of Incomplete for the first quarter to allow Student A additional time to finish the assignments. The District granted the request and Student A completed the two projects over the winter break in December 2005. He received a semester grade of B.

On December 7, 2005, the ISBE concluded that the District was providing the note taking assistance required by the IEP. On December 28, 2005, the Asian Studies instructor sent the Complainant a two-page summary of all reading assignments, tests, and essays for the first quarter on a dated week-by-week list. The Complainant confirmed with OCR that she viewed this summary to be the document required by Student A's IEP because it included weekly dates that homework assignments had been due.

For the second semester of the 2005-06 school year, Student A participated in honors English Literature I – 2A (English). The instructor informed OCR that, early in the first semester, she received Student A's "Confidential Student Information" sheet containing Student A's daily homework requirement. On January 25, 2006, Student A's IEP team reconvened and modified Student A's IEP to specify that Student A's English instructor was to "add to the student's daily notebook notations that referenced from where in study guides class discussions evolved."

The Complainant asserted that the IEP provision required the English teacher to personally write the study guide notations in the student's daily notebook. In support of her assertion, the Complainant reported that the instructor provided the required notations for the first two class sessions, but then discontinued providing notes.

Page 4

The District asserted that Student A received the required information about study guide references. The English instructor asserted to OCR that the study guide reference information that was discussed at the IEP meeting was written on the board before class to be transcribed by the Student A's note taker. The English instructor confirmed that she personally wrote notes for the January 26 and 27 class sessions because the student note taker was absent. The instructor indicated that the Complainant did not contact her to indicate any concerns about the adequacy of the notes provided to Student A until April 2006. According to the instructor, after she responded to the Complainant's concerns, she received no further complaints about the notes.

The instructor's grade report for Student A for the class showed that Student A timely completed 51 of the 54 assignments with an average score of 92%, had an average score of 96% for the seven examinations, and actively participated in class discussions. Student A received an A grade for the course, a grade that the instructor asserted was warranted based on the student's excellent writing skills and superior performance on required coursework.

## Analysis and Conclusions

### Allegation of Disability Discrimination

The regulation implementing Section 504 at 34 C.F.R. §104.33(a) states that a recipient shall provide a free appropriate public education to each qualified student with a disability who is in the recipient's jurisdiction, regardless of the nature or severity of the student's disability. The regulation at 34 C.F.R. §104.33(b)(2) states that implementation of an IEP developed in accordance with the Individuals with Disabilities Education Act (IDEA) is one means by which a district can provide a free appropriate public education to a student with a disability.

OCR has determined that the evidence is insufficient to demonstrate that District failed to implement Student A's IEP as alleged. With regard to the Asian Studies class, the Complainant stated that Student A was not provided a list of course assignments; however information provided by the instructor suggested that he disseminated the curriculum guides and assignment sheets during the first quarter. While the Student A was granted extra time to complete two course assignments, the instructor's records of the student's performance throughout the semester show that Student A was aware of his assignments, generally turned in his work on a timely basis and participated successfully in the class.

With regard to the English class, the evidence established that the English instructor did not personally add to Student A's notebook a written notation referencing the sources in the study guide from which the class discussion evolved, as the Complainant understood was required by the IEP. However, the District asserted that the English instructor was not required to personally write in Student A's notes as long as she provided the necessary study guide notation information on the board to be transcribed by the student note taker. While

OCR could not independently verify with Student A whether he received the relevant information about study guide notations, information from OCR's review of the instructor's records suggests that he had the information as he turned in assignments and essays on a timely basis and participated successfully in class.

Based on the foregoing, OCR has concluded that the evidence was not sufficient to substantiate the Complainant's allegation that, in school year 2005-06, the District discriminated against Student A on the basis of disability by failing to provide the student with a written list of class assignments for the first quarter of Asian Studies and by failing to add sources of class discussions to the student's notebook in English.

<u>Allegation of Retaliation</u>

The Section 504 regulation, at 34 C.F.R. §104.61 incorporates by reference the regulation at 34 C.F.R. §100.7(e), which prohibits retaliation against individuals who engage in activities protected by Section 504. Similarly, the Title II regulation, at 28 C.F.R. § 35.134 (a) and (b), also prohibits retaliation against individuals who engage in activities protected by Title II. A *prima facie* case of retaliation exists when each of the following is established: (1) the complainant engaged in a protected activity; (2) the District was aware of the protected activity; (3) following the protected activity, the District took an adverse action against the complainant or a person on whose behalf the complainant engaged in a protected activity; and, (4) there is an indication of a causal connection between the protected activity and the adverse action. If a *prima facie* case is established, then the District may rebut the inference of retaliation by presenting a non-retaliatory justification for its actions. OCR must then evaluate the justification to determine whether it is a pretext for retaliation.

OCR determined that the Complainant engaged in a protected activities throughout the fall semester, when she advocated to the District on behalf of Student A regarding the student's IEP, and on October 6, 2005, when she filed a complaint with ISBE alleging that the District failed to implement Student A's IEP. OCR verified that District staff, including the Asian Studies and English instructors, had notice of these activities.

In determining whether Student A was subjected to an adverse action, OCR considered whether the District's actions significantly disadvantaged Student A and whether the challenged actions reasonably might have deterred or precluded him or the Complainant, on his behalf, from engaging in further protected activities. As noted above, although the Complainant contended that the instructor did not comply with the IEP until December 28, 2005, the evidence showed that the Asian Studies instructor supplied Student A with a curriculum guide and assignment sheets during the first quarter of the fall 2005 semester, and that the District provided similar materials to the Complainant on October 25, 2005. Further, OCR determined that although the English instructor did not personally note in Student A's

Page 6

notebook the sources for the classroom discussion, the instructor provided the information on the board, and that the student note taker recorded the information for Student A.

Given that the information did not establish the District failed to implement the IEP as alleged, OCR cannot conclude that the District engaged in an adverse action by failing to implement the IEP. Therefore, the information does not establish *prima facie* case of retaliation.

* * *

Based on the foregoing, OCR is closing the complaint effective the date of this letter. We thank the District for the cooperation it extended to OCR during the investigation. If you have any questions about this letter, or seek further information, you may contact Mr. Thomas Adams, Senior Investigator, of my staff, at 312-886-8420.

Sincerely,

Madonna T. Lechner
Team Leader

cc:    Mr. John Relias
       Attorney at Law
       Franczek Sullivan P.C.

B



# Illinois State Board of Education

100 North First Street • Springfield, Illinois 62777-0001
www.isbe.net

**Jesse H. Ruiz**
*Chairman*

**Rod Blagojevich**
*Governor*

**Dr. Randy J. Dunn**
*State Superintendent of Education*

December 7, 2005

Ms. Linda Cada
Director of Special Education
Oak Park-River Forest #200
201 North Scoville Avenue
Oak Park, IL 60302

   and

Dr. Susan Bridge
Superintendent
Oak Park-River Forest #200
201 North Scoville Avenue
Oak Park, IL 60302

                    Re: Reynolds-Ejzak Complaint

Dear Ms. Cada and Dr. Bridge:

The Illinois State Board of Education, Special Education Services Division, has completed its investigation of the complaint lodged by Ms. Meg Reynolds on behalf of her son, Tom. Authority for conducting this investigation is the Individuals with Disabilities Education Act, P.L. 108-446, 34 CFR 300.660 - 300.662.

The review focused on the following requirements:

> **23 Illinois Administrative Code 226.200(c)(2) which states, "A school district shall provide special education and related services to eligible children in accordance with their IEPs."**

## Background and Summary of Allegations

According to the parent, her son's Individualized Education Program (IEP) requires a notetaker due to difficulties with an auditory processing disorder. She alleged that this accommodation was not implemented during the 2004-2005

**EXHIBIT**

_B_

0024

Page 2

school year until February 2005 and has not been implemented during the current school year.

She further alleged that speech therapy and social skills therapy were not implemented until the fifth/sixth week of school during both school years.

**_Action Taken in Response to the Complaint_**

Various telephone calls were held with both the parent and cooperative/district regarding the issues in the complaint. In addition, an on-site visit was held on October 21, 2005. During the visit, interviews/conversations were held with thirteen (13) individuals including the Director of Special Education, Assistant Superintendent of Pupil Support Services, the Learning Disability Chair, School District Attorney, Dean Counselor, Group Counselor, Assistant Superintendent of Curriculum and Instruction, Speech and Language Pathologist, Faculty Member – Chair of the Faculty Senate, and Math, Science, History, and English teachers.

**_Documentation Reviewed_**

The following documentation, submitted by the parent, was reviewed as part of the investigation:

1.  An October 6, 2005 letter of complaint with the following attachments:

    2004-2005 School Year
    ➢ A September 14, 2004 letter from the parent to the district regarding the implementation of the child's IEP.
    ➢ Various email correspondence (dated December 6, 2004, January 6, 2005, and February 4, 2005) between the parent and school personnel regarding the district's implementation of the IEP.
    ➢ An April 6, 2005 IEP.
    ➢ A November 9, 2005 letter from the parent providing additional information in support of the allegations for the 2004-2005 school year.

    2005-2006 School Year
    ➢ Various email correspondence (dated September 1, 6, 7, 9, 15, 16, 17, 22, and 23, 2005) between the parent and school personnel regarding the district's implementation of the IEP.
    ➢ An October 15, 2005 letter from the parent to the district requesting that the IEP meeting scheduled for November be rescheduled for Spring 2006.
    ➢ An October 15, 2005 letter from the parent to the district requesting that her son be allowed to withdraw from his Asian History class.

Page 3

> Correspondence from the district sent to the parent that included notes and handouts from the Asian History class (over 130 pages).
> An October 26, 2005 affidavit from the student.
> An October 27, 2005 letter and affidavit from the parent attesting to the school's noncompliance issues.
> A November 9, 2005 letter from the parent with a copy of a second set of classroom notes provided to the student for the Asian History class.

2.  An October 24, 2005 letter of response from the district with the following attachments:

2004-2005 School Year
> A November 10, 2005 letter of response from the district.
> A copy of the February 23, 2004 IEP.
> Statements from the student's teachers regarding the provision of notes in their classes (Intermediate Algebra, Biology, and Resource).
> An August 25, 2004 email from the Honor's Algebra teacher to the parent regarding the provision of notes.
> September 7 and 8, 2004 emails between the English teacher, the case manager, and the parent regarding provision of notes in the English class.
> A copy of the student's quarter and semester grades.
> Statements from the speech and language therapist and social worker regarding the provision of services.

2005-2006 School Year
> An April 6, 2005 IEP.
> A timeline regarding email correspondence and events surrounding the issues identified in the complaint.
> Various email correspondence (dated September 27 and 30, 2005) between the parent and school personnel regarding the district's implementation of the IEP developed for the 2005-2006 school year.
> A daily record of the student's classes indicating whether or not notes/handouts were provided.
> A sample of notes provided in Science and English.
> A copy of the notes from the first notetaker for the Asian History class.
> A copy of the two outstanding assignments for the Asian History class.
> Correspondence (dated November 1, 2, and 3, 2005) between the district and the parent regarding the "Incomplete" grade given for Asian History.
> A copy of the student's grades for the first grading quarter in Asian History.
> A copy of the student's grades in each class for the first quarter.
> The 2005-2006 log for speech and language.

Page 4

> The dates the child received social work services.

### *Findings/Conclusions*

### IEP General Requirements; [23 IAC 226.200(c)(2)]

*As set forth in more detail below, the investigation has identified a violation of 23 IAC 226.200(c)(2). In addition, the State Board is requiring the parties to promptly reconvene the IEP meeting to clearly define the term "note taker" and the process in which notes and assignments will be provided for the remainder of the 2005-06 school year to best meet the needs of the student.*

### 2004-2005 School Year

For the 2004-2005 school year, no documentation was available to either substantiate or refute the allegations for the issues addressed below. Therefore we were unable to make determinations that violations occurred.

### A. Notetaker

*Discussion*
The February 23, 2004 IEP documented "Note taker" under supplementary aids and also stated that "directions and general instructions need to be in written form in order for him to achieve successful completion."

According to the parent, there were problems with the implementation of the notetaker during the 2004-2005 school year. She submitted copies of her correspondence to the district, dated September 2004, December 2004, January 2005, and February 2005 regarding her concerns with this issue. She had concerns with the provision of notes in a particular English class explaining that her son was not receiving notes. According to the parent, in January 2005, the school district borrowed a notebook from one of the students and copied sixty (60) pages for her son. She explained that prior to that, he had received no notes since the teacher had insisted there were "no notes."

Several of the student's teachers from the previous year provided statements regarding the provision of notes in their classes:
> Intermediate Algebra - the teacher was the notetaker and provided notes to the student.
> Honor's Biology – all notes were handouts, but a student was assigned as the notetaker and provided homework information as well as reminders of projects and tests.

Page 5

➢ Honor's Algebra – the teacher gave an assignment sheet for each chapter that followed a daily progression, but explained that she set up a notetaker.

The district provided a copy of a September 7, 2004 email from the English teacher to the parent. The teacher explained that he was in the process of remedying the missing carbon notebook. In addition, he provided the student's assignments in case he did not receive the carbon notebook that day. In a September 8, 2004 email from the English teacher to the case manager, he explained that he received the carbon notebook, would discuss the use of it with the student that day, and questioned the best way to get the notebook to the case manager by the end of the day (i.e. the student taking it with him or someone picking it up from the teacher).

A copy of the student's 2004-2005 report card was submitted. The student received passing grades of As and Bs on all exams (with the exception of one C). Additionally, he passed all classes with As and Bs and had a cumulative grade point average of 3.84.

_Summary_
Upon reviewing the information/documentation, it appears that there was not a refusal to provide notes and assignments, rather there was a difference of opinion regarding how they were provided. The parent believed that the district was to use a carbon notebook system in which a peer was to take notes on a daily basis. The teachers wrote that they provided notes/handouts and assignments in a different manner and did not require students to take notes everyday. The student passed all of his classes with above average to excellent grades showing that he made progress in the general education.

**B. Speech and Language Services**

The February 23, 2004 IEP required 50 minutes per week of speech and language services beginning in August 2004. According to the parent, speech and language services did not commence until the 6th week of school. The district provided a statement from the speech and language therapist stating that all of the services were provided.

**C. Social Work Services**

The February 23, 2004 IEP required 50 minutes per week of social work services beginning in August 2004. According to the parent, social work services did not commence until the 6th week of school. The district provided a statement from the social worker explaining that she changed the student's



Page 6

group sessions during the 3rd week of school due to the parent's concern with a topic of discussion that occurred during the 2nd week.

## 2005-2006 School Year

### A. Notetaker

No violation is found as explained below:

### Discussion

The April 6, 2005 IEP documented "Note taker" under supplementary aids and also stated that "directions and general instructions need to be in written form in order for him to achieve successful completion."

According to the parent, notes/assignments were not provided to the student at the beginning of the year. In a November 3, 2005 telephone conversation, she indicated that she is currently satisfied with the provision of notes/assignments in all classes except Asian History. Since this class is mostly a lecture and discussion-based class and relies on photocopied readings provided by the teacher, her son received very few notes taken by a peer notetaker. In October 2005, the parent received copies of over 130 pages of handouts from the Asian History class which the district explained consisted of all the classroom "notes" and daily written assignments. In November 2005, the district provided an additional set of notes from another peer. Although these additional pages were provided, the parent remained concerned about the number of school days in which no notes were taken. She has requested a copy of the teacher's assignment plan so she can check to see what her son has missed.

According to the district, each teacher has provided notes and the student is passing all of his classes with above average to excellent grades. On September 8, 2005, the case manager began to document, on a daily basis, the provision of notes and assignments for each class. In addition, the district submitted: (a) samples of notes from some of the student's classes (i.e. Chemistry, English and Asian History) and, (b) an email from the Math teacher to the parent explaining that she provides the exact notes that are written on the board and reminded the parent that she emails the homework assignments to her every week.

The interviews revealed the following:

> Learning Disability Chair – contacted all of the teachers at the beginning of the school year to inform them of their responsibilities; when the parent expressed concern regarding the note taking process,

Page 7

> met with the student to obtain his input regarding the process and any suggestions for change.

> Director of Special Education - explained that in September when the parent questioned whether or not the student was receiving all of the notes, the Director gathered all the notes and assignments from the teachers and delivered them to the student's home.

> Case Manager – meets with the student on a daily basis to verify and document the receipt of notes/handouts.

> English – a student serves as the notetaker and records all assignments; if there are no notes for the day, it is documented.

> Math – the teacher prepares the notes for the student; her initial method was to prepare them for the entire week, but the parent did not like this method, so she now prepares daily pages; the assignments are attached to the notes.

> Chemistry – the teacher prepared and provided notes to the student prior to the identification of a permanent notetaker; the teacher provides an assignment sheet in addition to the information written on the board.

> Asian History – a student takes notes and the teacher provides notes/handouts; the class is conversational in nature, therefore there are many days when there are no notes in class.

The district explained that, due to the parent's concerns, in addition to providing daily handouts, notes and assignments to the student, they have copied this information and provided it to the parent. Further, the Asian History teacher copied a second set of student's notes and provided it to the parent. He has identified this other student as the new note taker. Based upon the documentation from both peers in Asian History, it is apparent that there are many days in which no notes are taken. Of the notes provided by both peers, there were 19 days of notes and 31 days in which neither peer took notes, indicating that notes are not required in order to benefit from or pass the class. School personnel have made several attempts to meet with the parent to discuss her concerns and resolve the situation. However, the parent has not agreed to meet with them at this time.

A copy of the student's 2005-2006 first quarter progress report was submitted. The student received passing grades in all of his classes with the exception of Asian History in which he received an "Incomplete". Documentation was submitted by the Asian History teacher showing that the child actually received a "B" in the class (a copy of the student's grades in Asian History showed passing grades on assignments and exams). However, due to parental request for an incomplete grade, the district agreed. According to a November 1, 2005 email from the parent to the district, the parent requested that her son receive an "Incomplete grade due to her belief

Page 8

that he had not received the required notetaker accommodation and therefore was unable to complete all assignments. The district provided a copy of two assignments that the student had not yet completed by the timeline. However, the district explained that the Asian History teacher was allowing the student extra time to complete the assignments.

*Summary*

A review of the information/documentation found that each teacher has implemented a system for note taking and the notes are then checked at the end of the day by the case manager. There is not a refusal to provide notes and assignments, rather there is a difference of opinion regarding what and how notes/assignments are to be provided. The parent believes that the district is to use a carbon notebook system in which a peer take notes on a daily basis. The teachers provide notes/handouts and assignments in a different manner and do not require students to take notes everyday. The student passed all of his classes for the first quarter with above average to excellent grades showing that the student is making progress in the general curriculum.

B. **Speech and Language Services**

No violation is found as explained below:

The April 6, 2005 IEP documented the need for 50 minutes per week of speech and language services beginning April 6, 2005. The first day of student attendance for the 2005-2006 school year was August 24, 2005. Speech and language services were scheduled for each Monday and, according to the documentation, began on September 12, 2005, three weeks after the beginning of school. It is reasonable to expect a short delay in the provision of related services at the beginning of a school year due to scheduling services. In this situation, although services did not begin until the third week of school, one of the days of service was a holiday so the student missed only one week of service.

C. **Social Work Services**

The following violation is found as explained below:

The April 6, 2005 IEP documented the need for 50 minutes per week of social work services beginning April 6, 2005. The first day of student attendance for the 2005-2006 school year was August 24, 2005. Social work services were scheduled for each Wednesday and, according to the documentation, began on September 14, 2005, three weeks after the beginning of school. Although it is reasonable to expect a short delay in the provision of related services at the beginning of a school year due to scheduling services, a delay of three weeks is unreasonable.

Page 9

## *Corrective Action*

The district is required to:

> ➢ ensure that services (specifically speech and language and social work) are implemented within a reasonable period of time at the beginning of each school year. *(An example of a reasonable period of time as stated in Attachment 1 – Analysis of Comments and Changes of the Federal Regulations is "within a week or two.")* A copy of its plan to ensure timely initiation of these services must submitted to this agency.
>
> ➢ reconvene the IEP meeting to consider the missed social work service days and the impact on the student's educational performance and progress. The team must then determine whether or not compensatory services are necessary. If there is a need, the IEP must include provisions for how the compensatory services will be implemented, including the initiation and duration dates, amount/frequency and location of services. If the team determines there is no need for compensatory services, the decision and reason for the decision must be documented in the IEP.

## *Additional Required Action*

Due to the difference of opinion regarding the provision of notes/assignments and the amount of time spent on this particular issue by all parties, the district and parent are to reconvene an IEP meeting (which may be the same meeting as noted above) to clearly define "note taker" and the process in which notes and assignments will be provided for the remainder of the 2005-2006 school year to best meet the needs of the student. This must be completed prior to the second semester. A copy of the student's revised IEP must then be submitted to this agency.

The above listed materials should be sent to my attention, Special Education Services Division, as soon as possible, but no later than **December 28, 2005**.

Cooperation from both parties during this investigation is appreciated. Use of this complaint process does not preclude an eligible party such as a parent, school district, or a student from requesting a special education due process hearing. If you have any questions regarding this response please contact me at 217/782-5589 or dschertz@isbe.net.

Sincerely,

Donna M. Schertz
Principal Education Consultant
Special Education Services Division

cc:   Ms. Meg Reynolds, Parent
      Monitoring Data Bank

0032

C

0033

**Terretta, John**

| | |
|---|---|
| **From:** | Terretta, John |
| **To:** | 'Meg Reynolds' |
| **Cc:** | 'tomreynolds-ejzak@sbcglobal.net' |
| **Subject:** | 9/25 |
| **Attachments:** | |

**Sent:** Tue 25-Sep-07 3:22 PM

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/25/07 |
|---|---|---|
| MATH (SMITH) | Yes | Calc concepts homework<br>Section 1.3 p. 38-39 #2-5, 8, 24<br>Reminder: Quiz Friday on Sections 1.1 and 1.2 |
| SPANISH (DIAZ) | Yes | Answer question from MPA blue sheet 1-8 reread 1-6 |
| ARCHITECTURE (VAN) | Yes | Begin Ch. 12 Workhseet |
| MUSIC (PEARSON) | Yes | No |
| ENGLISH (HEIDEKAMP) | Yes | Finish Section II of "Heart of Darkness" |

EXHIBIT

tabbies

Grp. C

Terretta, John

| | |
|---|---|
| **From:** | Terretta, John |
| **To:** | 'Meg Reynolds' |
| **Cc:** | 'tomreynolds-ejzak@sbcglobal.net' |
| **Subject:** | 9/21 |
| **Attachments:** | |

**Sent:** Fri 21-Sep-07 3:56 PM

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/21/07 |
|---|---|---|
| MATH (SMITH) | Yes | The students had an in-class assignment today so there is not an assignment tonight. |
| SPANISH (DIAZ) | Yes | No Homework |
| ARCHITECTURE (VAN) | Yes | Needs to sketch final floorplan design for Monday. |
| MUSIC (PEARSON) | No | Spoke with teacher, no homework |
| ENGLISH (HEIDEKAMP) | Yes | Finish Section 1 of "Heart of Darkness" Begin drafing college application essay due Thursday |



**TOM REYNOLDS CARBONLESS NOTEBOOK LOG**
**2007-2008**

| SUBJECT | NOTES RECEIVED | DATE |
|---|---|---|
| MATH (SMITH) | NO-NO NOTES/WKSHT | 8/23/07 |
| SPANISH (DIAZ) | NO. | |
| ARCHITECUTRE (VAN) | NO-ART CLASS | |
| MUSIC (PEARSON) | NO-YES | |
| ENGLISH (HEIDEKAMP) | NO-HANDOUT | |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 8/27/07 |
|---|---|---|
| MATH (SMITH) | YES | YES |
| SPANISH (DIAZ) | YES | YES |
| ARCHITECUTRE (VAN) | NO NOTES | YES-sketchbook tape measure |
| MUSIC (PEARSON) | NO | YES |
| ENGLISH (HEIDEKAMP) | NO-TOOK PRE AP TEST | NO HOMEWORK |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 8/28/07 |
|---|---|---|
| MATH (SMITH) | NO NOTES-WORKSHEET | WORKSHEET "DISEASED DATA" |
| SPANISH (DIAZ) | YES | NO |
| ARCHITECUTRE (VAN) | NO | NO-IN CLASS REVIEW SHEET (COMPLETED) |
| MUSIC (PEARSON) | NO | NO |
| ENGLISH (HEIDEKAMP) | YES | ON NOTES |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 8/29/07 |
|---|---|---|
| MATH (SMITH) | NONE-WORKED ON WORKSHEET | COMPLETE THE "SOLVE BY GRAPHING WORKSHEET". ALL HOMEWORK WILL BE COLLECTED FRIDAY. |
| SPANISH (DIAZ) | NONE | PARENT NEEDS TO SIGN COURSE PROFILE DOCUMENT. |
| ARCHITECUTRE (VAN) | NONE-IN CLASS ASSIGNMENT | NONE-FINISHED CHAPTER 2 WORKSHEET IN CLASS |
| MUSIC (PEARSON) | YES | NO ASSIGNMENT |
| ENGLISH (HEIDEKAMP) | YES | WRITE THE AP ESSAY #2 |



| SUBJECT | NOTES RECEIVED | ASSIGNMENT  8/30/07 |
|---|---|---|
| MATH (SMITH) | NO NOTES | "Inequality Solving" worksheet |
| SPANISH (DIAZ) | YES | NO HOMEWORK |
| ARCHITECUTRE (VAN) | NO | NO HOMEWORK |
| MUSIC (PEARSON) | NO NOTES | NO HOMEWORK |
| ENGLISH (HEIDEKAMP) | NO NOTES | AP ESSAY #2 AND CONTINUE READING "STRANGER" |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  8/31/07 |
|---|---|---|
| MATH (SMITH) | NO | WKSHT "PARTS OF A GRAPH" |
| SPANISH (DIAZ) | YES | NO HOMEWORK |
| ARCHITECUTRE (VAN) | NO | MEASURE AND SKETCH ROOM |
| MUSIC (PEARSON) | NO | PRACTICE NEW MUSIC RECEIVED TODAY |
| ENGLISH (HEIDEKAMP) | NONE | READ CAMUS " THE MYTH OF SISYPHUS" |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/4/07 |
|---|---|---|
| MATH (SMITH) | | two-sided worksheet with the title "Understanding Graphs" on one side and "Draw Time-Distance Graphs" on the other |
| SPANISH (DIAZ) | YES | WORKSHEET |
| ARCHITECUTRE (VAN) | NO | NONE |
| MUSIC (PEARSON) | NO | NO-SUB |
| ENGLISH (HEIDEKAMP) | NO-DISCUSSION | READ CAVEAUS PREFACE |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/5/07 |
|---|---|---|
| MATH (SMITH) | YES | STUDY FOR QUIZ TOMORROW |
| SPANISH (DIAZ) | YES | SPANISH BINGO |
| ARCHITECUTRE (VAN) | NO | NONE |
| MUSIC (PEARSON) | YES | NONE |
| ENGLISH (HEIDEKAMP) | NO-COMPUTER LAB | WORKSHEETS "YOUR BLOGGING RESPONSIBILITIES" |



| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/6/07 |
|---|---|---|
| MATH (SMITH) | NO NOTES-TEST | NO HOMEWORK |
| SPANISH (DIAZ) | YES | NO HOMEWORK |
| ARCHITECUTRE (VAN) | NO | WORKSHEET GIVEN OUT IN CLASS AND MEASURE DINING ROOM. |
| MUSIC (PEARSON) | NO | PRACTICE FOR THE AUDITION |
| ENGLISH (HEIDEKAMP) | NO-PRACTICE AP TEST | READ THE ESSAYS ABOUT THEME IN THE COLLEGE ESSAY PACKET AND WRITE ONE OR MORE THEMES OF "THE STRANGER" |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/10/07 |
|---|---|---|
| MATH (SMITH) | NO-RECEIVED A PACKET | NONE |
| SPANISH (DIAZ) | YES | NO HOMEWORK |
| ARCHITECUTRE (VAN) | NO-WORKSHEET COMPLETED | SKETCH KITCHEN AND DINING ROOM. |
| MUSIC (PEARSON) | YES | NONE |
| ENGLISH (HEIDEKAMP) | UNKNOWN-DID NOT RECEIVE THOUGH SHOULD HAVE | PREPARE A COMPLETE DETAILED OUTLINE WHICH INCLUDES A FORECEFUL AND COMPLEX STATEMENT OF THEME, SUPPORTING TEXT PASSAGES AND LITERARY TERMS-AS EXPLAINED IN "PLANNING AND WRITING YOUR ESSAYS" |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/11/07 |
|---|---|---|
| MATH (SMITH) | NO NOTES-ACTIVITY IN THE STUDENT CENTER DURING CLASS | NO HOMEWORK |
| SPANISH (DIAZ) | YES | CROSSWORD |
| ARCHITECUTRE (VAN) | NO-SKETCHED THE AREA | DRAW ALL LIVING AREAS OF THE FIRST FLOOR OF YOUR RESIDENCE |
| MUSIC (PEARSON) | YES | NO |
| ENGLISH (HEIDEKAMP) | NO-WATCHED A FILM | DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/12/07 |
| --- | --- | --- |
| MATH (SMITH) | NO-STUDENT ACTIVITY | write a detailed explanation for the process they used to recreate each graph on the "CBR - Time Distance Activity" Worksheet |
| SPANISH (DIAZ) | YES | RE-READ IN CLASS STORY |
| ARCHITECUTRE (VAN) | NO-COMPUTER LAB AND LOOKED UP BUILDINGS TO SKETCH | SKETCH THE ENTIRE FIRST FLOOR OF RESIDENCE |
| MUSIC (PEARSON) | YES | NONE |
| ENGLISH (HEIDEKAMP) | YES | DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/13/07 |
| --- | --- | --- |
| MATH (SMITH) | YES | COMPLETE THE 3 EXTRA PRACTICE WORKSHEETS |
| SPANISH (DIAZ) | YES | DRAW 6 PICTURE ONE FOR EACH PARAGRAPH IN THE STORY |
| ARCHITECUTRE (VAN) | NO-SKETCHED HOUSES | NO ASSIGNMENT |
| MUSIC (PEARSON) | YES | NO |
| ENGLISH (HEIDEKAMP) | NO-FINISHED AND DISCUSSED MOVIE | DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/14/07 |
| --- | --- | --- |
| MATH (SMITH) | YES | |
| SPANISH (DIAZ) | YES | DRAW 6 PICTURE ONE FOR EACH PARAGRAPH IN THE STORY |
| ARCHITECUTRE (VAN) | NO-SKETCHED HOUSES | NO ASSIGNMENT |
| MUSIC (PEARSON) | YES | NO |
| ENGLISH (HEIDEKAMP) | NO-FINISHED AND DISCUSSED MOVIE | DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY |



| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/17/07 |
|---|---|---|
| MATH (SMITH) | YES | Section 1.1 pages 12-13 from supplemental green workbook #18 and #22. Please complete the assignment in your "math homework" notebook. |
| SPANISH (DIAZ) | YES | HOMEWORK SHEET |
| ARCHITECUTRE (VAN) | NO | NO |
| MUSIC (PEARSON) | YES | NO |
| ENGLISH (HEIDEKAMP) | YES | FINISH READING "THE SECRET SHARER" |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/18/07 |
|---|---|---|
| MATH (SMITH) | YES | YES |
| SPANISH (DIAZ) | NO-SUBSTITUTE | NO |
| ARCHITECUTRE (VAN) | NO | NO |
| MUSIC (PEARSON) | YES | NO |
| ENGLISH (HEIDEKAMP) | YES | GET THE FINAL DRAFT OF "The Stranger" COMPLETED |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/19/07 |
|---|---|---|
| MATH (SMITH) | YES | Section 1.2 p23-26 #12-15, 35, 40 , 41 |
| SPANISH (DIAZ) | NO-COMPUTER LAB | FINISH THE COMPUTER LAB PACKET |
| ARCHITECUTRE (VAN) | YES | CONTINUE WORKING ON 4 SKETCHES FROM HOMEPLANGROUP.COM AND 6 CREATIVE FLOORPLANS DUE 9/21. TURN IN SKETCHBOOK ON FRIDYA FOR THE WEEKEND.  CONSULT ON CREATIVE FLOORPLANS WITH MR. V. |
| MUSIC (PEARSON) | NO NOTES-SUB | NO HOMEWORK |
| ENGLISH (HEIDEKAMP) | NO | By Friday first section of chapter 1 from "The Heart of Darkness" needs to be read. |

0040

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/20/07 |
|---|---|---|
| MATH (SMITH) | Yes | Sec 1.2 p 25-29 #37,38,42-45,66-67 |
| SPANISH (DIAZ) | Yes | Worksheet attached to the carbonless notes |
| ARCHITECUTRE (VAN) | Yes | Sketches to be turned in Friday. |
| MUSIC (PEARSON) | No | No |
| ENGLISH (HEIDEKAMP) | No-Group work | Friday first section of chapter 1 from "The Heart of Darkness" needs to be read. |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/21/07 |
|---|---|---|
| MATH (SMITH) | Yes | The students had an in-class assignment today so there is not an assignment tonight. |
| SPANISH (DIAZ) | Yes | No Homework |
| ARCHITECTURE (VAN) | Yes | Needs to sketch final floorplan design for Monday. |
| MUSIC (PEARSON) | No | Spoke with teacher, no homework |
| ENGLISH (HEIDEKAMP) | Yes | Finish Section 1 of "Heart of Darkness" Begin drafting college application essay due Thursday |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/24/07 |
|---|---|---|
| MATH (SMITH) | Yes | Read Section 1.3 from green workbook. Quiz on Sections 1.1 - 1.2 on Friday 9/28. |
| SPANISH (DIAZ) | Yes | Write five True/False questions in English on a separate piece of paper |
| ARCHITECTURE (VAN) | Yes | Work on Chapter 9 Review. Discuss Chapter 9 in class traffic areas and patterns. Complete traffic pattern for floor plan handout |
| MUSIC (PEARSON) | No | No |
| ENGLISH (HEIDEKAMP) | No-small group discussions(no notes generated) | Quiz tomorrow on Section 1 in "Heart of Darkness: |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/25/07 |
|---|---|---|
| MATH (SMITH) | Yes | Calc concepts homework Section 1.3 p. 38-39 #2-5, 8, 24 Reminder: Quiz Friday on Sections 1.1 and 1.2 |
| SPANISH (DIAZ) | Yes | Answer question from MPA blue sheet 1-8 reread 1-6 |
| ARCHITECTURE (VAN) | Yes | Begin Ch. 12 Workhseet |
| MUSIC (PEARSON) | Yes | No |
| ENGLISH (HEIDEKAMP) | Yes | Finish Section II of "Heart of Darkness" |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/26/07 |
|---|---|---|
| MATH (SMITH) | Yes | Read section 1.4 p 40-48 Quiz on Friday Sec 1.1 - 1.2 |
| SPANISH (DIAZ) | Yes | None |
| ARCHITECTURE (VAN) | Yes | Finish reading Ch. 12 and complete Ch. 12 Workhseet |
| MUSIC (PEARSON) | Yes | No |
| ENGLISH (HEIDEKAMP) | No | For Friday finish "Heart of Darkness: Bring in first draft of a college application essay |

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/27/07 |
|---|---|---|
| MATH (SMITH) | | |
| SPANISH (DIAZ) | | |
| ARCHITECTURE (VAN) | | |
| MUSIC (PEARSON) | | |
| ENGLISH (HEIDEKAMP) | | |



**DAILY LOG**

**Assignment E-Mails**

**English**
**Notes**

**Symphony**
**Notes**

**Mathematics**
**Notes**

**Architecture**
**Notes**



**Spanish**
**Notes**





wilson jones.

| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |
| --- | --- | --- | --- | --- |

**8-23 Notes**

How do we find meaning in a text?



of writing

historical context & the text itself → of the audience

author

narrator character

Text

New Criticism

Biographical Psychoanalytic

formalism

post-colonialism

interpretive community

reader

reader-response criticism

all about historical context

Feminist

Marxist

New Historicism – outside of historical context

04

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | | LOCKER/DESK NO. | COURSE & SECTION NO. |

Alex

○ D.Q why did he give up every chance to see his mother after not seeing her for so long?

    pg. 6 & 13

Why is he so indecisive? / Laid back?

   p. 41, Paris    p. 41, Marriage    p. 36/37 Feelings of story / being a witness
    (Boss)       (Marie)                (Raymond)

  p. 43  peculiar lady — opposite/contrast/foil
            always something to do, unlike Meursault

| SIGNATURE | | DATE | WITNESS/TA | | DATE |
|---|---|---|---|---|---|

05

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

How does Meursault reason?

    he doesn't think things through.

marriage is
a ~~religion~~
defining thin

Why doesn't he want to dive into Marriage w/ Marie?

    can't make decisions, purely physical attraction
    p. 35 & 41 "Do you love me?" "I don't know, but probably not."

Why was Marie okay w/ going to the beach house after
    seeing Raymond beat his ex-g.f.?

    She loves Meursault & wants to please him.
    If questioning Raymond, questioning Meursault.

Why doesn't Meursault question Raymond's abuse of ex?

    Doesn't affect himself directly, so he doesn't care, as in
    the case of Salamano & his dog.

p. 41, schooling steps   → why he has no ambitions.
    mom dies

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

What is the essence of your life?

- Justice/progress
- family/children
- friends
- success/$/work
- God/religion/afterlife
- education
- love

All end at some point

all live

in authentic

Existentialism

Alex

social constructions → systems → enforce themselves

True → "capital T"

transcendent values

absolute values

apriori values before you existed

Theater of Absurd

Meursault throws all these systems away

Life Being Existence → Pain Suffering death

individuality independence radical subjectivity honest → decisions authentic

Life itself — authentic life

"Existence precedes essence"

| SIGNATURE | DATE | WITNESS/TA | DATE |

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | | LOCKER/DESK NO. | COURSE & SECTION NO. |

Alex Hopkins 9/7/07

p. 123 "a stranger to the ship"
- why do they replace their captain w/ one so young? inexperienced?
- what makes someone a leader?

- mentions there were causes, but not important to audience

p. 126 "(taking heat)"
- what's his attitude @ choice of occupation?

- loves the sea, not the land, not the stars.
- its own world, no intrusion.
- order, structured, hierarchy, control
- security of the sea.
- singleness of purpose vs. repetitive "double"

p. 143 "my secret self"
- illusion of being mad. Being in two places at once.

- possibly overdetermined, alter ego, psychological thing.
- maybe not real. p. 127, pale, phosphorescent, ghostly.

| SIGNATURE | DATE | WITNESS/TA | DATE | |
|---|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | LAB PARTNER | LOCKER/DESK NO. | COURSE/SECTION NO. |
| --- | --- | --- | --- | --- |
| NAME | | | | |

# The Secret Sharer

### D Q's

① Why does the captain have to go so close to land?
② What is the symbolism of the hat?
③ Is Leggatt reliable
④ Is Leggatt justified, immoral, evil?
⑤ How do we read the captain's feelings at the very end?
⑥ Does the captain's feeling result from letting Leggatt go?
⑦ What does Leggatt represent?
⑧ In what ways do humans have a dual nature?
     a "double" personality

- possibly a coming of age story.
- finding himself as a captain.
- Captain & Leggatt connect b/c of similar backgrounds
- Rich folk should get away with things.
- A sea, things come clear. Stable

| SIGNATURE | DATE | WITNESS/TA | DATE |
| --- | --- | --- | --- |

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9-21  Friday                              Alex

✳  Finish Section 1 Heart of Darkness
Begin Drafting college application Essay due Thurs.

p.4 description of Marlow - only one w/ name

p.5 Thames ties into British conquest throughout world.
Admiration in the mission of imperialism

p.7 Romans' conquest vs. the future, similar conquest.

p.10 Africa - "Dark Continent" Mysterious snake river.
white space w/in dark continent.

Frame Story                    going to Congo, Belgium's land
                               goes to Brussels, Belgium
                                          ↓
                white city.

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9-25

Alex

Q.9   Oil painting  p.36

Torch  p.5 Civilization, Religion
Black background - heart of darkness
Blindfold can't see ~~who~~ how people react to torch
Sinister aspect, not truly good, evil?
woman - appropriate, she's not there, keeps them from greed
Britain is bringing in people to Africa trying to
civilize the people, but don't see how evil it is becoming.
The absurdity of a blindfold in the dark with a torch.

Q4  "Women don't know truth"...

Men tend to be the ones working in Africa. Marlow's
Aunt doesn't go to Africa, she doesn't care for the
"ignorant millions," women in manager's office are
secretaries guarding the door of Darkness.

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

12

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | Alex |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9-26    HW.    Blog
Finish Novel for Fri
Draft of College Apps. Essay for Fri

Kurtz's influence p. 81
Conrad's impressionistic writing
tells us impressions before the event
p. 75, "we must be like Gods to them"
Kurtz has become crazy
p. 72, first hear of meeting Kurtz.
bald head like ivory ball
ivory invaded his veins
"My ivory" obsession w/ it.
p. 73, makes himself like a god, literally - throne

| SIGNATURE | DATE | WITNESS/TA | DATE |

0052

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE

PEARSON- Symphony Orch- Period 7

AUG. 22 — NO HOMEWORK OR ANNOUNCEMENTS

AUG. 23 - NO HOMEWORK OR ANNOUNCEMENTS

AUG. 24 - NO HOMEWORK OR ANNOUNCEMENTS.

AUG. 27 - SEATING AUDITIONS NEXT WEEK
- SIGN-UPS AND EXCERPTS WILL BE POSTED
  WED. OR THURSDAY OF THE WEEK.
- CONCERT CALENDAR ENCLOSED.

- HANDBOOKS COMING SOON

- OFFICER ELECTIONS - THURSDAY

— AUG. 28 — NO NEW HW OR ANNOUNCEMENTS.

AUG. 29 - HANDBOOK WAS GIVEN TO TOM TODAY.

AUG. 30 - NO HOMEWORK OR ANNOUNCEMENTS

AUG. 31 - NIGHT ON BALD MT.   > DISTRIBUTED
           TCHAIK 5              TODAY
           (FOLDERS)

Sept 5- Chamber Strings from Seating Auditions
          meets tues & fri morn

SEPT. 5   NO NEW HW OR ANNOUNCEMENTS

0053

SEPT 11 - TOM REALLY SHOULD AUDITION FOR IMEA DISTRICT ORCHESTRA. HE MUST COMMIT BY FRIDAY. THE AUDITIONS ARE ON OCTOBER 8 (COLUMBUS DAY) — TIME TBA. THE FESTIVAL IS ON NOVEMBER 17 AT LINCOLN-WAY CENTRAL (NEW LENOX).
MORE INFO COMING SOON!!

BY THE WAY - TOM EARNED 1ST CHAIR IN SYMPHONY ORCHESTRA

SEPT 12 NOTHING NEW

0054

SEPT. 13 - NOTHING NEW

SEPT 17 - CHAMBER ORCHESTRA TOMORROW AT $7^{10}$.
WE WILL HAVE REHEARSAL EVERY TUES. +
FRIDAY AT $7^{10}$ AM.

SEPT- I'M SAD TOM'S NOT DOING CHAMBER ORCHESTRA.
NOTHING NEW TODAY
CONCERT SEPT 28

SEPT 25 NOTHING NEW

SEPT 26 NOTHING NEW

SEPT NOTHING NEW

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

How to enter data into lists     x- goes $L_1$

(1) Press START            y- goes $L_2$

(2) Choose EDIT

(3) Enter x-values in $L_1$ and

y-values in $L_2$

(4) Press $y=$

(5) Move cursor on top of

PLOT 1 and press enter /

(6) set a good window based on

maximums and minimums

(7) Press GRAPH to view

Regular Window → ZOOM

choose #6

X-MIN -10

X-MAX 10

Y-MIN -10

Y-MAX 10

MODE

all options on

left should

be highlighted

FORMAT

show axes

all options left

should be highlighted

| SIGNATURE | DATE 8/23/07 | WITNESS/TA | DATE |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE 8/27/07 | | 02 |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

Value

$y = |x|$

Domain

x-covered $(-\infty, +\infty)$

Range

y-covered $[0, \infty)$

$y = \sqrt{x}$





Domain : $[0, \infty)$

Range : $[0, \infty)$

hyperparabola



Domain: $(-\infty, 0) \cup (0, \infty)$

| SIGNATURE | DATE | WITNESS/TA | DATE |

0057

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE 8/29/07 | | 04 |
|---|---|---|---|---|---|
| NAME Tim F | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

inflection point - the point where
rate of increase decreases



—inflection point

$y = 2x + 6$   $\xleftarrow{SAME}$   $2x + 6 = 4x - 1$
$y = 4x - 1$

$3x + 1 = 2x - 4$    $2x^2 + 3 = 4x^2 - 1$
                        $\downarrow$       $\downarrow$
                        $y$        $y$

$y_1 = 2x^2 + 3$  $\Big\}$ Graph
$y_2 = 4x^2 - 1$

$x^2 - 25 = 0$       $2x + 1 = 9$
                     $2x - 8 = 0$
         $\uparrow$
                     x-int

| Homework: "Solve Equations by graphing" WKSHT | DATE | WITNESS/TA | | DATE |
|---|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE August 31, 2007 | 05 |
|---|---|---|---|---|---|
| NAME Timothy Fouché | | LAB PARTNER | | LOCKER/DESK NO. | COURSE & SECTION NO. |

$\log_{10}(x+5) < x^3$

$10^? = x - 5$
$\downarrow$
$5$

$\ln(x-19) > e^{x-19} - 5$

$(19, 20.7)$

2.) $\emptyset$

$\leq 0$
$\uparrow$
x-int
all parts
of graph
below x-axis

Local Maximum: There's
a high point but not the
highest point
Absolute Maximum: no point
is higher than this
point. highest point

homework "Parts of Graph" Wrksht

Right side behavior:

$x \rightarrow +\infty \qquad f(x) \rightarrow +\infty$
x goes to the right

y goes up

Left side behavior

$x \rightarrow -\infty \qquad f(x) \rightarrow -\infty$



Right End
$x \rightarrow +\infty$
$f(x) \rightarrow +\infty$

Left End
$x \rightarrow -\infty$
$f(x) \rightarrow -\infty$

Point of Inflection
Point where curve changes
concavity


point of inflection
concave
down

Logistic

| SIGNATURE | DATE | WITNESS/TA | | DATE | 0059 |
|---|---|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE | | 06 |
|---|---|---|---|---|---|---|
| NAME | | LAB PARTNER | | LOCKER/DESK NO. | COURSE & SECTION NO. | |

September 4



← Point of inflection

## Topics on Quiz

- domain & range in interval notation
- choose apprapriate graphing window
- solve equations w/ inequalites using only the calculator only
- Parts of Graph
- choose regression model for data
- explain how changes to coordinate points after a graph

## Tonight's Homework:
"Understanding Graph + Draw the Graph" worksht

| SIGNATURE | | DATE | WITNESS/TA | | DATE | 0060 |
|---|---|---|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE 9/13/07 | | 07 |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

## Section 1.1

Functions - describe relationships among varying quantities

$f(x)$     $x$     $y$
input   output
domain   range

Vertical Line Test - determines if a graph is a function

| Not a Function | Function |
|---|---|
| | each x-coordinate is paired with one unique y coordinate |

$\{(1,3),(2,3)(4,3)\}$     $\{(5,6),(6,5)(7,6)\}$

## Parent Function (Mother Function)     Linear Functions

$f(x) = x^2$

slope-intercept     $y = mx + b$
Point slope     $y - y_1 = m(x - x_1)$

$y = -\frac{1}{2}(x-4) + 7$

Standard form     $ax + by = c$

slope $= -\frac{1}{2}$

$(3,5)$   $(7,8)$

$\text{Pt} = (4, 7)$

$y\text{-int} = (0, 9)$     $-\frac{1}{2}(-4) + 7$

$\frac{8-5}{7-3} = \frac{3}{4}$

Composite Functions

$y - \boxed{5} = \frac{3}{4}(x-3)$

$f(g(x))$   $f \circ g(x)$

$y = \frac{3}{4}(x - 3) \boxed{+5}$

$f(x) = x^2 + 10x + 25$

| SIGNATURE | DATE | WITNESS/TA | DATE | 0061 |
|---|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | 08 |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

$g(x) = \sqrt{x-2}$

$(\sqrt{x-2})^2 + 16(\sqrt{x-2}) + 23$

$x + 16\sqrt{x-2} + 26$

$g(14) = \sqrt{14-2} = \sqrt{12}$

$g(4) = \sqrt{6}$

$g(g(14))$

## Piecewise Function

$$f(x) = \begin{cases} -2 & -4 \le x \le 0 \\ x+1 & 2 < x < 5 \\ 7 & 9 \le x \le 12 \end{cases}$$

$f(-2) = -2$

$f(1) = -2$

$f(3) = 4$

$f(1) = $ undefined

$f(x) = 4$

$f(3) = 4$ alot of choices

Zero
x-intercept
solution
root

$f(x) = (x+3)^2(x+5)$

$0 = (x+3)^2(x+5)$

Just graph

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE 9/14/07 | 09 |
| NAME Timothy Fouché | LAB PARTNER . | LOCKER/DESK NO. | COURSE & SECTION NO. | |

**17.**

$$g(x) = \begin{cases} -2 & -5 \le x \le 3 \\ \sqrt{9-x^2} - 2 & -3 \le x < 1 \\ -2x+6 & 1 \le x \le 5 \end{cases}$$

② center $(0,-2)$  $r=3$

$(x-h)^2 + (y-k)^2$

$x^2 + (y+2)^2 = 9$

$y = \sqrt{9-x^2} - 2$

③ slope $=-2$  $(3,0)$

$y = -2(x-3)$

$y = -2x+6$

**13.**

$t \ge 0$

$A(t) \rightarrow$ area of a $\triangle$

$A = \frac{1}{2}bh$

$A = \frac{1}{2}th$



$\frac{1}{2}t \cdot h$

$\downarrow$

$\frac{1}{2}t^2$

<u>PART A.</u>

$A(t) = \frac{1}{2}t^2$

**PART B**  Draw Graph Between $0,5$

$A(t) = \frac{1}{2}t^2$

| $t$ | $A(t)$ |
|-----|--------|
| 0 | 0 |
| 1 | .5 |
| 2 | 2 |
| 3 | 4.5 |
| 4 | 8 |
| 5 | 12.5 |

**23**

cost

.60¢

$\dfrac{\$1}{1000 \text{ mugs}}$

$n =$ sold mugs

$x =$ price reduction

$n(x) = 1000 + x50$

$(1 - 0.01x) - 0.60$

$x \ge 0$

$(1000 + 50x) \cdot [(1 - .01x) - .60]$

| SIGNATURE | DATE | WITNESS/TA | DATE 0063 |

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

10

# Topics Covered on Quiz

- Match a story to graph create a graph to correspond to a story

- Find Equations of lines
  1. Standard Form
  2. point-slope
  3. y-intercept Form
  4. Slope

- Find Equations For // and ⊥ lines
- Given a piecewise graph, define the function
- Determine the translation that caused a function to change.
- Problems #13 p. 11

  #22 p. 13

  • End Behavior

- Max, Mins

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0064 |

Calc. conc. /11

Ived.



discontinuities

translation

$$x^2 + y^2 = r^2$$

$$x^2 + y^2 = \boxed{-1}$$

pg. 21

2 b)   $m_A$ ← Slope of Line A

3) inflection point → where graph
changes concavity



a)   AB and DE

I.P.



increasing
concave
up

increasing
concave down

decreasing
concave up

$\boxed{\text{Translations}}$   move a graph without
changing its shape

$f(x) + a$   moves up a # of units
$f(x) - a$                     down
$f(x+a)$   moves left a units

00065

$f(x-a)$                                right
$a f(x)$                Vertical stretch
                a is negative, flip over x-axis

                $0 < |a| < 1$ vertical shrink
                    $a > 1$  Vertical stretch
$f(ax)$              horizontal stretch
                a is negative, flip over y-axis

    See pg 21    $0 < a < 1$  stretch
                    $a > 1$    compress


        pg 23  # 4-11

    Read Ex. 3 $p^{16}$

    Homework    1.2 p 23 -26
                # 12-15, 35, 40, 41


pg. 28  # 54-65

54) $f(8) < f(3)$

    Never true



55.) $f(5) > 0$
    $\uparrow$
    X

  May be true

56)

  May be true                          /

.0066

56) $|$ ____    may be true

57) $g(x) = f(x) \boxed{-25}$    (3,7)  Always True
    translation

58) $g(x) = f(2x)$  inc.  (1,4)

A.T

59) $g(x) = 5 f(x)$    N.T.

60) $g(x) = -3f(x)$    decreasing (1,3)

A.T.

61)    A.T.

-3

62) A.T.

63) $g(x) = \partial f(x)$  inc $\boxed{(-10,-1)}$

N.T.

64) $g(x) = f(-x)$    y-axis

N.T.

( , 10    65) N.T.



9-19 sec 1.2 cc Page 6

0067

Homework Collection on Mondays

0068

Calc. Conc. 9/ /07

Homework → Section 1.2 p. 25-29
# 37, 38, 42-45, 66-67

#50 p 27

a) $g(x) = f(x) + 2$

max at 5

b) $g(x) = 2f(x) + 3$

MIN

@ -11      $2(-7) + 3$
           $-14 + 3$

c) MAX

$g(x) = -3f(x \cancel{/2}) + 5$

$3(7) + 5$

26



0069

Homework Review

$m = \frac{1}{2}$    $m = \frac{7}{3}$

\# 14.)   $L_1$ $(0,0)$ $(2,1)$   $L_2$ $(0,0)$ $(3,7)$



$\frac{1}{2} < m < \frac{7}{3}$

\# 35.)



10 ft

$I\!\!I$ water depth

Volume

a) $V(0) = 0$

b) $V(10)$

$\hookrightarrow \frac{1}{2} \left( \frac{4}{3} \pi r^3 \right)$

$\frac{2}{3} \pi r^3$

$\frac{2}{3} \pi (10)^3$

$\approx 2094.39 \, ft^3$

:) $V(D)$

volume

Graph D

depth

0070

40.)



a) $(-3, 1)$  Not totally

b) $(0, 5)$

c) $-2$

☆

41)



Sec 1.1   Hmwk

#18).   $f(x) = x^2 + 3x - 4$         $x = 2$    $x = 2 + h$

a)   $f(-1) = -6$          $x = -1$    $x = 2$

$f(2) = 6$          $(-1, -6)$    $(2, 6)$   $m = \dfrac{12}{3} = 1$

$y - 6 = 4(x - 2)$

$y = 4x - 2$

0071

b.) $(2,6)$ ● $(2+h, h^2+7h+6)$ ●

$$(2+h)^2 + 3(2+h) - 4$$
$$h^2 + 4h + 4 + 3h + 6 - 4 = h^2 + 7h + 6$$

$$m = \frac{(h^2+7h+6)-6}{(2+h)-2} = \frac{h^2+7h}{h} = \frac{\cancel{h}(h+7)}{\cancel{h}}$$

c.) pt. & slope          $\boxed{h+7}$

$(2,6)$    $h+7$

$$y - 6 = h+7(x-2)$$
$$y = h+7(x-2) + 6$$
$$y = (h+7)x - 2h - 14 + 6$$
$$y = (h+7)x - 2h - 8$$

d.) $x = 2$     $\overset{2+h}{x = \boxed{2.003}}$

$h = .003$

$$\boxed{y = 7.003x - 8.006}$$

e.) $x = -1$
$x = 2+h$   $h = -3$
Homework     $\boxed{y = 4x - 2}$

Calc. Conc.                    9/21/07            $\rightarrow (x-6)(x+2)$

$(x-2)$

Sections 1.1/1.2 Review WKSHT

(1.)



a) $(0,3)$                    g)

b) $(-2,0)(2,0)(6,0)$      h)

c) yes                       i)

d)

e) $(-\infty, 0)$ $(4, \infty)$

f) $(0,4)$                   $\boxed{f(x) \le 2}$

K) yes                                $y \le 2$

4.) $f(x) = \sqrt{x} + 1$        $g(x) = (x+3)^2$

a) $f(g(t))$              $(t+3)^2 = \boxed{t^2 + 6t + 9}$

$\boxed{\sqrt{t^2 + 6t + 10}}$

$\sqrt{(t+3)^2 + 1}$

b)  $(4+3)^2 = 49$

$\sqrt{50} = \sqrt{25}\sqrt{2} = \boxed{5\sqrt{2}}$

Domain                        Range

2.) $[-2, 2] \cup (2.5, 5]$

0073

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE Sept. 25 | 11 |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

Section 1.3

Trig functions → Calc. in radians

Notation:
$$\{$$

<u>Plotting Jargon</u>

Scale → size of the horizontall & vertical units

Zooming Out → shrink the scale

Aspect Ratio → measures relative size of horizontal and vertical units

Zoom Square → adjusts window so that a square or circle is shown in correct proportion.

$$x^2 + y^2 = 49$$
$$-x^2 + 49 = y^2$$
$$y = \pm\sqrt{49 - x^2}$$

| SIGNATURE | DATE | WITNESS/TA | DATE 0074 |
|---|---|---|---|

© Hayden-McNeil Specialty Products

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE Sept. 25 | | 12 |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

<u>Zoom Decimal</u> → Δ(change) x and y are .1

<u>Zoom Trig</u> ⇒ x-scale π/2

<u>Zoom Integer</u> → let's you select a new center point sets Δx & Δy to 1 and x-scale and y-scale to 10

Zoom ___ → displays full range of the dependent variable keeps x-min & x-max the same

p. 39 #6

6) [-π/2, -1] × [0, 5]

Assigned

Homework: Sec 2.2 p. 38-39 #3-5, 8, 24

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0075 |

| EXP. NUMBER | EXPERIMENT/SUBJECT ARCH. | | DATE WEEK 1 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

8/22   INTRODUCTIONS

8/23   - 2 ARCHITECTS, 1 CLIENT
        EXERCISE
     - QUESTIONS TO ASK
     - WHAT TO DRAW  - FLOOR PLANS
                      - ELEVATIONS

8/24   - FINISH DISCUSSION ON QUESTIONS TO ASK
       AND WHAT TO DRAW
     - SKETCH RANCH DESIGN ON GRID
       PAPER W/ SCALE / FOLLOW ALONG
       WITH TEACHER
     - DISCUSS PROS AND CONS OF
       DESIGN ( CLOSETS, BATHROOMS,
       PLUMBING, ETC.)

| SIGNATURE | DATE | WITNESS/TA | DATE 0076 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT ARCH | | DATE WEEK 2 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

8/27 — Discuss Ranch House Design Again

— Compare and Contrast 1050 # and 2800 # House

— Read Chapter 1 Arch History and Styles

— Complete Worksheet on Ch. 1

— Show Tape Measure and ~~Notebook~~ Sketchbook 1st Assignment (5 pts.)

8/28 — Continue Chap 1 Wksht.

— Discuss Chapter 1 as a Class Architectural Styles
  — Combined Styles
  — Specific Arch Details

8/29 — Hand in Chap 1 Review

— Read Chap 2 Elements and Principles of Design

— Discuss Elements of Design

| SIGNATURE | DATE | WITNESS/TA | DATE 0077 |
|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE WEEK 2 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

8/30  – DISCUSS PRINCIPLES OF DESIGN

– DISCUSS EXAMPLES OF ELEMENTS
AND PRINCIPLES IN OP AND RF

– COMPLETE CHAP 2 WORKSHEET


8/31  – DISCUSS WEEKEND ASSIGNMENT
MEASURE AND SKETCH YOUR BEDROOM
PAY ATTENTION TO SCALE/PROPORTION.
DRAW WALLS, WINDOWS, DOORS, CLOSETS
DRAW FURNITURE (ANYTHING APPLICABLE)

– DRAW FLOORPLAN EXAMPLE HANDOUT

| SIGNATURE | DATE | WITNESS/TA | DATE 0078 |
|---|---|---|---|

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| | ARCH | | WEEK 3 | |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |
| | | | | |

9/4 - CONTINUE DRAWING FLOORPLAN HANDOUT
ANSWER THE FOLLOWING QUESTIONS.

- WHAT STYLE IS THIS HOUSE?

- WHAT ARE SOME ADVANTAGES TO
THIS FLOORPLAN?

- WHAT ARE SOME DISADVANTAGES TO
THIS FLOORPLAN?

- WHAT WOULD YOU DO TO CHANGE THE
FLOORPLAN?

- TURN IN BEDROOM FLOORPLAN DURING
CLASS

- ASSIGNMENT
DRAW BATHROOM WITH SAME PARAMETERS
AS THE BEDROOM. INCLUDE ALL FIXTURES

- DISCUSS BATHROOM ARRANGEMENTS
AND COMMON SIZES

3 THINGS NEEDED FOR FULL BATH
TOILET, SINK, BATHTUB

9/5 - TURN IN CHAPTER 2 WORKSHEET

- TURN IN BATHROOM FLOORPLAN
DURING CLASS.

- BEGIN SKETCHING DINING ROOM
FROM MEMORY IN CLASS.

- READ CHAPTER 6.

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0079 |

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE WEEK 3 | |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/5 (CONT.) - HOMEWORK. ASSIGNMENT
MEASURE AND SKETCH DINING ROOM
AND/OR KITCHEN DEPENDING ON YOUR
HOUSE'S FLOORPLAN / DESIGN

9/6 - TURN IN DINING ROOM MEASUREMENTS
AND FLOORPLAN IN CLASS.

- WORK ON CHAP 6 REVIEW IN CLASS

- DISCUSS CHAP 6 ENVIRONMENTAL
  DESIGN FACTORS

    - USING PASSIVE SOLAR DESIGN
      FOR HEATING / COOLING A HOUSE

- NO HOMEWORK FOR WEEKEND.

| SIGNATURE | DATE | WITNESS/TA | DATE 0080 |

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT ARCH | | DATE WEEK 4 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/10 - WORK ON CHAP. 6 REVIEW
- DRAW (SKETCH) LIVING / FAMILY ROOM
  FROM MEMORY.
- READ CHAP 7, LIVING AREAS
- TURN IN CH. 6 REVIEW
- HOMEWORK ASSIGNMENT ~~DRA~~
  MEASURE AND SKETCH YOUR LIVING/FAMILY
  ROOM

9/11 - TURN IN LIVING/FAMILY ROOM SKETCHES
  DURING CLASS
- DISCUSS CHAP 7 LIVING AREAS

  - LIVING ROOM - FORMAL ROOM NEAR
    THE MAIN ENTRANCE OF HOME.
  - DINING ROOM - FORMAL ROOM FOR
    DINING USUALLY USED FOR FORMAL
    DINNERS SUCH AS HOLIDAYS BUT IN
    DIFFERENT FREQUENCY DEPENDING
    ON THE FAMILY
  - FAMILY ROOM - INFORMAL ROOM FOR
    FAMILY ACTIVITIES TYPICALLY NEAR
    THE KITCHEN
  - OFFICE / DEN / SPECIAL PURPOSE ROOMS
    ROOMS THAT ARE GIVEN A SPECIFIC
    PURPOSE

| SIGNATURE | DATE | WITNESS/TA | DATE 00081 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE WEEK 4 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/11 (CONT.)

- OPEN FLOOR PLAN
  DESIGN IN WHICH ALMOST ALL OF THE LIVING AREAS ARE COMBINED INTO ONE ROOM OR ONE LARGE AREA W/ FEW WALLS BETWEEN THE ROOMS.

- CLOSED FLOOR PLAN
  FLOOR PLAN DESIGN IN WHICH THE ROOMS ARE PARTITIONED BY WALLS AND THE PATHWAYS TO DIFFERENT ROOMS GO THROUGH DOORS AND HALLWAYS.

- COMBINED PLAN
  SOME ROOMS ARE OPEN TO EACH OTHER WHILE OTHER ROOMS ARE IN THEIR OWN SPACE.

- HOMEWORK ASSIGNMENT
  MEASURE AND SKETCH KITCHEN/DINETTE

9/12 - TURN IN KITCHEN/DINETTE SKETCHES DURING CLASS.

- WORK ON CHAP 7 REVIEW

- DRAW A SKETCH OF YOUR HOUSE PUTTING ALL OF THE LIVING AREAS TOGETHER W/ PROPER PROPORTION AND ORIENTATION.

- NO HOMEWORK.

| SIGNATURE | DATE | WITNESS/TA | DATE 0082 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE WEEK 4 |
|---|---|---|---|
| NAME | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/13 - ~~HAND~~ Work ON CHAP. 7 REVIEW

- GO TO CAD LAB (RM. 299)
  LOG INTO A COMPUTER AND PRINT
  OFF 4 FLOOR PLANS FROM
  www.homeplangroup.com.

9/14 - SKETCH THE FLOOR PLANS THAT
  WERE PRINTED YESTERDAY INTO
  YOUR SKETCHBOOK. PAY ATTENTION
  TO PROPORTION.

- NO HOMEWORK FOR THE WEEKEND

| SIGNATURE | DATE | WITNESS/TA | DATE 0083 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT ARCH | | DATE WEEK 5 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/17 - TYPES OF HOUSES
- RANCH - ONE FLOOR ABOVE GROUND
- ONE AND A HALF STORY - ONE FULL
FLOOR ABOVE GROUND AND ANOTHER
FLOOR ABOVE THE FIRST THAT IS
APPROXIMATELY HALF OF THE SQ. FT.
OF THE FIRST FLOOR

- TWO STORY - TWO FLOORS ABOVE
GROUND OF APPROXIMATELY THE SAME
SIZE.

- SPLIT LEVEL - A STAGGERER FLOOR
HOUSE. EACH LEVEL HALF A STORY
ABOVE THE LAST.

- SPLIT FOYER - ENTRY IS HALFWAY ~~OF~~
BETWEEN LOWER AND UPPER FLOOR.

- TYPES OF FOUNDATIONS
- FULL BASEMENT - FOOTPRINT OF THE
HOUSE HAS ONE FULL FLOOR UNDERGROUND.
- CRAWLSPACE - HALF BASEMENT BUILT
SO THE FOUNDATION WALLS ARE BELOW
THE FROST LINE.
- SLAB ON GRADE - CONCRETE SLAB BUILT
ON GROUND LEVEL.

- FOUNDATION MATERIALS
- POURED CONCRETE      - ICEBLOCK
- BLOCK
- TREATED LUMBER

| SIGNATURE | DATE | WITNESS/TA | DATE 0084 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/18  -  CONTINUE ON 4 SKETCHES OF PLANS
            FROM HOMEPLANGROUP.COM
        -  START 6 CREATIVE FLOOR PLAN SKETCHES
            W SKETCH BOOK, WHICH WILL BE
            TURNED IN ON FRIDAY 9/21.

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0085 |

24

| EXP. NUMBER 6 | EXPERIMENT/SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9/19 -  CONTINUE  WORKING  ON  4  SKETCHES
        FROM  HOMEPLANGROUP.COM  AND  6
        CREATIVE  FLOORPLANS  DUE  FRIDAY
        9/21
        TURN  IN SKETCHBOOK  ON  FRIDAY  FOR
        THE  WEEKEND.

- CONSULT  ON  CREATIVE  FP'S  W/  MR. V.

| SIGNATURE | DATE | WITNESS/TA | DATE 0086 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9/20 — CONTINUE ALL SKETCHES TO BE TURNED
IN ON FRIDAY. CONSULT W/ TEACHER
WHILE WORKING IN CLASS.

| SIGNATURE | DATE | WITNESS/TA | DATE 0087 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| | ARCH | | | |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |
| | | | | |

9/24 - READ CH. 9 IN CLASS

  - && WORK ON CH. 9 REVIEW

  - DISCUSS CH. 9 IN CLASS ⊘TRAFFIC AREAS
    AND PATTERNS (NOTES FROM BOOK ATTACHED)

  - COMPLETE TRAFFIC PATTERN FOR
    FLOOR PLAN HANDOUT

| SIGNATURE | DATE | WITNESS/TA | DATE | 0088 |
|---|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

9/25 - FINISH CH. 9 DISCUSSION

- DISCUSS FLOOR PLAN SKETCHES
  INDIVIDUALLY
- READ CH. 12 IN CLASS
- BEGIN WORKING CH. 12 WORKSHEET

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/26 - FINISH READING CH. 12

- DISCUSS CH. 12 IN CLASS

- COMPLETE CH. 12 WORKSHEET
  DUE THURS AT THE END OF CLASS.

| SIGNATURE | | DATE | WITNESS/TA | DATE 0090 |
|---|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/27 - FINISH DISCUSSION ON CH. 12 SLEEPING AREA
      - WORK ON CH. 12 REVIEW WORKSHEET
      - HAND - IN CH. 12 AT THE END OF THE PERIOD
      - READ CH. 13 DESIGNING FLOOR PLANS
      - WORK ON CH. 13 REVIEW WORKSHEET

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0091 |

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

Chapter 9        Traffic Areas and Patterns

Traffic Areas provide space to move through the house. Such passageways are foyers, halls, stairs and areas of rooms.

**Traffic Patterns**
- Traffic patterns should be taken into account when designing a floor plan.
- Avoid extremely long halls or corridors.
- Avoid using one room to get to another. (Each bedroom should have it's own entrance.)
- Fig. 9-1a vs. Fig. 9-1b. Figure (a) is functional and efficient. Figure (b) has a hallway to nowhere. The Living Room essentially has become a large hallway. The kitchen is not easily accessible.
- One way to determine the functionality and efficiency of a plan is to imagine yourself moving through the design to see if space is used effectively.

**Halls**
- Halls are the "streets" used in your home to move around.
- Fig. 9-3 has an example of how to reduce hallway length and make more efficient use of space.
- Dividers can be used to separate space in your home and provide traffic areas without putting in walls which can make space hard to light and feel smaller.

**Stairs**
- Stairs are inclined hallways that give access between floors
- Fig. 9-4 shows types of stairs.
- New materials have allowed stairs to be built without fully enclosing them in walls where light is restricted.
- The size and shape of stairs can vary depending on the use of the stairs.
- The tread is the step part of stairs and the riser is the vertical part of the stair.
- Average tread depth is 10" and average riser height is 7 ¼". Fig. 9-6 shows how variations in tread and riser dimensions can affect the functionality of a staircase.
- Staircases must be at least 3'0" wide however it is better to have a staircase that is 3'6" to 4'0" wide for more room. This is the same for hallways.
- Minimum headroom on a staircase should be 6'6" however 7'0" is advantageous.
- A landing should be planned for staircases with more than 16 stairs.

Chapter 12    Sleeping Areas

One-third of our time is spent sleeping. The sleeping area should provide a quiet place for comfort and relaxation. It should be in a separate area of the house from the noisier living area.

**Bedrooms**
- Houses are generally classified by how many bedrooms they have.
- A minimum of two bedrooms is usually beneficial in order to provide a place for guest and more bedrooms are advantageous for a family.

Function
  o Provides a place for sleep
  o May provide a place to read, write, or relax
  o Bedrooms can range from a nursery to the children's room to a master suite with a dressing room and full bathroom

Location
  o Bedrooms should be grouped in a quiet part of the house.
  o Read the guidelines for noise control on page 215-216.
  o Wall space- group doors of entry and closet together to conserve space for furniture.
  o Doors- sliding pocket doors, bi-fold doors, bypassing doors are generally used for closets, and an entry door should be 2'6" to 3' in width.
  o Windows- should provide ventilation, light and possibly a method of escape in case of a fire.
  o Storage space- Furniture is used for some personal items but most storage space should be provided in the closets. Closets must be at least 24" deep and there should be 6 linear feet of space to hang clothing for each adult.

Décor- should be decorated in quiet, restful tones. Uncluttered furniture and simple lines help provide a relaxing atmosphere.

Size and Shape
  o Most bedrooms should be a minimum of 100 sq. ft. but a bedroom between 100 and 200 sq. ft. is considered average and over 200 sq. ft. is considered large.
  o Furniture should dictate how large a bedroom needs to be.

**Baths** (or bathrooms)
- Must be designed to be functional, attractive, and easily maintained.
- Size can vary greatly depending on size available.

Function
  o Fixtures- items connected to plumbing lines (sink, toilet, and tub).
  o Toilets need a minimum distance of 15" from the center to a side wall or other fixture.
  o A mirror should be placed above the sink.

- o Layout- compartment plan has partitions to separate the shower, toilet and sink. Open plan combines all in the space with no visual barriers.
- o Ventilation- need to have natural ventilation from a window or an exhaust fan to control humidity and other factors.
- o Lighting- should be shadowless lighting in grooming areas. Usually there is more than one source of lighting in a bathroom.
- o Heating- important for comfort in bathroom. Usually placed near window in order to reduce drafts.

Location

- o Two considerations, plumbing lines availability and accessibility from other areas of the house.
- o Plumbing lines- it is cost and space efficient to place bathrooms back to back and on top of each other.
- o Accessibility- bathrooms are ideally in or very near each bedroom for privacy in transport from bath to bedroom.

Décor

- o Materials- should be water-resistant, easily maintained and easily sanitized.
- o Generally the décor should be similar in style to the rest of the house.

Size and Shape

- o Bathrooms are influenced by space available and necessities involved.
- o Minimum size bath that can fit all three basic fixtures is 5' x 8'.
- o Bathroom sizes can vary greatly. Fixture sizes are listed in Fig. 12-24 and 12-25.

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | 03 |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

8/28/07

① toca timbre tarea/bathroom

② binder

③ Storytime

④ timed writings

We turned in our homework, got bathroom passes, & did a crossword puzzle. Then, we organized our binders, & we told a story where we acted out roles. Finally, we got our timed writings back & talked about them.

| EXP. NUMBER | EXPERIMENT/SUBJECT | DATE |
|---|---|---|
| | [redacted] | [redacted] |

| NAME | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |
|---|---|---|---|
| | | | |

[illegible] 131

(5) [illegible]

(6) 1 : m - [illegible]

[illegible] : 1 [illegible] Yo

(4) [illegible]

<u>no</u> [illegible]!!

[illegible]

- [illegible]

- [illegible]

- [illegible]

- [illegible]

- [illegible]

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | |

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE | | 06 |
|---|---|---|---|---|---|---|
| NAME | | LAB PARTNER | | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9/4

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | 08 |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9/6
① taratimbre
② Oyes/Dices números 0-2000
③ lotería
    no tarea

+ we sang I am Yo
- we worked on our numbers
- we played bingo

| SIGNATURE | DATE | WITNESS/TA | DATE | 0098 |
|---|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/10

   ① *illegible*
    *illegible*
   ② *illegible*
   ④ *illegible*
     *illegible*

   *illegible*
   *illegible*
    *illegible*
   ③ *illegible*
    *illegible*

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0099 |

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | 10 |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9/11/07

① we worked on the months
of the year
② then we did a worksheet
to help understand them
③ next we did a unscrambling
exercise

homework:
crossword

| SIGNATURE | DATE | WITNESS/TA | DATE |
|---|---|---|---|
| | | | 0100 |

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | 11 |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

9/12/07
① tocatimbre/tarea
② Signature search
③ Cuento    Reread story
   TAREA: Dibuja el cuento

① we checked in our homework
② we did a signature-finding game
③ we reviewed the game
④ we read the story "What a coincidence"

| SIGNATURE | DATE | WITNESS/TA | DATE 0101 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | 12 |
| --- | --- | --- | --- | --- | --- |
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

9/13
① tacatimble
② nuestro cuentos
③ la tarea
   tarea dibuja

① we reviewed the story + did on
activity where we put the story
back in order
② we wrote a story in
   spanish

Tarea:
Draw
   6 pictures
      one
   for
      each
   paragraph
      in me
   LE story

| SIGNATURE | DATE | WITNESS/TA | DATE | 0102 |
| --- | --- | --- | --- | --- |

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

# EXHIBIT B

| NAME | | DE PARTIDOR | | |

9/14
&#9312; tocatimbre/tarea
&#9313; repaso de la tarea
&#9314; el tiempo y ¡canción!
&#9315;       cuentos
      ¡no tarea!

&#9312; we reviewed the story with
a worksheet
&#9313; then we added to our
dictionaries

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | 16 |
|---|---|---|---|---|
| | Thursday | | 9/20/07 | |
| NAME | Spanish | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

Board:

① el tiempo
② el propio auto
③ ~~notas~~ — didn't get to do this.

Class notes:

- we checked in our homework
- we began to read "Mi propio Auto" in class
- we took notes on page 12 of the book (see attachment)

Tarea:
~~parent signature~~
~~for grade report~~
no hay tarea

# Mi propio auto

<u>Los objetivos del Capitulo 1</u>

1. Describe a Ben
2. Describe qué quiere Ben para su cumpleaños y por qué.
3. Describe a los padres de Ben.
4. Describe el regalo que Ben recibe.
5. Discute por que los padres de Ben le dan este regalo a Ben.

D

TRANSCRIPT COPY

# OAK PARK AND RIVER FOREST HIGH SCHOOL
201 N. Scoville Avenue
Oak Park, Illinois 60302
(708)383-0700

THOSE THINGS THAT ARE BEST

| 096329 | **STUDENT ACADEMIC RECORD** | 09/26/2007 | |

| STUDENT NAME | REYNOLDS-EJZAK, TOM | | SEX | M | BIRTHDATE | 05/26/1990 |
| HOME ADDRESS | 1166 CLINTON AV | OAK PARK IL 60304 | | | PHONE | 708-660-0903 |
| PARENT NAME | MEG REYNOLDS | | | DEAN | DEBORAH BLUMINBERG | |
| ENTRY DATE | 08/24/2004 | WITHDRAWAL DATE | | | GRADUATION DATE | |

UNOFFICIAL

**LEVELS:**
A- High ability, weighted
IS - Independent Study
TR - Transfer Course

\* = Weighted Course
+= Transfer Course

**GRADES:**
A - Superior
B - Good
C - Average
D - Poor
F - Failure
P - Passing
FX - Failure; successful retake appears elsewhere; FX not computed in GPA

I - Incomplete
W - Withdrawal
M - Medical Excuse
N - Grade and credit withheld due to excessive absences
NC - No credit, non-graded class/activity

## ACADEMIC SUMMARY

CREDITS EARNED: 41.00

GPA   Unweighted  3.407   (4.00 max)

Weighted   4.020

RANK  Unweighted  181/796

Weighted  160/796

To be ranked, a student must earn 80% of credits in regular school subjects.

API:  1.18   ( .24 max)

The Academic Program Index is a GPA multiplier used to determine the Weighted GPA. API points, limited to three per semester, are accumulated in honors courses in English, math, science, history and foreign language in which a grade of A or B is earned. This table illustrates the maximum API by semester and its effect on the Weighted GPA.

| Semester | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Max API | 1.03 | 1.06 | 1.09 | 1.12 | 1.15 | 1.18 | 1.21 | 1.24 |
| Max Weighted GPA | 4.12 | 4.24 | 4.36 | 4.48 | 4.60 | 4.72 | 4.84 | 4.96 |

### TEST SCORES
ACT-STATE   04/01/2007

| | |
|---|---|
| ENG | 31 |
| MATH | 29 |
| RDG | 30 |
| SCI | 27 |
| COMP | 29 |
| WRTG | 08 |
| COMBINED | 29 |

| YEAR: 2004-2005 | FALL | | YEAR: 2004-2005 | SPRING | |
|---|---|---|---|---|---|
| COURSE | GR | CREDIT | COURSE | GR | CREDIT |
| \* ENG 1&2A | A | 1.00 | \* ENG 1&2A | A | 1.00 |
| \* INT AL F1&2A | B | 1.00 | \* INT AL F1&2A | A | 1.00 |
| \* W HIST 1&2A | A | 1.00 | \* W HIST 1&2A | A | 1.00 |
| \* BIOL 1&2A | A | 1.00 | \* BIOL 1&2A | B | 1.00 |
| CNCRT ORCH | A | 0.50 | CNCRT ORCH | A | 1.00 |
| CORE PE | A | 0.50 | TRACK AND FIELD | B | 0.50 |
| CORE PE | B | 0.50 | OUTDR TM SP | M | 0.50 |
| ACAD STR | P | 0.50 | ACAD STR | P | 0.50 |

| YEAR: 2004-2005 | SUMMER | |
|---|---|---|
| COURSE | GR | CREDIT |
| + TR HEALTH SS | A | 1.00 |

| YEAR: 2005-2006 | FALL | | YEAR: 2005-2006 | SPRING | |
|---|---|---|---|---|---|
| COURSE | GR | CREDIT | COURSE | GR | CREDIT |
| \* ENG LIT 1-2A | B | 1.00 | \* ENG LIT 1-2A | A | 1.00 |
| \* PL GEOM 1&2A | A | 1.00 | \* PL GEOM 1&2A | A | 1.00 |
| ASIAN STS | B | 1.00 | CHEM 1&2A | B | 1.00 |
| \* CHEM 1&2A | B | 1.00 | ART FNDTN | A | 1.00 |
| SYMPH ORCH | A | 1.00 | SYMPH ORCH | B | 1.00 |
| SOFTBALL | A | 0.50 | ADVENTURE ED | A | 0.50 |
| XTRAINING | A | 0.50 | ADVENTURE ED | A | 0.50 |
| ACAD STR | P | 0.50 | ACAD STR | P | 0.50 |
| | | | + TR SPAN | A | 1.00 |

| YEAR: 2006-2007 | FALL | | YEAR: 2006-2007 | SPRING | |
|---|---|---|---|---|---|
| COURSE | GR | CREDIT | COURSE | GR | CREDIT |
| \* AM LIT1&2A (AP) | B | 1.00 | \* AM LIT1&2A (AP) | B | 1.00 |
| \* CO AL/TR1&2A | B | 1.00 | \* CO AL/TR1&2A | B | 1.00 |
| \* AP AMHST 1&2 | B | 1.00 | \* AP AMHST 1&2 | B | 1.00 |
| PHYSICS 1&2 | A | 1.00 | PHYSICS 1&2 | B | 1.00 |
| SYMPH ORCH | A | 1.00 | COMPUTER PROF | P | 0.50 |
| JAZZ BAND | C | 0.00 | \* ADV ST ART 1&2A | A | 1.00 |
| DR ED LAB | C | 0.50 | JAZZ BAND | A | 0.00 |
| DR ED CLASSRM | C | 0.50 | INDR TM SPRT | A | 0.50 |
| ACAD STR | P | 0.50 | SOFTBALL | B | 0.50 |
| | | | ACAD STR | P | 0.50 |

| YEAR: 2007-2008 | FALL | | YEAR: 2007-2008 | SPRING | |
|---|---|---|---|---|---|
| COURSE | GR | CREDIT | COURSE | GR | CREDIT |
| \* AP COL ENG 1 | | | \* AP COL ENG 2 | | |
| \* CALC CONC 1A | | | \* CALC CONC 2A | | |
| \* SPANISH 3A | | | CRM&CVL LAW | | |
| INT ARCH-CAD | | | \* SPANISH 4A | | |
| SYMPH ORCH 1 | | | SYMPH ORCH 2 | | |
| JAZZ EMSEMBLE 1 | | | JAZZ ENSEMBLE 2 | | |
| SOFTBALL | | | PHYS EDUC | | |
| ACADEMY STR 1 | | | ACADEMY STR 2 | | |

UNOFFICIAL

EXHIBIT
D   0107

E

Current Grades as of 9/27/07

AP COL ENG ⟶ B

Softball ⟶ B

Academic St ⟶ A

Spanish ⟶ B

Math ⟶ A

Symphony ⟶ A

Architecture ⟶ A

EXHIBIT

*E*

F



47 West Polk Street
Chicago, Illinois 60605

(312) 663-4426
(312) 663-4427
Fax (312) 566-0956

John A. Relias
Franczek Sullivan P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606
Fax 312-986-9192
**VIA FACSIMILE and U.S. Mail**

February 5, 2006

Re: Thomas Reynolds-Ejzak
Oak Park-River Forest S.D. 200
Conference Date: 01/25/06

Dear Mr. Relias:

This letter is in response to the "Additional IEP Information" form completed by Oak
Park-River Forest School District 200 during the IEP meeting mandated by the ISBE and
forwarded to me as the "revised IEP" for Tom Reynolds-Ejzak.

As you should recall, the ISBE, on Dec. 7, 2005, directed your client to hold an IEP
meeting to clearly define the process in which notes and assignments will be provided to
Tom. The ISBE also directed that District 200 provide a copy of the student's revised
IEP to ISBE. A subsequent letter issued Jan. 12, 2006 by ISBE to the school district
provided:

> Please note that it is not our intent for District 200 to use the required IEP meeting
> to take away or reduce the current level of accommodation, but rather to clearly
> define the process that will be used by all staff members.

After I returned from my trip, Ms. Reynolds and I had the opportunity to review the
documents and our notes from the IEP meeting. We have concluded that the "Additional
IEP Notes" submitted by the school district require significant revision and do not
comply with ISBE's directives to issue a revised IEP. Although the notes reflect many of the comments made during the meeting, the notes do not document
the scope of the accommodations your client and my client agreed to include in the IEP.
Most importantly, the "Additional IEP Information" does not fulfill the ISBE's directive
to "clearly define the process" for note-taking and to issue a revised IEP reflecting the
agreed upon definition of the note-taking process.

EXHIBIT
F

0111

Therefore, we ask that the following changes be made to the document you forwarded to us:

An asterisk or other appropriate symbol and the words "*see Additional IEP Notes" should be added to the word "Notetaker" in the "Supplemental Services"section of the IEP. The following language should be substituted for the anecdotal material included in the "Additional IEP Notes" to indicate that the following applies to the services Tom receives:

1) Due to an auditory processing disorder (that causes Tom to behave essentially like an individual with a high frequency hearing loss even though he has normal peripheral hearing) and ADHD, Tom requires that all daily and long-term assignment information be written down by someone else so that he may complete assignments and receive educational benefit.

2) Classroom teachers will appoint and monitor a peer note-taker who will take daily notes and daily written assignment information using a carbon notebook. Daily written assignment information shall include information about pending tests/quizzes/long-term assignments when announced in class, including due dates. Daily notes will include a summary of the material covered in the classroom that day.

3) When a peer note-taker has been appointed but peer notes are insufficient or issues arise related to the voluntary nature of the peer note-taker, the teacher or another note-taker will provide daily written assignment information and daily classroom notes directly to Tom.

4) Where a particular day's class consists only of students' comments to each other with limited instructional input from the teacher, and no other student has taken notes for that day, the teacher will summarize discussion/topic(s) of discussion/lesson plan for that day in writing or by email to Tom, along with daily assignment information.

5) Tom's music teacher(s) will use the attached form (see attached) in providing information via e-mail or hard copy to Tom that includes but is not limited to information regarding tests, assignments, auditions/tryouts, rehearsals, performances and "call" times for orchestra and extra-curricular performances and extra-curricular musical activities. "Extra-curricular musical activities" shall include but not be limited to IMEA, the OPRF spring musical, jazz bands, marching band and chamber groups.

6) Items 1-5 above, including the music information attachment, where appropriate, will appear on the "Confidential Memo" distributed to Tom's classroom teachers each semester."

We would appreciate you forwarding the entire revised IEP, not just the "Additional IEP Notes," as soon as your client has prepared them.

Sincerely,

Deborah Fergament

Cc: Meg Reynolds
    Donna Schertz, ISBE
    Darren Reisberg, ISBE

0113

G

*Dec. D. Bridge*
*Donna Stevens*

# FRANCZEK SULLIVAN P.C.

### ATTORNEYS AT LAW

300 SOUTH WACKER DRIVE
SUITE 3400
CHICAGO, ILLINOIS 60606
PHONE 312-986-0300
FAX 312-986-9192
http://www.franczek.com

JOHN A. RELIAS
312-786-6160
jar@franczek.com

February 17, 2006

COPY

Deborah Pergament, Esq.
Childrens' Law Group
47 West Polk Street
Chicago, Illinois  60605

**Re:  Thomas Reynolds-Ejzak**

Dear Ms. Pergament:

On February 5, 2006 you sent me a letter regarding certain requests or modifications to the IEP document sent to you generated at our January 13, 2006 meeting.

Your requests and the School District's responses are as follows:

1) Due to an auditory processing disorder (that causes Tom to behave essentially like an individual with a high frequency hearing loss even though he has normal peripheral hearing) and ADHD, Tom requires that all daily and long-term assignment information be written down by someone else so that he may complete assignments and receive educational benefit.

**ANSWER:**  The School District agrees to add Paragraph 1, except for the parenthetical sentence.  The reason for this decision is that the parenthetical sentence is irrelevant information in relation to the service that is provided.

2) Classroom teachers will appoint and monitor a peer note-taker who will take daily notes and daily written assignment information using a carbon notebook.  Daily written assignment information shall include information about pending tests/quizzes/long-term assignments when announced in class, including due dates. Daily notes will include a summary of the material covered in the classroom that day.



EXHIBIT
G

297981.1

**F R A N C Z E K   S U L L I V A N** P.C.
### ATTORNEYS AT LAW

Deborah Pergament, Esq.
February 17, 2006
Page 2

**ANSWER:** The School District agrees to add Paragraph 2, except for the last sentence of the Paragraph. The reason for this decision is that the student note-taker will take down the information he or she believes is important and it may not cover every item of material covered in the classroom that day.

3)  When a peer note-taker has been appointed but peer notes are insufficient or issues arise related to the voluntary nature of the peer note-taker, the teacher or another note-taker will provide daily written assignment information and daily classroom notes directly to Tom.

**ANSWER:** The School District declines to add Paragraph 3 based on the rationale delineated in Paragraph 2.

4)  Where a particular day's class consists only of students' comments to each other with limited instructional input from the teacher, and no other student has taken notes for that day, the teacher will summarize discussion/topic(s) of discussion/lesson plan for that day in writing or by email to Tom, along with daily assignment information.

**ANSWER:** The School District declines to add Paragraph 4. The reason for this decision is that this is an excessive imposition on the teacher and is subject to no verifiable objective standard.

5)  Tom's music teacher(s) will use the attached form (see attached) in providing information via e-mail or hard copy to Tom that includes but is not limited to information regarding tests, assignments, auditions/tryouts, rehearsals, performances and "call" times for orchestra and extra-curricular performances and extra-curricular musical activities. "Extra-curricular musical activities" shall include but not be limited to IMEA, the OPRF spring musical, jazz bands, marching band and chamber groups.

**ANSWER:** The School District agrees to add Paragraph 5.

297981.1

**F R A N C Z E K   S U L L I V A N** P.C.
ATTORNEYS AT LAW

Deborah Pergament, Esq.
February 17, 2006
Page 3

6)   Items 1-5 above, including the music information attachment, where appropriate, will appear on the "Confidential Memo" distributed to Tom's classroom teachers each semester."

**ANSWER:**   The School District agrees to add Paragraph 6.

Of course, the School District will also add your letter to Thomas' file.  I trust this fully responds to your inquiry.

Very truly yours,

John A. Relias

JAR/cr
cc:    Ms. Linda Cada

297981.1

# H

provisions for how the compensatory services will be implemented, including the initiation and duration dates, amount/frequency and location of services. If the team determines there is no need for compensatory services, the decision and reason for the decision must be documented in the IEP.

➢ Due to the difference of opinion regarding the provision of notes/assignments and the amount of time spent on this particular issue by all parties, the district and parent are to reconvene an IEP meeting (which may be the same meeting as noted above) to clearly define "note taker" and the process in which notes and assignments will be provided for the remainder of the 2005-2006 school year to best meet the needs of the student. This must be completed prior to the second semester. A copy of the student's revised IEP must then be submitted to this agency.

**Following the December 7, 2005 letter of findings, the following documentation was submitted by the district:**

➢ *A copy of its plan to ensure timely initiation of related services (specifically speech and language and social work).*

The district has provided ISBE, in writing, with a plan for the speech/language therapists and resource managers who facilitate social work services to receive the necessary materials/student schedules prior to the beginning of the school year. This will help ensure that related services begin "within a week or two" as required by regulations.

➢ *A copy of the student's revised IEP that:*

• *Documents consideration of the missed social work service days, its impact on the student's educational performance and progress, and the need for compensatory services.*

The student's IEP does document consideration of compensatory services. According to the district, the student received an extra social work session for the first three weeks of the second semester to compensate for the delay at the beginning of the school year.

• *Clearly defines "note taker" and the process in which notes and assignments will be provided for the remainder of the 2005-2006 school year to best meet the needs of the student.*

According to the notes from the January 25, 2006 IEP, the following process is in place for each class in which the student is currently enrolled:

0120



- English – A student takes notes in the class and writes the daily assignments; the notes are provided to the student at the end of the period. The teacher agreed to add a notation that references from where in the study guide the class discussion evolved.
- Science - A student takes notes in the class and writes the daily assignments; the notes are provided to the student at the end of the period.
- Math – The teacher writes all the notes and hands them to the student on a daily basis.
- Art – The teacher would supply a semester syllabus. The class is project driven and homework is given possibly once every two weeks.
- Band – The teacher agreed to use a form generated by the parent's attorney to document important events related to Band.

## Discussion (Focusing on the "Notetaker" Accommodation):

On December 17, 2005, the parent wrote ISBE asking ISBE to modify the corrective action set forth in ISBE's December 7, 2005 letter of findings. On December 21, 2005, ISBE responded to the parent, stating, among other things, that:

> Our investigation demonstrated that your son is currently being provided with a note taking accommodation at Oak Park and River Forest High School. It is our understanding that you do not want to see the current accommodation taken away or reduced as a result of the required IEP meeting. It was not our intent for District 200 to use the required IEP meeting to take away or reduce the current level of accommodation, nor is it our expectation that District 200 will do so. If you would like us to convey this response to District 200, please let me know.

As noted above, on January 25, 2006, an IEP meeting was held. On February 6, 2006, the district's Director of Special Education wrote ISBE regarding the January 25, 2006 IEP meeting. She stated, among other things, that: "All of [the student's] teachers were present to explain the note taking accommodation to [the parent] and her attorney and how the accommodation is facilitated in their classroom." The letter also included a document entitled "Additional IEP Information", which set forth a summary of the discussion (and the process for notetaking that was occurring (and would continue to occur) in each of the student's classes, which has already been detailed above).

The parent, though, did not consider the IEP that resulted from the January 25, 2006 meeting to be sufficiently responsive to ISBE's December 7, 2005 directive (and in fact claimed that it *reduced* the accommodation that the student was

00121

receiving prior to her filing the instant complaint).   On February 5, 2006, an attorney representing the parent submitted a letter to the district with concerns regarding the content in the IEP notes.  The letter asked the district to substitute for the "anecdotal material" in the Additional IEP Information document the following language (and stated, in a cover letter to ISBE, that the inclusion of such language would "satisfy both ISBE's directives and the legal requirements of IDEA"):

1. Due to an auditory processing disorder (that causes [the student] to behave essentially like an individual with a high frequency hearing loss even though he has normal peripheral hearing) and ADHD, [the student] requires that all daily and long-term assignment information be written down by someone else so that he may complete assignments and receive educational benefit.

2. Classroom teachers will appoint and monitor a peer note-taker who will take daily notes and daily written assignment information using a carbon notebook.  Daily written assignment information shall include information about pending tests/quizzes/long-term assignments when announced in class, including due dates.  Daily notes will include a summary of the material covered in the classroom that day.

3. When a peer note-taker has been appointed but peer notes are insufficient or issues arise related to the voluntary nature of the peer note-taker, the teacher or another note-taker will provide daily written assignment information and daily classroom notes directly to [the student].

4. Where a particular day's class consists only of students' comments to each other with limited instructional input from the teacher, and no other student has taken notes for that day, the teacher will summarize discussion/topic(s) of discussion/lesson plan for that day in writing or by email to [the student], along with daily assignment information.

5. [The student's] music teacher(s) will use the attached form (see attached) in providing information via e-mail or hard copy to [the student] that includes but is not limited to information regarding tests, assignments, auditions/tryouts, rehearsals, performances and "call" times for orchestra and extra-curricular performances and extra-curricular musical activities.  "Extra-curricular musical activities" shall include but not be limited to IMEA, the OPRF spring musical, jazz bands, marching band and chamber groups.

6. Items 1-5 above, including the music information attachment, where appropriate, will appear on the "Confidential Memo" distributed to [the student's] classroom teachers each semester.

On February 17, 2006, an attorney for the district responded as follows to each request set forth in the February 5, 2006 letter (for the sake of clarity, we place in boldface type the language to which the district did not agree).

0122



1. Due to an auditory processing disorder **(that causes [the student] to behave essentially like an individual with a high frequency hearing loss even though he has normal peripheral hearing)** and ADHD, [the student] requires that all daily and long-term assignment information be written down by someone else so that he may complete assignments and receive educational benefit.

   The School District agrees to add Paragraph 1, except for the parenthetical sentence. The reason for this decision is that the parenthetical sentence is irrelevant information in relation to the service that is provided.

2. Classroom teachers will appoint and monitor a peer note-taker who will take daily notes and daily written assignment information using a carbon notebook. Daily written assignment information shall include information about pending tests/quizzes/long-term assignments when announced in class, including due dates. **Daily notes will include a summary of the material covered in the classroom that day.**

   The School District agrees to add Paragraph 2, except for the last sentence of the Paragraph. The reason for this decision is that the student note-taker will take down the information he or she believes is important and it may not cover every item of material covered in the classroom that day.

3. **When a peer note-taker has been appointed but peer notes are insufficient or issues arise related to the voluntary nature of the peer note-taker, the teacher or another note-taker will provide daily written assignment information and daily classroom notes directly to [the student].**

   The School District declines to add Paragraph 3 based on the rationale delineated in Paragraph 2.

4. **Where a particular day's class consists only of students' comments to each other with limited instructional input from the teacher, and no other student has taken notes for that day, the teacher will summarize discussion/topic(s) of discussion/lesson plan for that day in writing or by email to [the student], along with daily assignment information.**

   The School District declines to add Paragraph 4. The reason for this decision is that this is an excessive imposition on the teacher and is subject to no verifiable objective standard.

0123

5. [The student's] music teacher(s) will use the attached form (see attached) in providing information via e-mail or hard copy to [the student] that includes but is not limited to information regarding tests, assignments, auditions/tryouts, rehearsals, performances and "call" times for orchestra and extra-curricular performances and extra-curricular musical activities. "Extra-curricular musical activities" shall include but not be limited to IMEA, the OPRF spring musical, jazz bands, marching band and chamber groups.

   The School District agrees to add Paragraph 5.

6. Items 1-5 above, including the music information attachment, where appropriate, will appear on the "Confidential Memo" distributed to [the student's] classroom teachers each semester.

   The School District agrees to add Paragraph 6.

## Conclusions

The district has complied with ISBE's directive regarding: (a) the submission of a plan to ensure timely initiation of speech and language/social work services, and (b) the consideration in a reconvened IEP meeting of the missed social work days and the impact of those missed days on the student's educational performance, as well as a determination as to whether compensatory services are necessary.

ISBE also finds that the district fulfilled ISBE's directive to reconvene an IEP meeting to "clearly define 'note taker' and the process in which notes and assignments will be provided for the remainder of the 2005-06 school year to best meet the needs of the student." The district held an IEP meeting, each one of the student's classroom teachers participated, and the discussion with regard to each such class was memorialized in the "Additional IEP Information" document. Moreover, the district, through its attorney, committed that, among other things: "[The student] requires that all daily and long-term assignment information be written down by someone else so that he may complete assignments and receive educational benefits. Classroom teachers will appoint and monitor a peer note-taker who will take *daily* notes and daily written assignment information using a carbon notebook. Daily written assignment information shall include information about pending tests/quizzes/long-term assignments when announced in class, including due dates." ISBE views the district's commitments to mean that, on a daily basis (i.e., on the same day as the class), the student will receive for each class, at the very least, both notes and written assignments. ISBE considers such statements to further define the "note taker" obligation in a manner that will facilitate enforcement.

0124

ISBE understands that the student's annual review is scheduled for April 22, 2006 and the district has committed its willingness to, at that time, include in the student's IEP the additional language the district agreed to in the February 17, 2006 letter of its attorney.

The parent, as noted, has nevertheless made additional demands and has stated, through her attorney, that acceptance of those demands would resolve the matter. The district has chosen not to accept these additional demands and ISBE has no statutory or regulatory authority to order that such additional demands be accepted by the district.

ISBE must emphasize that, while it now considers the investigation completed, it is of course obligated and prepared to investigate any future complaints regarding this matter and, specifically, regarding the district's commitments with respect to the student. For example, should ISBE receive a complaint, and through investigation conclude, that any classroom teacher has not appointed and/or is not properly monitoring a peer notetaker for the student, ISBE will take appropriate action.

In summary, ISBE finds that the district has complied with the corrective action required by ISBE's December 7, 2005 letter of findings. With respect to the timely initiation of speech and language/social work services, we are asking the district to provide a service log no later than the third week of the 2006-2007 school year demonstrating that the student did receive appropriate services during the first and second weeks. Upon receipt of this documentation, the complaint will be considered closed.

If anyone has any questions regarding this response, please contact me at 217/782-5589 or dschertz@isbe.net.

Sincerely,

Donna M. Schertz
Principal Education Consultant
Special Education Services Division

0125



Meg Reynolds
1166 S. Clinton Ave.
Oak Park, IL 60304
Oct. 30, 2007

To: Sheana Hermann
Impartial Hearing Officer
PMB 148
Lake Forest, Illinois 60045

      Re:      **Tom Reynolds-Ejzak, Oak Park River Forest High School (Dist 200)**
                  **Case No. 2008-0100**
                  <u>**Special Ed Eligibility Determinations:**</u>
                  **Autism (features of Asperger's Syndrome);**
                  **Other Health Impairment (ADHD); and**
                  **LD (Central Auditory Processing Disorder)**

                  **Response to school district's "motions"** *and emergency request to allow*
                  *parent's hired notetaker or tape recorder in child's academic classes*

Dear Ms. Hermann:

      This is in response to the letter and attachments submitted October 1, 2007 by Oak Park River Forest High School regarding my due process complaint. The letter from the district's lawyer included a "motion to dismiss" and a "motion for summary judgment." Based on the information below and attached to this letter, I also respectfully request "summary judgment" on Issues 4, 5 and 6.

      My responses appear here in the order in which they appeared in the lawyer's letter (after the "Background" discussion below). Please note that because the lawyer has included 2007-2008 in his "motions," I also am requesting permission to amend my due process filing to include the current school year with respect to all complaints, and to request the additional remedy of an adult staff notetaker for my child until the end of the second week of June 2008. (My son's IEP provides for a notetaker, but this is not being provided adequately.)

      *In addition, I am requesting an immediate order requiring the school to allow me to bring my own notetaker into my son's classes (or allow the classes to be tape recorded and the tapes transcribed) while these proceedings are pending.* This will prevent further injury to my son's education.

<u>**Background.**</u>
My son Tom has a daily need for a classroom notetaker. His disabilities include ADHD, a central auditory processing disorder (CAPD), an executive function disorder and features of Asperger's Syndrome (autism spectrum disorder). Due to these conditions, his oral memory is impaired and he is unable to take notes in class or accurately remember

and record oral information. His ADHD causes him great difficulty in organizing his thoughts and engaging in goal-directed tasks, focusing on classroom discussions and understanding and responding to what is expected of him. Even information written on the blackboard in class is missed due to his disabilities. In addition, according to the audiologists and speech pathologists who have worked with my son over the years, his CAPD causes him to behave like a child with a high-frequency hearing loss. He often misses entire classroom discussions and other oral exchanges that students without his disabilities are able to perceive and retain easily. My son also has social skills and pragmatic language deficits that make it difficult for him to communicate well enough with fellow students or seek out a teacher to obtain information from them the way a student without disabilities might.

In addition to these in-class problems, my son's disabilities cause him great difficulty in tackling his homework and longterm assignments outside of class. He needs daily help from family members and private tutors to complete these assignments and to prepare for tests. But neither his tutors nor his family can help him without an accurate, *detailed daily written record of the discussions and activities in class*, as well as *detailed daily written assignment information,* since Tom usually cannot recall this information well enough to get his homework done, prepare for tests and complete longterm assignments.

For all of these reasons, the IEP team has determined for each of the last 4 years that my son needs a classroom notetaker and has memorialized this in his IEPs. *Copies of my son's IEPs for the last 4 years are attached to the end of this submission at Parent Exhibit 1.* But the school district at various times has either not provided this accommodation at all, producing extended gaps in much-needed information for my son, or has provided it inadequately. No district employee has been assigned to implement my son's notetaker accommodation in the classroom, in violation of federal IDEA rules requiring each teacher and provider to be informed of his or her specific responsibilities related to implementing the IEP. Teachers are sometimes asked to recruit student volunteer notetakers in my son's classes, but they often do not, or the student volunteers stop volunteering, or the student takes inadequate or illegible notes, or skips days or weeks, or otherwise is not monitored. This year, my son's case manager has frequently resorted to asking *my son* for assignment information at the end of the day and writing it down. This is a little like asking a blind person what he saw. In addition, weeks have gone by where the case manager has provided blank pages or e-mails with the words "no notes" written on them instead of the classroom notes required by my son's IEP. Even when "notes" are offered, they are usually inadequate, often consisting of just a few lines or even just a few words, and do not meet my son's need for daily detailed written information. Similar problems have occurred in prior years.

I have spoken with other parents at District 200 and learned that other students with disabilities who have a "notetaker" accommodation written in their IEP have a staff notetaker assigned to them. But my son does not. This year and in years past, to try to remedy the gaps, I have asked the teachers to borrow another student's notebook and/or lend me their own curriculum pages and list of assignments going back to the first day of school, so that I may have these copied and use them to help my son catch up. Several

0127



years ago, this retroactive information helped my son to catch up. But more recently, these requests have been ignored or refused, even though I believe the same information would have been freely available for a student without disabilities who was having difficulty. Instead, my son's teachers have resorted to assigning him "A" or "B" grades for work he didn't do at all or didn't complete correctly. The current school year has produced the most egregious examples of this yet. One teacher (Architecture) did not provide any written information at all until the 5th week of class, and then provided a retroactive list of 5 weeks of daily assignments but no notes. (There still is no notetaker in that class.) My son didn't turn in what appeared to be the majority of those assignments, yet he was given an "A" for the quarter. Rather than comply with my son's IEP, the teacher merely omitted all missing assignments from my son's grade record and assigned him "As" for everything else he did turn in. Something similar has occurred in my son's other classes.

Currently, the district is taking the position that my son is not entitled to the notetaker specified in his IEP "when there are no notes" – meaning, apparently, when a student volunteer does not happen to take notes for my son or when no notetaker volunteer has been appointed at all or when my son does not receive notes for some other reason. This year, I asked to tape record my son's classes (and have the tapes transcribed) or furnish my own hired notetaker until this problem can be worked out, *but the district has refused.*

I believe that these problems result from a school culture in which the majority of special ed students at District 200 are educated in self-contained classrooms (with other special education students only). Teachers and administrators are not required to comply with the special ed laws. Honors and AP classes are generally off-limits to students with disabilities. In the past, when I have pressed my son's teachers for his classroom accommodations, they have contacted their union representative. In 2006, the school district even invited the union representative to my son's IEP meeting. These problems need to be addressed.

For these reasons, I am now requesting an adult staff notetaker for my son until June 2008, when he is scheduled to graduate. In addition, *while these proceedings are pending,* I request that I be allowed to use a tape recorder (with transcription) or a hired notetaker in my son's classes. These remedies are requested in addition to the remedies already requested in my due process complaint.

Following are my responses to the school district's lawyer's Oct. 1, 2007 letter, in the order in which they appeared in that letter:

**Issues No. 1-3**.

     **The school district alleges that retaliation claims are not proper for a due process request.** *The school district's attorney is wrong about this.* The IDEA complaint provision provides for the "opportunity to present complaints with respect to any matter relating to the identification, evaluation, or educational placement of the child, or the provision of a free appropriate public education to such child." See 20 U.S.C. §

0128



1415(b)(6) (underline added). My claims regarding the district's retaliation, harassment, threats and interference in response to my requests for my son's disability accommodations clearly are "related" to these items. In addition, the federal courts have generally ruled that a parent must invoke the due process hearing procedures of the IDEA on these retaliation, ADA, Section 504 and related issues before filing a claim in federal court. *See, e.g.,* Charlie F. v. Board of Educ., 98 F.3d 989 (7th Cir. 1996). To dismiss these retaliation claims at the due process level would be to deny me any remedy at all for some pretty serious incidents. *See, e.g.,* copies of police reports concerning phone harassment at my job and my home by District 200 Special Education Director following my 2005 complaint to the School Board that my child's IEP was not being implemented, at Parent Exhibit 2.

### Issues No. 4-5.

The school district's lawyer seeks "summary judgment" because:

a.    **The issues have already been "litigated."** *This isn't correct.* Informal agency complaint procedures are not "litigation." The federal courts have generally ruled that state and federal complaint procedures other than the IDEA due process hearing do not suffice for exhaustion purposes. *See, e.g.,* Association for Community Living in Colo. v. Romer, 992 F.2d 1040, 1043-44 (10th Cir. 1993); Megan v. Independent Sch. Dist., 57 F. Supp. 2d 776, 790 (D. Minn. 1999); and Christopher W. v. Portsmouth School Committee, 877 F.2d 1089, 1099 (1st Cir. 1989).

Moreover, in my case, neither the state nor the federal agency informal complaint procedures that I pursued in 2005 and 2006 allowed me to receive copies of the school district's responses to my complaints. Thus I also was *prevented from addressing factual misrepresentations and misapplications of law before those agency decisions were issued.*

**"The School District has continued its implementation"** of my child's **IEP for the 2006-2007 (presumably meaning 2007-2008) school year.** *Not true.* My son's IEP is <u>not</u> currently being implemented. He needs, on a daily basis, detailed written information reflecting the discussion and activities in each class and detailed written assignment information (including written confirmation when there is no assignment). He also needs detailed written information about upcoming tests, quizzes and long-term and short-term assignments on *the same day this information is provided orally to other students.* The school has not adequately or consistently provided this notetaker accommodation since my son entered high school in 2004. The district also has not consistently provided my son's weekly speech therapy and social skills therapy (50 minutes each per week) as required by his IEP, although these are not the subject of this due process complaint.

4



The following are attached in support of these statements regarding the notetaker accommodation:

i. **IEPs for my son for the 2004-2005, 2005-2006, 2006-2007 and 2007-2008 school years,** all providing for a "notetaker" and stating that "Tom's special ed characteristics impact his ability to remember spoken directions/any oral information." See Parent Exhibit 1.

ii. **2007 e-mails from superintendent** *asking parent to promise never to seek reimbursement for her own paid notetaker and denying her request to provide her own paid notetaker* -- in violation of the IDEA's requirement of a *"free* appropriate public education" and the requirement imposed by the ADA and Section 504 of the Rehabilitation Act on recipients of federal funds to provide reasonable accommodations to a student with disabilities. See Parent Exhibit 3.

iii. **2007-2008:** Copies of carbon notebook pages (on which my son's notes were supposed to be written) with the handwritten words "no notes," and e-mails from my son's case manager for the 2007-2008 school year indicating "no notes" were provided for weeks at a time. See Parent Exhibit 4.

iv. **Sample copies of inadequate classroom "notes" that were provided** (some averaging just 9-10 words each day). See Parent Exhibit 5. At other times there has been nothing at all. For example, my son received no daily written assignment descriptions in his Architecture class from August 22 until September 20 (the 5th week of class), when he suddenly received a stapled list of 25 assignments all at once. (These were submitted by the district to you as "evidence" of compliance, though they consist of 5 weeks of retroactive assignments and no notes.) My son still has no classroom notetaker in that class. He also has no consistent notetaker in his AP English class. Over the past 11 weeks, he has received less than 2 weeks' worth of notes in his English class.

v. **2007 e-mails from parent to district administrators, teachers, superintendent, special ed director, case manager and School Board requesting permission to tape record child's classroom discussion and/or bring in own notetaker, and also requesting copies of classroom**

30130

25

notes and assignments dating back to the first day of class (Aug. 22, 2007). These request have been ignored or refused. See Parent Exhibit 6.

vi.   **2007 e-mail from case manager telling parent that student would not receive classroom notes "when there are no notes":**  see Parent Exhibit 7.

b.   **The school district alleges it is already providing my child with FAPE in accordance with the Supreme Court standard in** Rowley **and thus is entitled to "summary judgment."** *The school district's lawyer is applying the wrong standard.* The 1982 Rowley case cited by the school district's lawyer addressed the sufficiency of the *content* of a child's written IEP, not its *implementation*. Where, as in my child's case, the school district fails to *implement* an already established IEP, this is by definition a denial of FAPE and hence a violation of the IDEA. See 20 U.S.C. Sec. 1401(9)(D), which provides:

> "The term 'free appropriate public education' means special education and related services that … are provided in conformity with the individualized education program." Id.

A school district cannot choose to disregard a student's IEP. See, e.g., M.L. v. Fed. Way Sch. Dist., 394 F.3d 634, 642 (9th Cir. 2005) ("Each public agency must ensure that … special education and related services are made available to the child in accordance with the child's IEP") and special ed regulations at 34 CFR Sec. 300.323(c)(2) ("Each public agency must ensure that … special education and related services are made available to the child in accordance with the child's IEP.").

In my case, the IEP team has determined for 4 straight years that my child needs a classroom notetaker and certain other accommodations and services in order to receive a free appropriate public education. Having made this determination, the school district must provide these "special education and related services" in conformity with my child's IEP in order to meet its obligation to provide FAPE to my son.

c.1.   **The school district alleges that my child is receiving As and Bs.** *This is not true.* See attached summary of first quarter 2007 grades for English reflecting "Cs," "Ds" and "Fs" and a "C" average for the quarter to date, attached at Parent Exhibit 8. The grades submitted by the district's lawyer are not up-to-date. In any event, I do not believe that the district's grade reports accurately reflect my child's performance, as my son's teachers have been giving him 100% credit or "As" for assignments that he didn't even complete or didn't complete correctly. Rather than assign him "Fs"

6



for missing work, entire weeks of assignments have been removed from his grade records. This also happened in prior school years when I complained that my son's notetaker accommodation was not being provided. Note also that the district's lawyer has attached grades for non-academic courses, including "Academic Strategies," which is a *pass-fail* study hall (the district somehow attached an "A" grade for this class), as well as physical education and music.

**c.2.** **The school district implies it does not have to provide IEP accommodations to a child who passes his courses or achieves academically.** *This is misleading and legally incorrect.* Where the school district fails to *implement* an IEP, this is a per se denial of FAPE. *See above.* Even if my son's eligibility were at stake (and it is not), courts have ruled that the simple fact that a student is advancing from grade to grade or achieving academically is <u>not</u> per se evidence of an appropriate education for purposes of determining a student's *eligibility* for IEP services. See <u>Mary P.v. ISBE,</u> (N.D. Ill. 1996 (http://www.dueprocessillinois.org/MaryP.html). This judicial rule has since been codified in federal regulations under the IDEA at 34 CFR Section 300.101(c), which provides:

> **"300.101 Free appropriate public education (FAPE)**
> **.....**
> **(c) Children advancing from grade to grade**
> ....
>> (2) Each State must ensure that FAPE is available to any individual child with a disability who needs special education and related services, even though the child has not failed or been retained in a course or grade, and is advancing from grade to grade."

The U.S. Department of Education also has ruled that, in identifying whether a child has a disability requiring IEP services, the IEP team should take into account whether the child's current level of achievement *reflects extraordinary parental or tutoring assistance received outside the school day.* *See* Lillie-Felton letter from OSEP dated May 10, 1994, at http://www.dueprocessillinois.org/LillieFelton.html. In my child's case, I have paid for him to receive regular private tutoring, at substantial personal cost, since he was in junior high school. (I can provide copies of canceled checks to prove this.) I also work personally with my son on a daily basis to ensure that he understands and completes his schoolwork and turns it in. Even if my son's eligibility were at stake (it is not), his grade record alone, false or otherwise, would not be per se evidence that he is receiving FAPE. Thus the district's attempts to rely on <u>Rowley</u> and false grade reports are not sufficient to defend against its failure to implement my child's IEP.

30132



**Issue No. 6.**

   **The district seeks "summary judgment" regarding IEP procedural violations because it claims this issue was previously "litigated before ISBE."** *ISBE's attempts to intervene were inadequate and in any event did not serve to exhaust my due process remedies regarding these issues.* As noted above, informal agency complaint procedures are not a substitute for due process and do not suffice for exhaustion purposes. The district committed serious IDEA procedural violations in refusing to issue my son's updated IEP documents at the IEP meeting and later sending me IEP documents that did not memorialize the agreements of the IEP team. *See* copies of letters attached at Parent Exhibit 9. The district also committed procedural violations in inviting the teachers' union representative (who has had no prior contact with my son at all) to my son's IEP meeting, and also in initiating contact with my ex-husband to invite him to my child's IEP meeting for the first time in 2006. (I had furnished court documentation upon enrolling my son demonstrating that my ex-husband does not have legal decisionmaking authority regarding my child's education).

   In allowing these practices to continue, the district has significantly impeded my opportunity to participate in the decisionmaking process regarding the provision of a free appropriate public education to my child, in violation of 20 U.S.C. Section 1414(d)(3)(ii) and 34 C.F.R. 300.324(a)(1)(ii). *See also* 20 U.S.C. Sec. 1415(F)(3)(e)(II)(ii).

   For the foregoing reasons, I respectfully request that the school district's motions be denied.

Respectfully submitted,

Meg Reynolds
(parent)

cc:    John Relias, Esq./Franczek & Sullivan, PC (w/encl.)
       Attila Weninger (w/encl.)
       Linda Cada (w/encl.)

0133

1

00134

# Oak Park and River Forest High School

201 North Scoville Avenue
Oak Park, IL 60302
(708) 434-3806

## Parent/Guardian Notification of Conference Recommendations

Date:     **5/31/2007**
*month/day/year*

Student:     **Tom Reynolds-Ejzak**
*student's legal name*

**5/26/1990**
*date of birth*

Dear     Ms. Meg Reynolds     :
*legal name of parent, guardian or surrogate parent*

The purpose of this letter is to provide you with notification of the educational recommendations developed for your child at the conference held on     **5/31/2007**     at
*month/day/year*

**OPRFHS, Oak Park, IL**
*building, room and address*

At this conference it was determined that your child: *(Check all that apply to conference recommendations.)*

☐ is not eligible for special education and related services.

☒ is eligible or continues to be eligible for special education and related services as listed on the IEP.
(Eligibility Determination: *Autism – OHI – LD (70% or less )*

☐ requires a change in eligibility, as listed on the conference summary report.

☒ will receive the special education and related services as listed on the Individualized Education Program.

☐ requires a change of special education and/or related services/educational placement as listed on the IEP.

☐ will be discontinued from special education and related services due to determination of ineligibility or reaching the age of 21.

☐ is recommended for graduation.

☐ requires a placement in an alternative educational setting as documented in the IEP.

☐ other *(specify)* _____

Please refer to your copy of the conference summary report which contains the information used in making these recommendations. Please review the parents' rights information in the *Explanation of Procedural Safeguards*. If you wish to discuss any concerns or have questions regarding your rights or this information, please contact:

C. Biggins       LD Program Chair       708-434-3321
*name*           *title*           *phone*

Sincerely,

c:   Student's temporary record       LINDA MALINOW       RECORDS MANAGER
*name and title*

ISBE 34-57 F (10/00)           PARENT/GUARDIAN NOTIFICATION OF CONFERENCE RECOMMENDATIONS

Jun-06-2007  02:24pm   From-BCBSA                           13122975956            T-502  P.003  F-575
                                                                                    Date:
# CONFERENCE SUMMARY REPORT
                                                                                    Page 1
## PURPOSE OF CONFERENCE (Check all that apply)

| | |
|---|---|
| ☐ Initial Evaluation | ☒ Transition | ☐ Manifestation Determination | ☐ Other _____ |
| ☐ IEP Review/Revision | ☐ MDC Review | ☒ Annual Review | Next Ann. Rev: 5/08 |
| ☐ Reevaluation | ☐ Hospital Discharge | ☐ Initial IEP | Next Reeval _____ |

## STUDENT IDENTIFICATION INFORMATION

|  |  |
|---|---|
| STUDENT'S NAME  Tom Reynolds-Ejzak | ☐ Yes  ☒ No   Educational Surrogate Parent Required |
| STUDENT'S ADDRESS (Street, City, State, Zip Code) | PARENTS' NAME  Ms. Meg Reynolds |
| 1166 S. Clinton          Oak Park,        IL   60304 | PARENTS' ADDRESS (Street, City, State, Zip Code) |
| SEX  M   GRADE  11   BIRTHDATE  5/26/1990 | 1166 S. Clinton        Oak Park,      IL   60304 |
| ANTICIPATED DATE OF H.S. GRADUATION    June 2008 | PARENT'S HOME TELEPHONE             708-660-0903 |
| LANGUAGE          English | PARENT'S WORK TELEPHONE |
| MODE OF COMMUNICATION   Standard | PARENT LANGUAGE       English |
|  | MODE OF COMMUNICATION   Standard |

| | |
|---|---|
| ID NO.     96329      MEDICAID NO. | RESIDENT DISTRICT      Oak Park-River Forest S.D. 200 |
| SERVING DIST.   Oak Park-River Forest S.D. 200 | HOME SCHOOL           Oak Park-River Forest H.S. |
| SERVICE SITE     Oak Park-River Forest H.S. | PLACEMENT (To be completed after placement determination) |
| PRIMARY DISABILITY    O - Autism | A. Regular education with special education instructional and/or related services provided for 20% or less of the pupil's school day outside the regular education class. |
| SECONDARY       L - Other Health Impairment | |
| SECONDARY       D - Specific Learning Disability | ☒ Yes   ☐ No   Placement is in home school. |
| SECONDARY | |

## PARTICIPANTS

Signature indicates attendance. Check appropriate boxes to indicate which meetings were attended. Anyone serving in a dual role should indicate so on the following lines.

| ELIG. REVIEW | IEP | | ELIG. REVIEW | IEP | |
|---|---|---|---|---|---|
| ☐ | ☒ | Ms. Meg Reynolds  _Parent_ | ☐ | ☒ | V. Hughes _(signature)_  _Speech/Language Pathologist_ |
| ☐ | ☒ | Mr. William Ejzak _(signature)_  _Parent_ | ☐ | ☐ | _School Psychologist_ |
| ☐ | ☒ | Tom Reynolds Ejzak  _Student_ | ☐ | ☐ | _School Social Worker_ |
| ☐ | ☐ | D. Blumberg _(signature)_  _Dean/Counselor or Regular Education Teacher_ | ☐ | ☒ | C. Biggins, LD Program Chair _(signature)_  _LEA Representative/Staffing Chair_ |
| ☐ | ☒ | J. Terretta, Teacher Representative _(signature)_  _Special Education Teacher/Case Manager_ | ☐ | ☒ | L. Cada, Director - SPED _(signature)_  _Director/Designee_ |
| ☐ | ☒ | M. Walker _(signature)_  _Other (specify) Group Counselor_ | ☐ | ☒ | K. Knake _(signature)_  _Other (specify) Reg. Ed. Teacher_ |
| ☐ | ☐ | Ms. Burcy Hines _(signature)_  _Other (specify) Representative for mother_ | ☐ | ☐ | _Other (specify)_ |

| | | |
|---|---|---|
| ☒ Yes | ☐ NA | Explanation of Procedural Safeguards was provided to the parent(s) with the notice of conference. |
| ☐ Yes | ☒ NA | Parent(s) given a copy of the IEP. |
| ☐ Yes | ☒ NA | Parent(s) given a copy of the evaluation report and eligibility determination. |
| ☐ Yes | ☒ NA | Parent(s) given a copy of the district's behavioral intervention policies. |
| ☐ Yes | ☒ NA | Parent(s) given a copy of the district's behavioral intervention procedures (initial IEP only). |
| ☐ Yes | ☒ NA | Parent(s) excuse the participation of education teachers. |

If the parent(s) did not attend the IEP meeting, document the attempts to contact the parent(s) prior to the IEP meeting.
5/30/07 (9:50a) Left message on home phone re: meeting time and date

## SPECIAL EDUCATION FUNDING AND CHILD TRACKING SYSTEM (FACTS) (For District Reporting Purposes)

| Fund | Private Facility Code | Ethnic | Disability (max. of 2) | Language | Bilingual Special Education | | | Related Services (Max. of 8) | LRE | RBP | Section 14-7.03 Eligibility | | | Term | Begin Date | End Date | Reason For Exit | Anticipated Svcs. Upon Exit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | A | I | | | | T | P | G | | | | | |
| (4) | (5) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) | (24) | (25) | (26) 02, 19 |
| | | W | OL | | | | | | | | | | | | | | | |

0136

Student Name:  Tom  Reynolds-Ejzak                          State ID:
Date of Conf:  5/31/2007          **Confidential Memo**     School ID:          96329

| RESIDENT SCHOOL | GRADE | PRIMARY DISABILITY |
|---|---|---|
| Oak Park-River Forest H.S. | 11 | O - Autism |

| Participants/Title | Participants/Title |
|---|---|
| Ms. Meg Reynolds | V. Hughes |
| *Parent* | *Speech/Language Pathologist* |
| Mr. William Ejzak | |
| *Parent* | *School Psychologist* |
| Tom Reynolds Ejzak | |
| *Student* | *School Social Worker* |
| D. Bluminberg | C. Biggins, LD Program Chair |
| *Dean/Counselor or Regular Education Teacher* | *LEA Representative/Staffing Chair* |
| J. Terretta, Teacher Representative | L. Cada, Director - SPED |
| *Special Education Teacher/Case Manager* | *Director/Designee* |
| M. Walker | K. Knake |
| *Other (specify)*  Group Counselor | *Other (specify)*  Reg. Ed. Teacher |
| Ms. Burcy Hines | |
| *Other (specify)*  Representative for mother | *Other (specify)* |

| RELATED SERVICES | Amt of Svcs | Initiation Date | Length of Svc |
|---|---|---|---|
| 23 - Speech/Language Services | 50 mpw during school | 5/31/07 | 5/31/08 ( |
| 24 - Social Work Services | 50 mpw during school | 5/31/07 | 5/31/08 |
| | | | |
| | | | |
| | | | |
| | | | |

**GOALS:**

**1st**   The student will improve study and organizational skills.

**2nd**   To improve pragmatic language skills.

**3rd**   will improve problem solving skills in social settings

**4th**   will develop self-advocacy skills.

**5th**   The student will explore post secondary options that align with his interests and abilities.

**SUPPLEMENTARY AIDS/ACCOMMODATIONS**

Extended Time                                   Arrange for assistance in recording daily H.W.

Alternative Setting                             Note taker

Preferential Seating (near the instructor)      Chunking of tasks needed for long term assignments

**FOLLOW-UP ACTIVITIES**

May 2007
Superior intellectual range with central auditory processing deficits/ Indicators of Asperger's syndrome/ diagnosis of ADHD
Tom's sp. ed. characteristics impact his ability to remember spoken directions/any oral information
Needs to have all directions/assignment instructions written down for him /some guidance needed to address the specific details for certain assignments
Please consider scheduling Academic Strategies during one of the later class periods/ meets with CM daily after school
Interests: plays the string bass / member of the orchestra
Case manager will check use of assignment notebook on a daily basis
Interested in taking the Consumer Ed. Proficiency test first semester of Senior year

00137

Jun-06-2007 02:25pm  From-BCBSA              13122875956              T-502  P.005  F-575

Student Name:   Tom  Reynolds-Ejzak                          State ID:
                                                             School ID:            96329
Conference Date: 5/31/2007

## DOCUMENTATION OF EVALUATION RESULTS                     Page 2A and 2B

### HEALTH - NURSE

**Immunizations:**          In compliance?        YES

**Medical History and Current Health Status:**

Diagnosis of ADHD (inattentive type)
Diagnosis of Central Auditory Processing Disorder
Exhibits characteristics similar to an Asperger's Syndrome diagnosis
10/22/04  Tom appears to be in good physical health.
11/9/05 Tom has no new health issues.
4/16/07Tom's health issues are unchanged.

**Current Medications:**

10/22/04  No medications at this time.
11/9/05 None.
4/16/07 None.

                                        7/8/04
**Date of Last Physical:**
**Educationally Relevant Medical Findings:**

Diagnosis of ADHD (inattentive type)
Central Auditory Processing deficit
Exhibits characteristics of Asperger's Syndrome

### HEARING/VISION - NURSE

**Vision:**  Date last tested:   4/16/07    ☐ Passed  ☐ Failed  ☐ Wears Contacts   ☒ Wears Glasses

**Hearing:** Date last tested:   4/16/07    ☒ Passed  ☐ Failed  ☐ Aided

**Summary Report:**
Wears corrective lenses due to near-sightedness
10/22/04 Significant findings are as noted.
11/9/05 Significant findings are unchanged.
4/16/07 Significant findings remain the same.

00138

Jun-06-2007  02:26pm     From-BCBSA                                            13122975956                                    T-502   P.020/025   F-575

**Student Name:** Tom Reynolds-Ejzak                                      **State ID:**
**Conference Date:** 5/31/2007          **EDUCATIONAL ACCOMMODATIONS**      **School ID:**                    96329
*Complete for initial IEPs and annual reviews.*                                                               Page 6
Anyone responsible for implementing the educational accommodations must be notified of her/his specific responsibilities.

## CONSIDERATION OF SPECIAL FACTORS

Check the boxes to indicate if the student requires any supplementary aids and/or services due to the following factors.
*For any box checked "yes," the IEP must state the supplementary aids and/or services that will be provided.*

| | | | |
|---|---|---|---|
| ☐ Yes | ☐ No | ☒ NA | all students - assistive technology devices and services |
| ☐ Yes | ☐ No | ☒ NA | all students - communication needs |
| ☐ Yes | ☐ No | ☒ NA | deaf/hard of hearing - language and communication needs |
| ☐ Yes | ☐ No | ☒ NA | limited English proficiency - language needs |
| ☐ Yes | ☐ No | ☒ NA | blind/visually impaired - provision of Braille instruction |
| ☐ Yes | ☐ No | ☐ NA | behavior - strategies, including positive behavioral interventions and supports to address behavior *This may include a Functional Behavioral Assessment and/or a Behavioral Intervention Plan. If so, attach any completed form(s).* |

## SUPPLEMENTARY AIDS

Specify what accommodations are needed in regular education classes and other education-related settings to enable the
student to be educated with nondisabled peers (e.g., accommodations for daily work, tests, quizzes, environmental
accommodations, moving from class to class, etc.).

| | |
|---|---|
| Extended Time | Arrange for assistance in recording daily H.W. |
| Alternative Setting | Note taker |
| Preferential Seating (near the instructor) | Chunking of tasks needed for long term assignments |

## STATE AND DISTRICT-WIDE ASSESSMENTS

The State assessments are the Illinois Standards Achievement Test (ISAT) at grades 3, 4, 5, 7 and 8 and the Prairie State
Achievement Exam (PSAE) at grade 11.

**Student will:**

☐ participate in the entire State assessment with no accommodations     ☐ participate in the entire district-wide assessment with no accommodations
☒ participate in the entire State assessment with accommodations     ☒ participate in the entire district-wide assessment with accommodations
☐ participate in part(s) of State assessment  (specified below)     ☐ participate in part(s) of the district-wide assessment (specified below)
☐ NOT participate in the State assessment     ☐ NOT participate in the district-wide assessment

If the student is completing the assessment(s) with accommodations, specify the needed accommodations (e.g. extended time,
alternate setting, auditory testing).

Administer in small group, individually or separate location

Flexible scheduling (over several days, subtests out of order)

If the student will not participate in part or all of the assessment(s), specify why the assessment is not appropriate and document the
alternate assessment to be given, including any needed accommodations.

## LINGUISTIC AND CULTURAL ACCOMMODATIONS

☐ Yes ☒ No ☐ NA     The student requires accommodations for the IEP to meet her/his linguistic and cultural needs.
*If yes, specify any needed accommodations:*

☐ Yes ☒ No ☐ NA     Special education and related services will be provided in a language or mode of communication
other than or in addition to English. *If yes, specify any needed accommodations:*

00139

**Student Name:**  Tom  Reynolds-Ejzak                          **State ID:**

**Conference Date:** 5/31/2007                                  **School ID:**                96329

### PRESENT LEVELS OF EDUCATIONAL PERFORMANCE

*Complete for all IEPs.*                                                          Page 4

When completing this page, include all areas from the following list that are impacted by the student's disability, this may include strengths/adverse effects identified in the most recent evaluation: academic performance, social/emotional status, independent functioning, vocational, motor skills, speech and language/communication.

### STUDENT STRENGTHS

State how the disability affects the student's involvement and progress in the general curriculum or for preschool children, as appropriate, how the disability affects the child's participation in appropriate activities. *This should reflect the adverse effects identified in the student's most recent evaluation and eligibility determination.*

### PARENTAL EDUCATIONAL CONCERNS

**April 2005**
Mother was concerned that Tom is not always sure what he has to do with some assignments, more so in English and History .
A detailed rubric was very helpful in organizing the process for writing.
**May 2007**
Mother did not attend staffing.  Mother sent a representative in her place.

0140

## CONFERENCE SUMMARY REPORT

Date: 1/25/2006

### PURPOSE OF CONFERENCE (Check all that apply)

Page 1

| | | |
|---|---|---|
| ☐ Initial Evaluation | ☒ Transition | ☐ Manifestation Determination  ☐ Other _____ |
| ☐ IEP Review/Revision | ☐ MDC Review | ☒ Annual Review    Next Ann. Rev. 11/06 |
| ☐ Reevaluation | ☐ Hospital Discharge | ☐ Initial IEP    Next Reeval 11/06 |

### STUDENT IDENTIFICATION INFORMATION

| | |
|---|---|
| STUDENT'S NAME  Tom  Reynolds-Ejzak | ☐ Yes  ☒ No  Educational Surrogate Parent Required |
| STUDENT'S ADDRESS (Street, City, State, Zip Code)  1166 S. Clinton    Oak Park    IL  60304 | PARENT'S NAME  Ms. Meg Reynolds |
| | PARENT'S ADDRESS (Street, City, State, Zip Code) |
| SEX  M  GRADE  10  BIRTHDATE  5/26/1990 | 1166 S. Clinton    Oak Park    IL  60304 |
| ANTICIPATED DATE OF H.S. GRADUATION    June 2008 | PARENT'S HOME TELEPHONE    708-660-0903 |
| | PARENT'S WORK TELEPHONE |
| LANGUAGE    English | |
| | PARENT LANGUAGE    English |
| MODE OF COMMUNICATION    Standard | MODE OF COMMUNICATION    Standard |
| ID NO.  96329    MEDICAID NO. | RESIDENT DISTRICT    Oak Park-River Forest S.D. 200 |
| SERVING DIST.    Oak Park-River Forest S.D. 200 | HOME SCHOOL    Oak Park-River Forest H.S. |
| SERVICE SITE    Oak Park-River Forest H.S | PLACEMENT (To be completed after placement determination) |
| PRIMARY DISABILITY    O - Autism | A. Regular education with special education instructional and/or related services provided for 20% or less of the pupil's school day outside the regular education class. |
| SECONDARY    L - Other Health Impairment | |
| SECONDARY    D - Specific Learning Disability | |
| SECONDARY | ☒ Yes  ☐ No  Placement is in home school. |

### PARTICIPANTS

**Signature indicates attendance.** Check appropriate boxes to indicate which meetings were attended. Anyone serving in a dual role should indicate so on the following lines.

| ELIG. REVIEW | IEP | | ELIG. REVIEW | IEP | |
|---|---|---|---|---|---|
| ☐ | ☒ | Ms. Meg Reynolds  *Meg Reynolds* | ☐ | ☒ | V Hughes  *signature* |
| | | Parent | | | Speech/Language Pathologist |
| ☐ | ☒ | Parent  *signature* | ☐ | ☐ | School Psychologist |
| | | ~~Parent/Home~~  Tom Reynolds Ejzak | ☐ | ☒ | C. Biggins, LD Program Chair  *signature* |
| | | Student | | | School Social Worker |
| ☐ | ☒ | D. Bluminberg  *signature* | | | LEA Representative/Staffing Chair |
| | | Dean/Counselor or Regular Education Teacher | ☐ | ☒ | L. Cada, Director - SPED |
| ☐ | ☒ | J. Terretta, Teacher Representative  *signature* | | | Director/Designee |
| | | Special Education Teacher/Case Manager | | | J. Relias  *signature* |
| ☐ | ☒ | M. Walker  *signature* | | | Other (specify) Atty. |
| | | Other (specify) Group Counselor | | | Hunt, Pearson  *signature* |
| ☐ | ☒ | Belpedio, Ebsen, Myers  *signature* | | | Other (specify) Teachers |
| | | Other (specify) Teacher  *signature* | | | |

| | | |
|---|---|---|
| ☒ Yes | ☐ NA | Explanation of Procedural Safeguards was provided to the parent(s) with the notice of conference |
| ☐ Yes | ☐ NA | Parent(s) given a copy of the IEP. |
| ☐ Yes | ☐ NA | Parent(s) given a copy of the evaluation report and eligibility determination. |
| ☒ Yes | ☐ NA | Parent(s) given a copy of the district's behavioral intervention policies. |
| ☐ Yes | ☐ NA | Parent(s) given a copy of the district's behavioral intervention procedures (initial IEP only) |
| ☐ Yes | ☐ NA | Parent(s) excuse the participation of education teachers |

If the parent(s) did not attend the IEP meeting, document the attempts to contact the parent(s) prior to the IEP meeting.
1/24/06 (8:05a) Left message on home phone answering machine re: meeting time and date.

### SPECIAL EDUCATION FUNDING AND CHILD TRACKING SYSTEM (FACTS) (For District Reporting Purposes)

| Fund | Private Facility Code | Ethnic | Disability (max. of 2) | Language | Bilingual Special Education | | | Related Services (Max. of 8) | LRE | RBP | Section 14-7.03 Eligibility | | | Term | Begin Date | End Date | Reason For Exit | Anticipated Svcs. Upon Exit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | A | I | | | | T | P | G | | | | | |
| (4) | (5) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) | (24) | (25) | (26) 19 |
| | | W | OL | | | | | | | | | | | | | | | |

0141

**Student Name:**   Tom   Reynolds-Ejzak

**Conference Date:** 4/6/2005

**State ID:**

**School ID:**          96329

## DOCUMENTATION OF EVALUATION RESULTS

Page 2A and 2B

---

## HEALTH - NURSE

**Immunizations:**         In compliance?         YES

**Medical History and Current Health Status:**

Tx of ADHD (Inattentive type)
Tx of Central Auditory Processing Disorder
Exhibits characteristics similar to an Asperger's  Syndrome diaagnosis
10/22/04   Tom appears to be in good physical health.

**Current Medications:**

None
Updated upon entry to high school (8/04)
10/22/04  No medications at this time.

**Date of Last Physical:**         10/22/04

**Educationally Relevant Medical Findings:**

Tx of ADHD
Tx of Central Auditory Processing difficulties
Exhibits characteristics of Asperger's Syndrome

---

## HEARING/VISION - NURSE

**Vision:**   Date last tested:   10/22/04   ☐ Passed   ☐ Failed   ☐ Wears Contacts   ☒ Wears Glasses

**Hearing:** Date last tested:   10/22/04   ☒ Passed   ☐ Failed   ☐ Aided

**Summary Report:**

Wears corrective lenses due to near-sightedness
10/22/04  Significant findings are as noted.

Student Name: Tom Reynolds-Ej...    State ID:

Date of Conf: 4/6/2005    **Confidential Memo**    School ID:    96329

| RESIDENT SCHOOL | GRADE | PRIMARY DISABILITY |
|---|---|---|
| Oak Park-River Forest H.S. | 09 | O - Autism |

| Participants/Title | Participants/Title |
|---|---|
| Ms. Meg Reynolds | V. Hughes |
| *Parent* | *Speech/Language Pathologist* |
| | |
| *Parent* | *School Psychologist* |
| Tom Reynolds Ejzak | |
| *Student* | *School Social Worker* |
| D. Bluminberg | C. Biggins, LD Program Chair |
| *Dean/Counselor or Regular Education Teacher* | *LEA Representative/Staffing Chair* |
| J. Terretta, Teacher Representative | L. Cada, Director - SPED |
| *Special Education Teacher/Case Manager* | *Director/Designee* |
| M. Walker | |
| *Other (specify)*  Group Counselor | *Other (specify)* |
| | |
| *Other (specify)* | *Other (specify)* |

| RELATED SERVICES | Amt of Svcs | Initiation Date | Length of Svc |
|---|---|---|---|
| 23 - Speech/Language Services | 50 mpw | 4/6/05 | 4/6/06 |
| 24 - Social Work Services | 50 mpw | 4/6/05 | 4/6/06 |
| | | | |
| | | | |
| | | | |
| | | | |

**GOALS:**

1st  The student will improve study and organizational skills.

2nd  To improve pragmatic language skills.

3rd  will improve problem solving skills in social settings

4th  will develop self-advocacy skills.

5th

*[handwritten note:]* This was part of my son's IEP. Did the school provide this to ISBE?

**SUPPLEMENTARY AIDS/ACCOMMODATIONS**

Extended Time    Arrange for assistance in recording daily H.W.

Alternative Setting    Note taker

Preferential Seating (near the instructor)    Chuncking of tasks needed for long term assignments

**FOLLOW-UP ACTIVITIES**

April 2005
Superior intellectual range with central auditory processing deficits/ Indicators of Asperger's syndrome/ Tx of ADHD
Tom's sp. ed. characteristics impact his ability to remember spoken directions/any oral information
Needs to have all directions/assignment instructions written down for him /some guidance needed to address the specific details for certain assignments
Please consider scheduling Academic Strategies during 10th period / meets with CM daily after school
Speech/Lang. and Social Work: Direct service
Interests:  plays the string bass / member of the orchestra
Case manager will check use of assignment notebook on a daily basis
Interested in taking the Computer Proficency and /or Consumer Ed. Proficency tests

0143

**Student Name:**   Tom Reynolds-Ejzak

**State ID:**

**Conference Date:**   4/6/2005

**School ID:**                96329

## ADDITIONAL IEP INFORMATION

Page 9

February 2004
Parent reported that Tom is a smart boy who loves to draw.  He has some difficulties with social interactions/ has had a lot of accommodations that have been beneficial to meet his needs/ parent is concerned with the transition to high school.
Teachers from Ascension do agree with the need to have certain accommodations in place for Tom.
Directions and general instructions need to be in written form in order for him to achieve successful completion.
He often presents himself as rude and disrespectful to adults. He needs a lot of role playing opportunities to assist with these needs.
He draws quite often in class .  He enjoys reading.  He is very disorganized.  He will do homework in the homework monitoring room after school where all assignments are written on a board.
He has trouble with friendships.  He did attend a large school dance recently, which was a big social step for him--his even commented on the fact that going to the dance was a big step for him.

**Student Name:** Tom Reynolds-Ejzak

**Conference Date:** 4/6/2005

**State ID:**

**School ID:** 96329

# EDUCATIONAL ACCOMMODATIONS

*Complete for initial IEPs and annual reviews.*
Anyone responsible for implementing the educational accommodations must be notified of her/his specific responsibilities.

Page 6

## CONSIDERATION OF SPECIAL FACTORS

Check the boxes to indicate if the student requires any supplementary aids and/or services due to the following factors.
*For any box checked "yes," the IEP must state the supplementary aids and/or services that will be provided.*

☐ Yes ☐ No ☒ NA   *all students - assistive technology devices and services*
☐ Yes ☐ No ☒ NA   *all students - communication needs*
☐ Yes ☐ No ☒ NA   *deaf/hard of hearing - language and communication needs*
☐ Yes ☐ No ☒ NA   *limited English proficiency - language needs*
☐ Yes ☐ No ☒ NA   *blind/visually impaired - provision of Braille instruction*
☐ Yes ☐ No ☐ NA   *behavior - strategies, including positive behavioral interventions and supports to address behavior This may include a Functional Behavioral Assessment and/or a Behavioral Intervention Plan. If so, attach any completed form(s).*

## SUPPLEMENTARY AIDS

Specify what accommodations are needed in regular education classes and other education-related settings to enable the student to be educated with nondisabled peers (e.g., accommodations for daily work, tests, quizzes, environmental accommodations, moving from class to class, etc.).

| | |
|---|---|
| Extended Time | Arrange for assistance in recording daily H.W. |
| Alternative Setting | Note taker |
| Preferential Seating (near the instructor) | Chuncking of tasks needed for long term assignments |

## STATE AND DISTRICT-WIDE ASSESSMENTS

The State assessments are the Illinois Standards Achievement Test (ISAT) at grades 3, 4, 5, 7 and 8 and the Prairie State Achievement Exam (PSAE) at grade 11.

**Student will:**

☐ participate in the entire State assessment with no accommodations   ☐ participate in the entire district-wide assessment with no accommodations
☒ participate in the entire State assessment with accommodations   ☒ participate in the entire district-wide assessment with accommodations
☐ participate in part(s) of State assessment  (specified below)   ☐ participate in part(s) of the district-wide assessment (specified below)
☐ NOT participate in the State assessment   ☐ NOT participate in the district-wide assessment

If the student is completing the assessment(s) with accommodations, specify the needed accommodations (e.g. extended time, alternate setting, auditory testing).

Administer in small group, individually or separate location

Flexible scheduling (over several days, subtests out of order)

If the student will not participate in part or all of the assessment(s), specify why the assessment is not appropriate and document the alternate assessment to be given, including any needed accommodations.

## LINGUISTIC AND CULTURAL ACCOMMODATIONS

☐ Yes ☒ No ☐ NA   The student requires accommodations for the IEP to meet her/his linguistic and cultural needs.
*If yes, specify any needed accommodations:*

☐ Yes ☒ No ☐ NA   Special education and related services will be provided in a language or mode of communication other than or in addition to English. *If yes, specify any needed accommodations:*

00145

**Student Name:** Tom Reynolds-Ejzak

**Conference Date:** 4/6/2005

**State ID:**

**School ID:** 96329

## EDUCATIONAL SERVICES AND PLACEMENT

Complete for initial IEPs and annual reviews.

Page 7

Anyone responsible for implementing special education services must be notified of her/his specific responsibilities.

### PARTICIPATION IN REGULAR EDUCATION CLASSES AND OTHER EDUCATION-RELATED SETTINGS

The IEP must specify if the student will participate in regular physical education.

**REGULAR EDUCATION**

| | |
|---|---|
| Physical Education | Pl. Geometry 1A and Chemistry 1A |
| Spanish 1 or 1A and English Lit.1A | Symph. Orchestra |

**REGULAR EDUCATION** - with supplementary aids, as specified in the "Supplementary Aids" section of the IEP

| SPECIAL EDUCATION | Amount of Services | Initiation Date | Length of Services |
|---|---|---|---|
| Academic Strategies | 150 mpw | 4/6/05 | 4/6/06 |
| | | | |

| RELATED SERVICES | Amount of Services | Initiation Date | Length of Services |
|---|---|---|---|
| 23 - Speech/Language Services | 50 mpw | 4/6/05 | 4/6/06 |
| 24 - Social Work Services | 50 mpw | 4/6/05 | 4/6/06 |
| | | | |

Provide an explanation of the extent, if any, to which the student will not participate with nondisabled students in regular education classes and activities.

Provision of services is too disruptive to the general education setting.

### PLACEMENT DETERMINATION

The placement shall be appropriate to the student's needs and least restrictive of the student's interaction with nondisabled children: based on the student's IEP and located as close as possible to the student's home, unless the IEP requires some other arrangements, in the school he/she would attend if not disabled; and consistent with the findings of the case study evaluation.

☐ Yes  ☒ NA   A special class, separate schooling or removal from the regular education environment is required because the nature or severity of the student's disability is such that education in regular classes with the use of supplementary aids and services can not be achieved satisfactorily.

| PLACEMENT OPTIONS CONSIDERED<br>When determining the placement, consider any potentially harmful effect either on the student or the quality of services that he/she needs. After determining the student's placement, complete the "Placement" section on this cover | TEAM ACCEPTS PLACEMENT |
|---|---|
| Regular education without special education and / or related services. | ☐ Yes  ☒ No |
| A - Special Ed instructional and/or related services provided for 20% or less OUTSIDE Regular Ed classroom | ☒ Yes  ☐ No |
| F - Special Ed instructional and/or related services provided for more than 60% in a building that houses programs for Regular Ed | ☐ Yes  ☒ No |

00146

# Oak Park and River Forest High School

201 North Scoville Avenue
Oak Park, IL 60302
(708) 434-3806

## Parent/Guardian Notification of Conference Recommendations

Date: _____ 4/6/2006 _____
*month/day/year*

Student: _____ Tom   Reynolds-Ejzak _____
*student's legal name*

_____ 5/26/1990 _____
*date of birth*

Dear _____ Ms. Meg Reynolds _____ :
*legal name of parent, guardian or surrogate parent*

The purpose of this letter is to provide you with notification of the educational recommendations developed for your child at the conference held on _____ 4/6/2005 _____ at
*month/day/year*

OPRFHS, Oak Park, IL
*building, room and address*

At this conference it was determined that your child: *(Check all that apply to conference recommendations.)*

☐ is not eligible for special education and related services.
☑ is eligible or continues to be eligible for special education and related services as listed on the IEP.
   (Eligibility Determination: _____ *Autism / OHI / LD Arrows* _____ ( #1 )
☐ requires a change in eligibility, as listed on the conference summary report.
☑ will receive the special education and related services as listed on the Individualized Education Program.
☐ requires a change of special education and/or related services/educational placement as listed on the IEP.
☐ will be discontinued from special education and related services due to determination of ineligibility or reaching the age of 21.
☐ is recommended for graduation.
☐ requires a placement in an alternative educational setting as documented in the IEP.
☐ other *(specify)* _____

Please refer to your copy of the conference summary report which contains the information used in making these recommendations.  Please review the parents' rights information in the *Explanation of Procedural Safeguards*.  If you wish to discuss any concerns or have questions regarding your rights or this information, please contact:

| C. Biggins | LD Program Chair | 708-434-3321 |
|---|---|---|
| *name* | *title* | *phone* |

Sincerely,

c:   Student's temporary record

| L. Evans | Staffing Chair Assistant |
|---|---|
| *name and title* | |

# CONFERENCE SUMMARY REPORT

Date: 4/6/2005

## PURPOSE OF CONFERENCE (Check all that apply)

Page 1

- [ ] Initial Evaluation
- [ ] IEP Review/Revision
- [ ] Reevaluation
- [x] Transition
- [ ] MDC Review
- [ ] Hospital Discharge
- [ ] Manifestation Determination
- [x] Annual Review
- [ ] Initial IEP
- [ ] Other

Next Ann. Rev.    11/2006
Next Reeval    11/2006

## STUDENT IDENTIFICATION INFORMATION

**STUDENT'S NAME**  Tom Reynolds-Ejzak

**STUDENT'S ADDRESS (Street, City, State, Zip Code)**
1166 S. Clinton    Oak Park    IL    60304

**SEX**  M    **GRADE**  09    **BIRTHDATE**  5/26/1990

**ANTICIPATED DATE OF H.S. GRADUATION**    June 2008

**LANGUAGE**    English

**MODE OF COMMUNICATION**    Standard

**ID NO.**  96329    **MEDICAID NO.**

**SERVING DIST.**    Oak Park-River Forest S.D. 200

**SERVICE SITE**    Oak Park-River Forest H.S.

**PRIMARY DISABILITY**    O - Autism
**SECONDARY**    L - Other Health Impairment
**SECONDARY**    D - Specific Learning Disability
**SECONDARY**

[ ] Yes  [x] No    **Educational Surrogate Parent Required**

**PARENT'S NAME**  Ms. Meg Reynolds

**PARENT'S ADDRESS (Street, City, State, Zip Code)**
1166 S. Clinton    Oak Park    IL    60304

**PARENT'S HOME TELEPHONE**    708-660-0903
**PARENT'S WORK TELEPHONE**

**PARENT LANGUAGE**    English

**MODE OF COMMUNICATION**    Standard

**RESIDENT DISTRICT**    Oak Park-River Forest S.D. 200

**HOME SCHOOL**    Oak Park-River Forest H.S.

**PLACEMENT (To be completed after placement determination)**
A. Regular education with special education instructional and/or related services provided for 20% or less of the pupil's school day outside the regular education class.

[x] Yes  [ ] No    **Placement is in home school.**

## PARTICIPANTS

**Signature indicates attendance.** Check appropriate boxes to indicate which meetings were attended. Anyone serving in a dual role should indicate so on the following lines.

| ELIG. REVIEW | IEP | | ELIG. REVIEW | IEP | |
|---|---|---|---|---|---|
| [ ] | [x] | Ms. Meg Reynolds | [ ] | [x] | V. Hughes |
| | | *Parent* | | | *Speech/Language Pathologist* |
| [ ] | [ ] | | [ ] | [ ] | |
| | | *Parent* | | | *School Psychologist* |
| [ ] | [x] | Tom Reynolds Ejzak | [ ] | [ ] | |
| | | *Student* | | | *School Social Worker* |
| [ ] | [ ] | D. Bluminberg | [x] | [ ] | C. Biggins, LD Program Chair |
| | | *Dean/Counselor or Regular Education Teacher* | | | *LEA Representative/Staffing Chair* |
| [ ] | [x] | J. Terretta, Teacher Representative | [x] | [ ] | L. Cada, Director - SPED |
| | | *Special Education Teacher/Case Manager* | | | *Director/Designee* |
| [ ] | [x] | M. Walker | [ ] | [ ] | |
| | | *Other (specify)* Group Counselor | | | *Other (specify)* |
| [ ] | [ ] | | [ ] | [ ] | |
| | | *Other (specify)* | | | *Other (specify)* |

[x] Yes  [ ] NA    Explanation of Procedural Safeguards was provided to the parent(s) with the notice of conference.
[ ] Yes  [ ] NA    Parent(s) given a copy of the IEP.
[ ] Yes  [ ] NA    Parent(s) given a copy of the evaluation report and eligibility determination.
[ ] Yes  [ ] NA    Parent(s) given a copy of the district's behavioral intervention policies.
[ ] Yes  [x] NA    Parent(s) given a copy of the district's behavioral intervention procedures (initial IEP only).

If the parent(s) did not attend the IEP meeting, document the attempts to contact the parent(s) prior to the IEP meeting.

4/5/05 (8:20a) Tried to leave message on home phone, continue ringing.  (8:45a) Left message on wk phone @ (312-269-8000) re: meeting time and date.

## SPECIAL EDUCATION FUNDING AND CHILD TRACKING SYSTEM (FACTS) (For District Reporting Purposes)

| Fund | Private Facility Code | Ethnic | Disability (max. of 2) | Language | Bilingual Special Education | | | Related Services (Max. of 8) | LRE | RBP | Section 14-7.03 Eligibility | | | Term | Begin Date | End Date | Reason For Exit | Anticipated Svcs. Upon Exit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | A | I | | | | T | P | G | | | | | |
| (4) | (5) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) | (24) | (25) | (26) |
| | | W | OL | | | | | | | | | | | | | | | 19 |

0148

Student Name: Tom Reynolds-Ejzak
Date of Conf: 4/6/2005

# Confidential Memo

State ID:
School ID:                    96329

| RESIDENT SCHOOL | GRADE | PRIMARY DISABILITY |
|---|---|---|
| Oak Park-River Forest H.S. | 09 | O - Autism |

| Participants/Title | Participants/Title |
|---|---|
| Ms. Meg Reynolds | V. Hughes |
| *Parent* | *Speech/Language Pathologist* |
| | |
| *Parent* | *School Psychologist* |
| Tom Reynolds Ejzak | |
| *Student* | *School Social Worker* |
| D. Bluminberg | C. Biggins, LD Program Chair |
| *Dean/Counselor or Regular Education Teacher* | *LEA Representative/Staffing Chair* |
| J. Terretta, Teacher Representative | L. Cada, Director - SPED |
| *Special Education Teacher/Case Manager* | *Director/Designee* |
| M. Walker | |
| *Other (specify)* Group Counselor | *Other (specify)* |
| | |
| *Other (specify)* | *Other (specify)* |

| RELATED SERVICES | Amt of Svcs | Initiation Date | Length of Svc |
|---|---|---|---|
| 23 - Speech/Language Services | 50 mpw | 4/6/05 | 4/6/06 |
| 24 - Social Work Services | 50 mpw | 4/6/05 | 4/6/06 |
| | | | |
| | | | |
| | | | |

**GOALS:**

1st  The student will improve study and organizational skills.

2nd  To improve pragmatic language skills.

3rd  will improve problem solving skills in social settings

4th  will develop self-advocacy skills.

5th

*[handwritten: This was part of my son's IEP. Did the school provide this to ISBE?]*

**SUPPLEMENTARY AIDS/ACCOMMODATIONS**

Extended Time                                Arrange for assistance in recording daily H.W.

Alternative Setting                          Note taker

Preferential Seating (near the instructor)   Chunking of tasks needed for long term assignments

**FOLLOW-UP ACTIVITIES**

April 2005
Superior intellectual range with central auditory processing deficits/ Indicators of Asperger's syndrome/ Tx of ADHD
Tom's sp. ed. characteristics impact his ability to remember spoken directions/any oral information
Needs to have all directions/assignment instructions written down for him /some guidance needed to address the specific details for certain assignments
Please consider scheduling Academic Strategies during 10th period / meets with CM daily after school
Speech/Lang. and Social Work: Direct service
Interests: plays the string bass / member of the orchestra
Case manager will check use of assignment notebook on a daily basis
Interested in taking the Computer Profiency and /or Consumer Ed. Profiency tests

0149

**Student Name:** Tom Reynolds-Ejzak

**State ID:**

**Conference Date:** 4/6/2005

**School ID:** 96329

## ADDITIONAL IEP INFORMATION

Page 9

February 2004

Parent reported that Tom is a smart boy who loves to draw. He has some difficulties with social interactions/ has had a lot of accommodations that have been beneficial to meet his needs/ parent is concerned with the transition to high school.

Teachers from Ascension do agree with the need to have certain accommodations in place for Tom.

Directions and general instructions need to be in written form in order for him to achieve successful completion.

He often presents himself as rude and disrespectful to adults. He needs a lot of role playing opportunities to assist with these needs. He draws quite often in class . He enjoys reading. He is very disorganized. He will do homework in the homework monitoring room after school where all assignments are written on a board.

He has trouble with friendships. He did attend a large school dance recently, which was a big social step for him--his even commented on the fact that going to the dance was a big step for him.

Student Name:  Tom  Reynolds-Ejzak

Conference Date: 4/6/2005

**EDUCATIONAL ACCOMMODATIONS**

State ID:

School ID:                96329

*Complete for initial IEPs and annual reviews.*
Anyone responsible for implementing the educational accommodations must be notified of her/his specific responsibilities.

Page 6

## CONSIDERATION OF SPECIAL FACTORS

Check the boxes to indicate if the student requires any supplementary aids and/or services due to the following factors.
*For any box checked "yes," the IEP must state the supplementary aids and/or services that will be provided.*

- ☐ Yes  ☐ No  ☒ NA   all students - assistive technology devices and services
- ☐ Yes  ☐ No  ☒ NA   all students - communication needs
- ☐ Yes  ☐ No  ☒ NA   deaf/hard of hearing - language and communication needs
- ☐ Yes  ☐ No  ☒ NA   limited English proficiency - language needs
- ☐ Yes  ☐ No  ☒ NA   blind/visually impaired - provision of Braille instruction
- ☐ Yes  ☐ No  ☐ NA   behavior - strategies, including positive behavioral interventions and supports to address behavior
  *This may include a Functional Behavioral Assessment and/or a Behavioral Intervention Plan. If so, attach any completed form(s).*

## SUPPLEMENTARY AIDS

Specify what accommodations are needed in regular education classes and other education-related settings to enable the student to be educated with nondisabled peers (e.g., accommodations for daily work, tests, quizzes, environmental accommodations, moving from class to class, etc.).

| | |
|---|---|
| Extended Time | Arrange for assistance in recording daily H.W. |
| Alternative Setting | Note taker |
| Preferential Seating (near the instructor) | Chunking of tasks needed for long term assignments |

## STATE AND DISTRICT-WIDE ASSESSMENTS

The State assessments are the Illinois Standards Achievement Test (ISAT) at grades 3, 4, 5, 7 and 8 and the Prairie State Achievement Exam (PSAE) at grade 11.

**Student will:**

- ☐ participate in the entire State assessment with no accommodations
- ☒ participate in the entire State assessment with accommodations
- ☐ participate in part(s) of State assessment (specified below)
- ☐ NOT participate in the State assessment

- ☐ participate in the entire district-wide assessment with no accommodations
- ☒ participate in the entire district-wide assessment with accommodations
- ☐ participate in part(s) of the district-wide assessment (specified below)
- ☐ NOT participate in the district-wide assessment

If the student is completing the assessment(s) with accommodations, specify the needed accommodations (e.g. extended time, alternate setting, auditory testing).

Administer in small group, individually or separate location

Flexible scheduling (over several days, subtests out of order)

If the student will not participate in part or all of the assessment(s), specify why the assessment is not appropriate and document the alternate assessment to be given, including any needed accommodations.

## LINGUISTIC AND CULTURAL ACCOMMODATIONS

☐ Yes  ☒ No  ☐ NA   The student requires accommodations for the IEP to meet her/his linguistic and cultural needs.
*If yes, specify any needed accommodations:*

☐ Yes  ☒ No  ☐ NA   Special education and related services will be provided in a language or mode of communication other than or in addition to English. *If yes, specify any needed accommodations:*

00151

Student Name: Tom Reynolds-Ejeak

Conference Date: 4/6/2005

Complete for initial IEPs and annual reviews.

Any one responsible for implementing special education services must be notified of her/his specific responsibilities.

**EDUCATIONAL SERVICES AND PLACEMENT**

State ID:

School ID: 96329

Page 7

## PARTICIPATION IN REGULAR EDUCATION CLASSES AND OTHER EDUCATION-RELATED SETTINGS

The IEP must specify if the student will participate in regular physical education.

### REGULAR EDUCATION

Physical Education

Spanish 1 or 1A and English Lit.1A

Pl. Geometry 1A and Chemistry 1A

Symph. Orchestra

REGULAR EDUCATION - with supplementary aids, as specified in the "Supplementary Aids" section of the IEP

### SPECIAL EDUCATION

| | Amount of Services | Initiation Date | Length of Services |
|---|---|---|---|
| Academic Strategies | 150 mpw | 4/6/05 | 4/6/06 |

### RELATED SERVICES

| | Amount of Services | Initiation Date | Length of Services |
|---|---|---|---|
| 23 - Speech/Language Services | 50 mpw | 4/6/05 | 4/6/06 |
| 24 - Social Work Services | 50 mpw | 4/6/05 | 4/6/06 |

Provide an explanation of the extent, if any, to which the student will not participate with nondisabled students in regular education classes and activities.

Provision of services is too disruptive to the general education setting.

## PLACEMENT DETERMINATION

The placement shall be appropriate to the student's needs and least restrictive of the student's interaction with nondisabled children: based on the student's IEP and located as close as possible to the student's home, unless the IEP requires some other arrangements, in the school he/she would attend if not disabled; and consistent with the findings of the case study evaluation.

☐ Yes  ☒ NA   A special class, separate schooling or removal from the regular education environment is required because the nature or severity of the student's disability is such that education in regular classes with the use of supplementary aids and services can not be achieved satisfactorily.

| PLACEMENT OPTIONS CONSIDERED<br>When determining the placement, consider any potentially harmful effect either on the student or the quality of services that he/she needs. After determining the student's placement, complete the "Placement" section on this cover | TEAM ACCEPTS PLACEMENT |
|---|---|
| Regular education without special education and / or related services. | ☐ Yes  ☒ No |
| A - Special Ed instructional and/or related services provided for 20% or less OUTSIDE Regular Ed classroom | ☒ Yes  ☐ No |
| F - Special Ed instructional and/or related services provided for more than 60% in a building that houses programs for Regular Ed | ☐ Yes  ☒ No |

# Oak Park and River Forest High School

201 North Scoville Avenue
Oak Park, IL 60302
(708) 434-3806

## Parent/Guardian Notification of Conference Recommendations

Date: _____2/23/2004_____
month/day/year

Student: _____Tom   Reynolds-Ejzak_____
student's legal name

_____5/26/1990_____
date of birth

Dear _____Ms. Meg Reynolds_____ :
legal name of parent, guardian or surrogate parent

The purpose of this letter is to provide you with notification of the educational recommendations developed for your child at the conference held on _____2/23/2004_____ at
month/day/year

OPRFHS, Oak Park, IL
building, room and address

At this conference it was determined that your child: *(Check all that apply to conference recommendations.)*

☐ is not eligible for special education and related services.
☒ is eligible or continues to be eligible for special education and related services as listed on the IEP. *w/ social work*
  (Eligibility Determination: *AUTISM, OHI, LD Resource w/ sp/lang as related services*
☐ requires a change in eligibility, as listed on the conference summary report.
☒ will receive the special education and related services as listed on the Individualized Education Program.
☐ requires a change of special education and/or related services/educational placement as listed on the IEP.
☐ will be discontinued from special education and related services due to determination of ineligibility or reaching the age of 21.
☐ is recommended for graduation.
☐ requires a placement in an alternative educational setting as documented in the IEP.
☐ other *(specify)* _____

Please refer to your copy of the conference summary report which contains the information used in making these recommendations. Please review the parents' rights information in the *Explanation of Procedural Safeguards*. If you wish to discuss any concerns or have questions regarding your rights or this information, please contact:

_____C. Biggins_____        _____LD Program Chair_____        _____708-434-3321_____
name                                    title                                           phone

Sincerely,

_____L. Evans_____        _____Staffing Chair Assistant_____
name and title

c:   Student's temporary record

ISBE 34-57 F (10/00)                                PARENT/GUARDIAN NOTIFICATION OF CONFERENCE RECOMMENDATIONS

0153

**SPECIAL**

## CONFERENCE SUMMARY REPORT

Date: 2/23/2004

| PURPOSE OF CONFERENCE *(Check all that apply)* | | Page 1 |
|---|---|---|

☐ Initial Evaluation  ☒ Transition  ☐ Manifestation Determination  ☐ Other _____

☐ IEP Review/Revision  ☐ MDC Review  ☐ Annual Review  Next Ann. Rev. _____

☐ Reevaluation  ☐ Hospital Discharge  ☐ Initial IEP  Next Reeval _____

### STUDENT IDENTIFICATION INFORMATION

*STUDENT'S NAME* Tom Reynolds-Ejzak

*STUDENT'S ADDRESS (Street, City, State, Zip Code)*
1166 S. Clinton        Oak Park        IL    60304

*SEX* M    *GRADE*    *BIRTHDATE* 5/26/1990

*ANTICIPATED DATE OF H.S. GRADUATION*

*LANGUAGE* English

*MODE OF COMMUNICATION* Standard

*ID NO.* 96329    *MEDICAID NO.*

*SERVING DIST.* Oak Park-River Forest S.D. 200

*SERVICE SITE* Oak Park-River Forest H.S.

*PRIMARY DISABILITY* _____
*SECONDARY* _____
*SECONDARY* _____
*SECONDARY* _____

☐ Yes  ☒ No    **Educational Surrogate Parent Required**

*PARENT'S NAME* Ms. Meg Reynolds

*PARENT'S ADDRESS (Street, City, State, Zip Code)*
1166 S. Clinton        Oak Park        IL    60304

*PARENT'S HOME TELEPHONE* 708-660-0903
*PARENT'S WORK TELEPHONE* 312/269-5357

*PARENT LANGUAGE* English
*MODE OF COMMUNICATION* Standard

*RESIDENT DISTRICT* Oak Park-River Forest S.D. 200
*HOME SCHOOL* Oak Park-River Forest H.S.
*PLACEMENT (To be completed after placement determination)*

☒ Yes  ☐ No    Placement is in home school.

### PARTICIPANTS

**Signature indicates attendance. Check appropriate boxes to indicate which meetings were attended. Anyone serving in a dual role should indicate so on the following lines.**

| ELIG. REVIEW | IEP | | ELIG. REVIEW | IEP | |
|---|---|---|---|---|---|
| ☐ | ☒ | Ms. Meg Reynolds | ☐ | ☒ | L. Budde - Brooks |
| | | *Parent* | | | *Speech/Language Pathologist* |
| ☐ | ☐ | *Meg Reynolds* | ☐ | ☒ | M. Maclak - Brooks  *Matter J Mack* |
| | | *Parent* | | | *School Psychologist* |
| ☐ | ☒ | Tom Reynolds Ejzak | ☐ | ☒ | S. Williams - Brooks  *S Williams* |
| | | *Student* | | | *School Social Worker* |
| ☐ | ☒ | D. Bluminberg | ☐ | ☒ | C. Biggins, LD Program Chair  *Colleen Biggins* |
| | | *Dean/Counselor or Regular Education Teacher* | | | *LEA Representative/Staffing Chair* |
| ☐ | ☒ | T. Allison, Teacher Representative  *TM* | ☐ | ☒ | L. Cada, Director - SPED |
| | | *Special Education Teacher/Case Manager* | | | *Director/Designee* |
| ☐ | ☒ | K. Nelson | ☐ | ☒ | Appropriate Ascension School Staff |
| | | *Other (specify)* Asst. Dir., SPED - Dist. 97 | | | *Other (specify)* |
| ☐ | ☒ | Appropriate Brooks Staff | ☐ | ☒ | *L.E. Dill, Family/Student Attorney* |
| | | *Other (specify)* | | | *Other (specify)* |

☒ Yes  ☐ NA    Explanation of Procedural Safeguards was provided to the parent(s) with the notice of conference.

☐ Yes  ☐ NA    Parent(s) given a copy of the IEP.

☐ Yes  ☐ NA    Parent(s) given a copy of the evaluation report and eligibility determination.

☒ Yes  ☐ NA    Parent(s) given a copy of the district's behavioral intervention policies.

☒ Yes  ☐ NA    Parent(s) given a copy of the district's behavioral intervention procedures (initial IEP only).

If the parent(s) did not attend the IEP meeting, document the attempts to contact the parent(s) prior to the IEP meeting.

### SPECIAL EDUCATION FUNDING AND CHILD TRACKING SYSTEM (FACTS) (For District Reporting Purposes)

| Fund | Private Facility Code | Ethnic | Disability (max. of 2) | Language | Bilingual Special Education | | | Related Services (Max. of 8) | LRE | RBP | Section 14-7.03 Eligibility | | | Term | Begin Date | End Date | Reason For Exit | Anticipated Svcs. Upon Exit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | A | I | | | | T | P | G | | | | | |
| (4) | (5) | (10)  W | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) | (24) | (25) | (26) |

## CONFERENCE SUMMARY REPORT

Date: 2/23/2004

Page 1

### PURPOSE OF CONFERENCE (Check all that apply)

| | | |
|---|---|---|
| ☐ Initial Evaluation | ☒ Transition | ☐ Manifestation Determination ☐ Other _____ |
| ☐ IEP Review/Revision | ☐ MDC Review | ☐ Annual Review    Next Ann. Rev.  2/05 |
| ☐ Reevaluation | ☐ Hospital Discharge | ☐ Initial IEP    Next Reeval  2/07 |

### STUDENT IDENTIFICATION INFORMATION

STUDENT'S NAME  Tom  Reynolds-Ejzak

STUDENT'S ADDRESS (Street, City, State, Zip Code)
1166 S. Clinton        Oak Park        IL    60304

SEX   M   GRADE   08   BIRTHDATE   5/26/1990

ANTICIPATED DATE OF H.S. GRADUATION

LANGUAGE        English

MODE OF COMMUNICATION     Standard

ID NO.   96329      MEDICAID NO.

SERVING DIST.      Oak Park-River Forest S.D. 200

SERVICE SITE       Oak Park-River Forest H.S.

PRIMARY DISABILITY     O - Autism

SECONDARY        L - Other Health Impairment

SECONDARY        D - Specific Learning Disability

SECONDARY

☐ Yes  ☒ No   Educational Surrogate Parent Required

PARENT'S NAME  Ms. Meg Reynolds

PARENT'S ADDRESS (Street, City, State, Zip Code)
1166 S. Clinton        Oak Park        IL    60304

PARENT'S HOME TELEPHONE        708-660-0903
PARENT'S WORK TELEPHONE

PARENT LANGUAGE        English

MODE OF COMMUNICATION     Standard

RESIDENT DISTRICT     Oak Park-River Forest S.D. 200

HOME SCHOOL          Oak Park-River Forest H.S.

PLACEMENT (To be completed after placement determination)
A. Regular education with special education instructional and/or related services provided for 20% or less of the pupil's school day outside the regular education class.

☒ Yes  ☐ No   Placement is in home school.

### PARTICIPANTS

Signature indicates attendance. Check appropriate boxes to indicate which meetings were attended. Anyone serving in a dual role should indicate so on the following lines.

| ELIG. REVIEW | IEP | | ELIG. REVIEW | IEP | |
|---|---|---|---|---|---|
| ☐ | ☒ | Ms. Meg Reynolds | ☐ | ☒ | L. Budde - Brooks |
| | | Parent | | | Speech/Language Pathologist |
| ☐ | ☐ | | ☐ | ☒ | M. Maciak - Brooks |
| | | Parent | | | School Psychologist |
| ☐ | ☒ | Tom Reynolds Ejzak | ☐ | ☒ | S. Williams - Brooks |
| | | Student | | | School Social Worker |
| ☐ | ☒ | D. Bluminberg | ☐ | ☒ | C. Biggins, LD Program Chair |
| | | Dean/Counselor or Regular Education Teacher | | | LEA Representative/Staffing Chair |
| ☐ | ☒ | T. Allison, Teacher Representative | ☐ | ☒ | L. Cada, Director - SPED |
| | | Special Education Teacher/Case Manager | | | Director/Designee |
| ☐ | ☒ | K. Nelson | ☐ | ☒ | Appropriate Ascension School Staff |
| | | Other (specify) Asst. Dir., SPED - Dist. 97 | | | Other (specify) |
| ☐ | ☒ | Appropriate Brooks Staff | ☐ | ☒ | OPRF Staff |
| | | Other (specify) | | | Other (specify) |

☒ Yes  ☐ NA   Explanation of Procedural Safeguards was provided to the parent(s) with the notice of conference.

☒ Yes  ☐ NA   Parent(s) given a copy of the IEP.

☐ Yes  ☒ NA   Parent(s) given a copy of the evaluation report and eligibility determination.

☐ Yes  ☒ NA   Parent(s) given a copy of the district's behavioral intervention policies.

☒ Yes  ☐ NA   Parent(s) given a copy of the district's behavioral intervention procedures (initial IEP only).

If the parent(s) did not attend the IEP meeting, document the attempts to contact the parent(s) prior to the IEP meeting.

### SPECIAL EDUCATION FUNDING AND CHILD TRACKING SYSTEM (FACTS) (For District Reporting Purposes)

| Fund | Private Facility Code | Ethnic | Disability (max. of 2) | Language | Bilingual Special Education | | | Related Services (Max. of 8) | LRE | RBP | Section 14-7.03 Eligibility | | | Term | Begin Date | End Date | Reason For Exit | Anticipated Svcs. Upon Exit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | A | I | | | | T | P | G | | | | | |
| (4) | (5) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) | (24) | (25) | (26) |
| | | W | OL | | | | | | | | | | | | | | | |

0155

**Student Name:** Tom Reynolds-Ejzak

**Conference Date:** 2/23/2004

**State ID:**

**School ID:** 96329

## DOCUMENTATION OF EVALUATION RESULTS

Page 2A and 2B

---

### HEALTH - NURSE

**Immunizations:** In compliance? YES

**Medical History and Current Health Status:**
Tx of ADHD (Inattentive type)
Tx of Central Auditory Processing Disorder
Exhibits characteristics similar to an Asperger's Syndrome diaagnosis

**Current Medications:**
None
Updated upon entry to high school (8/04)

**Date of Last Physical:** due upon entry to

**Educationally Relevant Medical Findings:**
Tx of ADHD
Tx of Central Auditory Processing difficulties
Exhibits characteristics of Asperger's Syndrome

---

### HEARING/VISION - NURSE

**Vision:** Date last tested: 2/17/04  ☐ Passed  ☐ Failed  ☐ Wears Contacts  ☒ Wears Glasses

**Hearing:** Date last tested: 2/17/04  ☒ Passed  ☐ Failed  ☐ Aided

**Summary Report:**
Wears corrective lenses due to near-sightedness

00156

| | | |
|---|---|---|
| **Student Name:** Tom Reynolds-Ejzak | **State ID:** | |
| **Conference Date:** 2/23/2004 | **School ID:** | 96329 |

## DOCUMENTATION OF EVALUATION RESULTS

Page 2C

___

**SOCIAL/EMOTIONAL STATUS**

___

**Summary Report:**

February 2004
Initial Full Case Study:
Social History:
Please see attached report

0157

Student Name: Tom Reynolds-Ejzak

State ID:

Conference Date: 2/23/2004

School ID: 96329

## DOCUMENTATION OF EVALUATION RESULTS

Page 2D

### PSYCHOLOGICAL REPORT SUMMARY

| Student Name: | Tom Reynolds-Ejzak | State ID: | |
| Examiner: | | School ID: | 96329 |
| License No.: | | Report Date: | 2/04 |

| | Achievement | Aptitude | Other |
|---|---|---|---|
| Instrument: | WISC III and review of former tests | | |
| Scores: | Tx of central auditory processing diagnosed at five years and 13 yrs. Tx of ADHD (Oct 1997 & Oct.2003) Superior range of Intelligence Asperner's syndrome scale of | | |

Summary:

Student Strengths:

Student Weaknesses:

When and by whom student was: (Please check one)

☑ A. First Diagnosed        ☑ B. Rediagnosed

Date: _____        Age or Grade: _____

Person or Team Making diagnosis:

Job Title: _____        Certification Number: _____

Institutional Affiliation:

Qualifications:

0158

**Student Name:** Tom  Reynolds-Ejzak  **State ID:**

**Conference Date:** 2/23/2004  **School ID:** 96329

## DOCUMENTATION OF EVALUATION RESULTS  Page 2E-2

**DEAN REPORT**

| | | | |
|---|---|---|---|
| **Student Name:** | Tom  Reynolds-Ejzak | **ID:** | |
| **Dean:** | D. Bluminberg | **Report Date:** | |
| **Credits Earned:** | | **GPA:** | **WGPA:** |

**Attendance:**


**Discipline:**



**Comments:**



**Current Grades:**

February 2004
8th grade at Ascension School in Oak Park
Academic course work all A's
Phy. Ed. : A
Tom attends an after school homework monitoring program.

**Student Name:** Tom Reynolds-Ejzak        **State ID:**

**Conference Date:** 2/23/2004        **School ID:**      96329

## DOCUMENTATION OF EVALUATION RESULTS      Page 2F

---

**ACADEMIC PERFORMANCE**

---

February 2004
Private testing done indicating overall strong academic potential.

2

**CHICAGO POLICE DEPARTMENT**

# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03-C)

RD #: **HL627985**

EVENT #: 0526505412

Case ID: 4321682 CASR229

## ASSIGNED TO FIELD

IUCR: 2826 - Other Offense - Harassment By Telephone

Occurrence Location: 2 N La Salle St
Chicago IL 60610
140 - Commercial / Business Office

Beat: 0113

Unit Assigned: 9151

RO Arrival Date: 22 September 2005 09:25

Occurrence Date: 21 September 2005 08:00 - 22 September 2005 09:20

## VICTIM

Name: **REYNOLD, Meg**

Res: 2 N La Salle St
Chicago IL 60610
312 - 269 - 5357

Beat: 0113

Beat: 4100

Demographics

Female
White

Age: 48 Years

## WITNESS

Name: **REYNOLD, Meg**

Res: 2 N La Salle St
Chicago IL 60610
312 - 269 - 5357

Beat: 0113

Beat: 4100

Demographics

Female
White

Age: 48 Years

RESTRICTED INFORMATION
HAS BEEN DELETED
RECORD INQUIRY SECTION
CHICAGO POLICE DEPARTMENT

RESTRICTED INFORMATION
HAS BEEN DELETED
RECORD INQUIRY SECTION
CHICAGO POLICE DEPARTMENT

## NARRATIVE

EVENT 0526505412. VICTIM STATED THAT A TEACHER FROM HER SON'S SPECIAL EDUCATION CLASS CALLS HER HOUSE AND PLACE OF BUSINESS MORE THAN 21 TIMES AND SHE DOESN'T STOP CALLING. ADVISED TO CONTACT THE PHONE COMPANY, ADVISED WARRANT AND ORDER OF PROTECTION. VIN SENT.

## PERSONNEL

| | Star No | Name | Date | Unit | Beat |
|---|---|---|---|---|---|
| Detective/Youth Investigator | 21170 | KAIZER, Edward, W | 23 Sep 2005 06:34 | 640 | |
| Reporting Officer | 17575 | STANCESCU, Carmen, S | 22 Sep 2005 09:44 | 376 | 9151 |

RD #: HL627985

Print Generated By: O

Page 1 of 1

03-OCT-2005 15:27



00162

Sep-22-05 · 12:49pm  From-ALT R█ UNIT          +3127469724        T-470  P.001/002  F-257

CASR205

## CHICAGO POLICE DEPARTMENT
## VICTIM INFORMATION NOTICE

CPD-11.380, Part 3-English-(Rev. 2/98)

RD Number: HL627985          Occurrence Date: 21-SEP-2005 08:00          Beat of Assign: 9151

Primary Class.:   OTHER OFFENSE               Secondary Class.:  HARASSMENT BY TELEPHONE

Occurrence Address:   2 N LA SALLE ST                                Occ. Beat:  0113

Type of Location of premise where offense occurred (give name of location if applicable)   3510 S Michig

140          COMMERCIAL / BUSINESS OFFICE                              M-F

### IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.
If an arrest has taken place, the following is your court information:
Date:_____   Time:_____   Court branch:_____   Court Loc.:_____
If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's  Office at
(773)869 - 7200

## VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this
number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will
be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The
presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the
arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to
determine if criminals active in the area can be identified. A detective will not routinely contact you unless
additional information is required or your further assistance is needed.

TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the
unit marked below:

|  | FOR PROPERTY CRIMES | | FOR VIOLENT CRIMES | | FOR YOUTH DIVISION |
|---|---|---|---|---|---|
| AREA 1 | 747-8384 | | 747-8380 | | 747-8385 |
| AREA 2 | 747-8273 | | 747-8272 | | 747-8276 |
| AREA 3 | 744-8263 | | 744-8261 | | 744-8266 |
| AREA 4 | 746-8253 | | 746-8252 | | 746-9259 |
| AREA 5 | 746-8362 | | 746-8282 | | 746-8365 |
| BOMB & ARSON(all Areas) | | 746-7619 | AUTO THEFT(all Areas) | 746-5566 | |

COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes, however, there may be instances when a copy of
the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage
has been reported to the Chicago Police Department may be obtained after 14 working days from the date the
incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF
FINANCE - CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to:

          Chicago Police Department
             Records Inquiry Section, Room 1027
             3510 South Michigan Ave.
             Chicago, IL 60653
Include the following information with your request: 1) Victim's name and address (or person reporting crime),
2)Type of incident, 3)Address of occurrence, 4)R.D. Number.

MAKE THE RIGHT CALL
To report a crime in progress or other emergency that requires immediate police response, call 9-1-1.
To report non-emergency situations, call the Police Department at 3-1-1.
CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)
SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working
with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood
police officers as we work together to reduce crime and improve the quality of life in our city. Become part of
the CAPS team in your community. To find out how, call:
          CAPS HOTLINE     744-CAPS (744-2277)
More information about CAPS is availble on the World Wide Web at http://www.ci.chi.il.us

You live on Beat_____. You next Beat: Community Meeting will be held(date and time)
_____ at (location)

TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a
day by calling 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also
contact their local police district or the Preventive Programs and Neighborhood Relations Division at 745-5806.

22-SEP-2005 12:52          RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS          Requested by: PC0V264

          09/22/2005 THU 12:56   [TX/RX NO 5121] Ø001

0163

**OAK PARK POLICE DEPARTMENT**

9/118

**INCIDENT REPORT**

| 1 OCCURRED ON OR BETWEEN | Mo. | Date | Year | Day | Time | 2 POST | 3 REPORT NUMBER |
|---|---|---|---|---|---|---|---|
| | 09 | 19 | 2005 | MON | 0900 | 18 | |
| | 09 | 21 | 2005 | WED | 1700 | 26 | 05 - 38945 |

| 4 REPORTED | | | | | | 5 INCIDENT CLASSIFICATION |
|---|---|---|---|---|---|---|
| IN STATION | 11 | 03 | 2005 | WED | 0810 | EXCESSIVE PHONE CALLS |

**6 LOCATION OF INCIDENT** 1166 S. CLINTON      **7 FIRM NAME IF BUSINESS**

| 8 VICTIM'S NAME (last, first, mid) | ☐ JUV. | 9 RESIDENCE OR BUSINESS ADDRESS |
|---|---|---|
| REYNOLDS, MARGARET M. | | 1166 S. CLINTON |

| 10 RESIDENCE PHONE | 11 BUSINESS PHONE | 12 SEX | RACE | AGE | 13 DOB Mo. Date Yr. | 14 SOCIAL SECURITY OR PERSONAL IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|
| 708-660-0903 | 312-269-5357 | F | W | 48 | 03 26 57 | 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 |

| 15 REPORTED BY (last, first mid) | WITNESS YES ☑ NO ☐ | 16 RESIDENCE OR BUSINESS ADDRESS |
|---|---|---|
| VICTIM | | SAME AS VICTIM |

| 17 RESIDENCE PHONE | 18 BUSINESS PHONE | 19 SEX | RACE | AGE | 20 DOB Mo. Date Yr. | 21 SOCIAL SECURITY OR PERSONAL IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|
| | | | | | | |

| **INJURY** | 22 NATURE AND EXTENT OF INJURY  D/N/A | 23 HOSPITALIZED / WHERE TREATED  D/N/A |
|---|---|---|

| 24 ATTENDING / PRONOUNCING PHYSICIAN | 25 TRANSPORTED BY | 26 PRONOUNCED Mo. Date Yr. Time | 27 M.E. NAME | 28 DATE AND TIME NOTIFIED |
|---|---|---|---|---|
| | | | | |

REPORT NUMBER 05-38945

UCR

METHOD CODE 410

PLACE CODE 290

CASE STATUS 009

**BLOCK NO.**  29 NARRATIVE: Describe persons, property, and details of incident. If additional information pertains to one of the blocks above, enter corresponding block number at left.

IN SUMMARY: COMPLAINTANT REYNOLDS, MARGARET M. RELATED THAT

BETWEEN 19 SEP 05 AT APPROXIMATELY 0900 HRS AND 21 SEP 05 AT APPROXIMATELY

1700 HRS SHE RECIEVED BETWEEN TWELVE AND FIFTEEN TELEPHONE CALLS AT HER

HOME AT 1166 CLINTON TX: 708-660-0903 FROM CADA, LINDA, DIRECTOR OF

SPECIAL EDUCATION AT OAK PARK RIVER FOREST HIGH SCHOOL. REYNOLDS STATED

THAT HER SON IS A SPECIAL NEEDS STUDENT AT OAK PARK RIVER FOREST HIGH SCHOOL

AND THAT SHE HAD SENT A COMPLAINT REGARDING CADA TO THE HIGH SCHOOL'S

BOARD OF DIRECTORS, WHICH SHE BELIEVES PRECIPITATED THE CALLS FROM CADA.

REYNOLDS RELATED THAT CADA LEFT MESSAGES TO THE EFFECT THAT SHE WAS

SCHEDULING AN INDIVIDUAL EDUCATION PROGRAM MEETING REGARDING REYNOLD'S

SON, WHICH REYNOLDS BELIEVES IS INTENDED TO END HER SON'S PROGRAM IN

RETRIBUTION FOR THE COMPLAINT, AND MESSAGES STATING THAT CADA WOULD

CALL REYNOLDS' EMPLOYER TO COMPELL REYNOLDS TO RETURN CADA'S PHONE

CALLS. REYNOLDS' STATED THAT SHE HAS FILED A REPORT WITH CHICAGO

P.D. REGARDING CALLS TO HER OFFICE MADE BY CADA. REYNOLDS RELATED

| 30 REPORTING OFFICER | STAR # | 31 SUPERVISOR | STAR # | 32 REPORT REVIEW | 33 C.A. REVIEW |
|---|---|---|---|---|---|
| R. Murphy   305/0161 | | | | NOV 0 7 2005 | |
| J. HAWKINSON 321/6744 | | | 18/6601 | | |

**OAK PARK POLICE DEPARTMENT**

**CONTINUATION SHEET**

| CONTINUATION OF A ___EXCESSIVE  PHONE CALLS___ REPORT offense/incident/arrest | PAGE 2 OF 2 | REPORT NUMBER 05-38945 |
|---|---|---|

USE A NARRATIVE SUMMARY WITH OFFENSE, INCIDENT, ARREST AND INVESTIGATIVE ACTION REPORTS. IF INFORMATION IS AN EXTENSION OF A REPORT, ENTER BLOCK NUMBER AT LEFT.

REPORT NUMBER 05-38945

UCR

METHOD CODE 4 1 0

PLACE CODE

CASE STATUS 0 0 9

| BLOCK NUMBER | 1166 S. CLINTON    03 NOV 05    0810 HRS |
|---|---|
| | THAT THE CALLS STOPPED AFTER SHE MADE A SECOND COMPLAINT TO THE HIGH SCHOOL BOARD OF DIRECTORS, AND THAT SHE WISHED TO FILE A REPORT ONLY AS A MATTER OF RECORD. |

| REPORTING OFFICER R. Murphy 306/8961 J. HAWKINSON 321/6744 | STAR NO. | SUPERVISOR | STAR NO. 123/06M | DATE 04 NOV 05 |
|---|---|---|---|---|

9/21/05

I spoke with Linda Cada at 10:30 a.m. She said that she left 5 messages earlier that day and Ms. Reynolds had not gotten back with her. She asked me if I wanted the times she had called, but I told it was not necessary. She said that it was imperative that she talk with Meg regarding a meeting on Sept. 23, 2005 at 11:00 a.m. at the high school in room 106 and 18 people were coming, so she really had to know if Meg got her messages and was coming.

9/21/05 (approx. 3:00 p.m.)

I spoke with Linda Cada and she said that she had left 18 messages now and still has not heard from Meg. She also said that maybe she should come downtown to talk to her or call Mr. Eisenberg to get Meg to call her.

_Teresa Kirby_
Signed by Teresa Kirby
Meg Reynolds Secretary
September 23, 2005

OFFICIAL SEAL
JOHANNA L. WOMACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-3-2008

_Johanna L. Womack_
NOTARY

0166



WHILE YOU WERE AWAY

FOR Meg                          DATE 9/21   TIME 1030 A.M. P.M.

M

OF

PHONE □ FAX □ MOBILE   708 434-3106

AREA CODE   NUMBER   EXTENSION

MESSAGE   Friday 23rd 11

Linda   Room

Cada   High

SIGNED   18 People Coming

Office Depot   Item OD1153

3

0168



# YAHOO! MAIL Classic

Print - Close Window

| | |
|---|---|
| **Subject:** | RE: notetaker |
| **Date:** | Sun, 16 Sep 2007 10:21:40 -0500 |
| **From:** | "Weninger, Attila" <aweninger@oprfhs.org> |
| **To:** | "Meg Reynolds" <megreynolds@sbcglobal.net> |
| **CC:** | "Cada, Linda" <LCada@oprfhs.org>, "Prale, Phil" <PPrale@oprfhs.org>, "Terretta, John" <JTerretta@oprfhs.org> |

Dear Meg,

I understand; however, that doesn't answer the questions I posed below. Can you provide a more direct reply to "you will pay for the college student and not request the District to pay for his/her services/work and not seek reimbursement?" query?

Thanks.

Attila

For *those things that are best...*

Attila J. Weninger, Superintendent
Oak Park and River Forest High School District 200
201 N. Scoville Ave.
Oak Park, IL   60302-2264
TEL:     (708) 434-3211
FAX:     (708) 434-3917
EMAIL:   aweninger@oprfhs.org

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Sunday, September 16, 2007 7:37 AM
**To:** Weninger, Attila
**Subject:** RE: notetaker

I will do whatever I have to do to get the classroom notetaker accommodation that my son needs.

*"Weninger, Attila" <aweninger@oprfhs.org>* wrote:

> Dear Meg,
>
> This won't be able to begin on Monday. I will talk with Linda, Phil, and John on Monday and Linda or John will be in touch with you about your request. Just to be certain: you will pay for the college student and not request the District to pay for his/her services/work and not seek reimbursement? I just want to be sure about your statement below regarding that and FAPE.
>
> Attila
>
> For *those things that are best...*
> Attila J. Weninger, Superintendent
> Oak Park and River Forest High School District 200
> 201 N. Scoville Ave.
> Oak Park, IL   60302-2264
> TEL:     (708) 434-3211

0169

FAX:    (708) 434-3917
EMAIL: aweninger@oprfhs.org

---

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Saturday, September 15, 2007 6:06 AM
**To:** Weninger, Attila; Prale, Phil; Cada, Linda
**Subject:** notetaker

Dear Attila:

I have found some students at Concordia University (River Forest) who might be willing to take classroom notes and assignments down for my son in his academic classes. I would pay them by the hour (or class).

I would like them to start Monday (Sept. 17) or Tuesday at the latest. But I need to follow up with them to pin this down during the weekend.

Can you please let me know if you have any objection to this? I believe it could resolve the problem here. I don't believe that my son should go another day without this accommodation.

Having your case manager give my son a bunch of blank pages from OPRFHS with the words "no notes" written on them, and collect assignment information from my son himself (who cannot remember orally delivered information accurately) instead of his teachers does not meet his needs as a student with disabilities. OPRFHS has a legal obligation to provide FAPE.

Thanks.
Meg Reynolds
708-660-0903
cell: 708-205-0123

0170

4

02

| NAME MLSD | COURSE NAME / SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

8/29

No Math Notes

Assignment
Complete
"Solve by
Graphing"
wksht.

| SIGNATURE | | DATE | WITNESS/TA | | DATE |
|---|---|---|---|---|---|

NOTE: INSERT BACK COVER UNDERNEATH SHEET BEFORE WRITING

03

| SER. NUMBER | EXPERIMENT/SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

8/29                    Architecture

No
Notes

No
Assignment

| SIGNATURE | DATE | WITNESS/TO | DATE |
|---|---|---|---|
| | | | |

**NOTE:** INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

00173

04

| LAB NUMBER | EXPERIMENT SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LAB PER/DESK NO | COURSE & SECTION NO |

Spanish

No Notes

Assignment
Sign Course Profile

| SIGNATURE | DATE | WITNESSED TO | DATE |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

05.

| LAB NUMBER | EXPERIMENT SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

8/30

No Notes taken

Hmwrk

Inequality solving Wksht

| SIGNATURE | DATE | WITNESS TA | DATE |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

00175

# EXHIBIT C

06

| NAME | PERFORMED SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO | COURSE & SECTION NO |

8 | 3 D

No notes taken

No hmwrk

| SIGNATURE | DATE | WITNESS/FA | DATE |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

07

Music

8|30

No Notes Taken

No Homework

00177

08

| EXP NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LAB BENCH/DESK NO | COURSE & SECTION NO |

English

8/30

No notes taken

Assignment
AP
Essay #2

| APPROVED BY | | DATE | | WITNESSED | | DATE |
|---|---|---|---|---|---|---|

NOTE: INSERT BACK COVER UNDER CURRENT SHEET BEFORE WRITING

0178

| EXP. NUMBER | EXPERIMENT SUBJECT | | | DATE | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | | | |

MATH        8/3

No NOTES

hmwrk

Wksht. "Parts of a Graph"

| EXP NUMBER | EXPERIMENT SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO | COURSE & SECTION NO |

Arch

No
Notes

Hmwrk
Sketch & Measure Room

NOTE: INSERT EACH COVER UNDER   PAGE BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

English

No
Notes

Hmwrk

- Read myth of Ssyphus
- Finish "The Stranger"

| SIGNATURE | DATE | WITNESS TO | |
|---|---|---|---|
| | | | 0181 |

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | | |
|---|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. | |

Spanish

No Notes

Assignment

Sign Course Profile.

| EXP NUMBER | EXPERIMENT/SUBJECT | | DATE 9/4 | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DRAWER | COURSE & SECTION NO |

Archit.

MATH

No NOTES

NoNe - $

no Assignments

Assgn

Draw time &
Dist. wksht

English

No Notes

Hmwrk

Read "The Stranger"
Intro to

| SIGNATURE | DATE | WITNESS/TA |
|---|---|---|
| | | |

NOTE: INSERT BACK COVER UNDER PAGE PRIOR TO BEGIN **WRITING**

| EXP. NUMBER | EXPERIMENT:SUBJECT | | DATE |
| --- | --- | --- | --- |
| NAME | | LAB PARTNER | VICKNER/DESK NO. | EC |

Math

No Notes - Test

No Hmwk

Archit.

No Notes

Wksht/measure

Dining Room

Music

No Notes

Practice for

Audition

Eng

No Notes

Read theme

essay write

theme of

"The Stranger"



**YAHOO! MAIL**
Classic

Print - Close Window

**Subject:** RE: Tom

**Date:** Thu, 23 Aug 2007 16:14:29 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

Hello Ms. Reynolds,

 I spoke with Tom and a few of his teachers but was delayed due to the tornado evacuation just now.  I will call you tomorrow and we can talk about his accommodations.

Thanks,
John

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Wed 22-Aug-07 5:40 PM
**To:** Terretta, John
**Subject:** RE: Tom

Mr. Terretta: When you speak with Tom's teachers, would you please let them know that Tom didn't have written assignments tonight, and so he should not be penalized for any homework that may be due tomorrow?  He does have an English syllabus, but nothing in his other classes.

It's highly unfair to Tom to give him his assignments late so that he has to do several days' worth all at once.  This is a real misery for Tom, since it takes him a long time to do his homework.

If I were in your shoes, I wouldn't let this happen to your child.

**ta, John" <JTerretta@oprfhs.org> wrote:**

> Hello Ms. Reynolds,
> Hope the summer was restful for you and Tom as well.  Yes, I am still Tom's case manager and will speak to him tomorrow during the day to set up our daily 3 o'clock meeting.  I will also contact each of his teachers tomorrow to make certain they are aware of his accommodations and the most expeditious manner to implement them.  I am looking forward to this year and can't believe Tom is already a senior. I can still remember speaking with you during the summer prior to his Freshman year.  Time does really fly.
>
> Talk to you soon,
> John
>
> PS-I know Tom will be filling out college applications and just want you to know that I would be privileged if either of  you want me to write a letter of recommendation.
>
>
>
> **From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
> **Sent:** Wed 22-Aug-07 3:02 PM
> **To:** Terretta, John
> **Subject:** Tom
>
> Hi, Mr. Terretta.  I hope you had a nice summer.  Are you still Tom's case manager?  I'm wondering if you communicated with his teachers yet about his notes and assignments.  Tom needs assignment

0185

information for tonight.  He says he didn't receive any from any of his teachers.

Many thanks!

Meg Reynolds

n0186

# YAHOO! MAIL

Print - Close Window

**Subject:** Tom's Assignments
**Date:** Fri, 24 Aug 2007 15:20:10 0500
**From:** "Terretta, John" <JTerretta@oprfhs.org>
**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>
**CC:** "Prale, Phil" <PPrale@oprfhs.org>, "Weninger, Attila" <aweninger@oprfhs.org>

*[handwritten notes: 1st week: No notes, 4; Tom did not receive this x assignments into until after then assignments were due]*

# Below are Tom's assignments for entire week of August 22-24:

**Spanish-Diaz**
Wednesday August 22
Bring a Spanish binder (just for Spanish class!) 1 1/2- 2 inch with 3 rings, and 5- subject dividers DUE: BY MONDAY

Thursday August 23
Same as Wednesday and bring in a photo of yourself. Make sure it is something that you don't mind gets a staple through (I will return it back at the end of the quarter)

Friday August 24
Same as Wednesday and on a notecard (which I provided) write down 5 classroom rules we should have in our Spanish class which will create a postive and safe learning environment.

**Math-Smith**
Wednesday August 22
Review Worksheets from bound booklet

Thursday August 23
Review Worksheets from a bound booklet

Friday August 24
Teacher absent-No homework-2 in class worksheets assigned

**Architecture-VenHorst**
Wednesday August 22
No assignment given

Thursday August 23
No assignment given

Friday August 24
Must purchase 25 ft. tape measure and a sketchbook.
Student should also have textbook by Monday

**Col English-Heidekamp**
Wednesday August 22

0187

# YAHOO! MAIL

Print - Close Window

**Subject:** RE: No math, architecture assignments or notes tonight

**Date:** Wed, 29 Aug 2007 11:33:32 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

Hello Ms. Reynolds,

I spoke with Tom and it was written down that Tom had the following homework:

Math-WORKSHEET "DISEASED DATA"/No Notes were generated during class

Architecture-Nothing since Tom completed the assigned in-class worksheet/No notes were generated during class

John   *Also   No notes - English   No notes - Spanish   ( See blank sheets )*

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Tuesday, August 28, 2007 6:41 PM
**To:** Terretta, John; Prale, Phil
**Subject:** No math, architecture assignments or notes tonight

HI, Mr. Terretta. Tom didn't receive any assignments or notes in his math and architecture classes today. Thanks.

Meg Reynolds

0188




**YAHOO!** MAIL
Classic

Print - Close Window

**Subject:** RE: No math, architecture assignments or notes tonight

**Date:** Wed, 29 Aug 2007 15:17:56 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>, "Prale, Phil" <PPrale@oprfhs.org>, "Weninger, Attila" <aweninger@oprfhs.org>

Hello Ms. Reynolds,

I met with Mr. Prale earlier today and we have come up with a few strategies. Firstly, I will speak with Tom's Math and Architecture teachers about the carbonless notebook accommodation. On days that no notes were generated, Tom will have a document stating that "no notes taken" along with the date. Secondly, I will make certain that Tom is aware of all assignments and has them written down. Lastly, I will email both you and Tom a copy of the assignment list to ensure that both of you know the assigned homework each night.

I am confident these strategies will help Tom. Please communicate to me your thoughts.

Thanks,
John

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Wednesday, August 29, 2007 11:46 AM
**To:** Terretta, John; Prale, Phil; Weninger, Attila
**Subject:** RE: No math, architecture assignments or notes tonight

I'm sorry, but I don't understand. Tom didn't have any homework for Architecture last night? That's good. But we had no way of knowing this last night, when he was supposed to get the homework done.

As we have discussed ad nauseum, there needs to be something written that says he doesn't have homework. He needs notes. Tom didn't have any notes or anything else in writing for Architecture or for Math.

Mr. Prale, we need more cooperation from both teachers here. It's unfair of you to say this system is working when it's not. It's unfair of you to expect Mr. Terretta to produce notes and written assignments from the teachers when they don't provide them.

This system has failed for more than 3 years now. Someone in the administration at OPRFHS needs to speak with the teachers.

Thank you.

Meg Reynolds

**"Terretta, John" <JTerretta@oprfhs.org>** wrote:

> Hello Ms. Reynolds,
>
> I spoke with Tom and it was written down that Tom had the following homework:
>
> Math-WORKSHEET "DISEASED DATA"/No Notes were generated during class
>
> Architecture-Nothing since Tom completed the assigned in-class worksheet/No notes were

0189

generated during class

John

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Tuesday, August 28, 2007 6:41 PM
**To:** Terretta, John; Prale, Phil
**Subject:** No math, architecture assignments or notes tonight

HI, Mr. Terretta.  Tom didn't receive any assignments or notes in his math and architecture classes today.  Thanks.

Meg Reynolds

0190

generated during class

John

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Tuesday, August 28, 2007 6:41 PM
**To:** Terretta, John; Prale, Phil
**Subject:** No math, architecture assignments or notes tonight

HI, Mr. Terretta.  Tom didn't receive any assignments or notes in his math and architecture classes today.  Thanks.

Meg Reynolds

20191



Print - Close Window

**Subject:**  RE: No math, architecture assignments or notes tonight

**Date:**  Wed, 29 Aug 2007 15:22:47 -0500

**From:**  "Terretta, John" <JTerretta@oprfhs.org>

**To:**  "Meg Reynolds" <megreynolds@sbcglobal.net>

## Assignments for 8/29:

math-complete the "solve by graphing worksheet"
spanish-parent needs to sign course profile
architecture-none; finished chapter 2 worksheet in class
music-none
english-write the ap essay #2

Best,
John

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Wednesday, August 29, 2007 11:46 AM
**To:** Terretta, John; Prale, Phil; Weninger, Attila
**Subject:** RE: No math, architecture assignments or notes tonight

I'm sorry, but I don't understand.  Tom didn't have any homework for Architecture last night? That's good.  But we had no way of knowing this last night, when he was supposed to get the homework done.

As we have discussed ad nauseum, there needs to be something written that says he doesn't have homework. He needs notes.  Tom didn't have any notes or anything else in writing for Architecture or for Math.

Mr. Prale, we need more cooperation from both teachers here.  It's unfair of you to say this system is working when it's not.  It's unfair of you to expect Mr. Terretta to produce notes and written assignments from the teachers when they don't provide them.

This system has failed for more than 3 years now.  Someone in the administration at OPRFHS needs to speak with the teachers.

Thank you.

Meg Reynolds

*"Terretta, John" <JTerretta@oprfhs.org>* wrote:

> Hello Ms. Reynolds,
>
> I spoke with Tom and it was written down that Tom had the following homework:
>
> Math-WORKSHEET "DISEASED DATA"/No Notes were generated during class
>
> Architecture-Nothing since Tom completed the assigned in-class worksheet/No notes were

0192


**MAIL**

Print - Close Window

**Subject:** Homework

**Date:** Thu, 30 Aug 2007 15:14:34 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

Assignments for 8/30:

math-complete the "Inequality Solving worksheet"
spanish-no homework
architecture-no homework
music-no homework
english-ap essay #2 and continue reading "Stranger"

Best,
John

*[Handwritten note:] No notes*

*And this assignment info came from my son (the case mgr asked him then wrote this down)*

0193

# YAHOO! MAIL

Print - Close Window

**Subject:** HMWRK. 8/31

**Date:** Fri, 31 Aug 2007 15:17:52 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

MATH-WKSHT "PARTS OF A GRAPH"

SPANISH-NO HOMEWORK

ENGLISH-READ CAMUS " THE MYTH OF SISYPHUS

ARCHITECTURE-MEASURE AND SKETCH ROOM

MUSIC-PRACTICE NEW MUSIC RECEIVED TODAY

*No notes*

*this*

*assignment info*

*come from*

*my son*

0194

 **MAIL**

Print - Close Window

**Subject:** 9/5

**Date:** Wed, 5 Sep 2007 15:41:47 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/5/07 |
|---------|----------------|---------------------|
| MATH (SMITH) | YES | STUDY FOR QUIZ TOMORROW |
| SPANISH (DIAZ) | YES | SPANISH BINGO |
| ARCHITECUTRE (VAN) | NO | NONE |
| MUSIC (PEARSON) | YES | NONE |
| ENGLISH (HEIDEKAMP) | NO-COMPUTER LAB | WORKSHEETS "YOUR BLOGGING RESPONSIBILITIES" |

0195



**YAHOO!** MAIL

Print - Close Window

**Subject:** RE: 9/5

**Date:** Thu, 6 Sep 2007 16:55:41 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Thursday, September 06, 2007 9:12 AM
**To:** Terretta, John
**Subject:** Re: 9/5

Thanks, Mr. Terretta. Any idea when the Architecture class notes might start coming?

Also, would it be possible to copy another student's notes to date in the classes where my son hasn't being receiving notes (Architecture, Math, some English class days)? I would be glad to come to the school, pick up the notebooks, take them immediately to Kinko's for copying and return them right away.

Meg Reynolds

**"Terretta, John" <JTerretta@oprfhs.org>** wrote:

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/5/07 |
|---|---|---|
| MATH (SMITH) | YES  *No ?* | STUDY FOR QUIZ TOMORROW |
| SPANISH (DIAZ) | YES | SPANISH BINGO |
| ARCHITECUTRE (VAN) | NO | NONE |
| MUSIC (PEARSON) | YES | NONE |
| ENGLISH (HEIDEKAMP) | NO COMPUTER LAB | WORKSHEETS "YOUR BLOGGING RESPONSIBILITIES" |

0196

 **MAIL**

Print - Close Window

**Subject:** RE: 9/5

**Date:** Thu, 6 Sep 2007 16:56:16 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

MATH-NO HOMEWORK

SPANISH-NO HOMEWORK

ARCHITECTURE-WORKSHEET GIVEN OUT IN CLASS. ALSO HAVE TO MEASURE THE DINING ROOM.

MUSIC-PRACTICE FOR THE AUDTION

ENGLISH-READ THE ESSAYS ABOUT THEME IN THE COLLEGE ESSAY PACKET AND WRITE ONE OR MORE
THEMES OF "THE STRANGER"

00197



Print - Close Window

**Subject:** RE: End of 3rd week of class, still no lecture notes in Architecture or English

**Date:** Thu, 6 Sep 2007 17:11:29 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** "Prale, Phil" <PPrale@oprfhs.org>, "Weninger, Attila" <aweninger@oprfhs.org>

Hello Ms. Reynolds,

I spoke with both of these teachers about the accommodation.  Tom's architecture teacher stated that the vast majority of work is in-class drawing and that notes are a rarity.  He did say, however, that whenever notes are taken he will submit the secondary copy to me right after class so I can give it to Tom during our daily meeting. Tom's English teacher had them writing in the computer lab yesterday and taking a practice AP test today.  For that reason, no notes were generated this week.  I gave Tom a copy stating this as was our agreement last week.

Best,
John


**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Thursday, September 06, 2007 5:05 PM
**To:** Terretta, John; Weninger, Attila
**Subject:** End of 3rd week of class, still no lecture notes in Architecture or English

Mr. Terretta: My son didn't receive any lecture notes in Architecture, English or Math again today.  I understand that there was a test in Math, but can you please tell me if anyone over there in that building is going to require my son's Architecture and English teachers to cooperate in setting up a notetaking arrangement?

This is the end of the third week of class, and my son still does not have this IEP accommodation.

Thanks.
Meg Reynolds


*"Terretta, John" <JTerretta@oprfhs.org> wrote:*

MATH-NO HOMEWORK

SPANISH-NO HOMEWORK

ARCHITECTURE-WORKSHEET GIVEN OUT IN CLASS.  ALSO HAVE TO MEASURE THE DINING ROOM.

MUSIC-PRACTICE FOR THE AUDTION

ENGLISH-READ THE ESSAYS ABOUT THEME IN THE COLLEGE ESSAY PACKET AND WRITE ONE OR MORE
THEMES OF "THE STRANGER"

*No notes (handwritten annotation)*

0198

# YAHOO! MAIL Classic

Print - Close Window

**Subject:** HOMEWORK 9/10

**Date:** Mon, 10 Sep 2007 15:20:49 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

MATH-NONE

SPANISH-NONE

MUSIC-NONE

*No notes*

*No notes*

ARCHITECTURE-SKETCH YOUR DINING ROOM AND KITCHEN

ENGLISH-PREPARE A COMPLETE DETAILED OUTLINE WHICH INCLUDES A FORECEFUL
AND COMPLEX STATEMENT OF THEME, SUPPORTING TEXT PASSAGES AND LITERARY
TERMS-AS EXPLAINED IN "PLANNING AND WRITING YOUR ESSAY

*No notes*

00199

 **YAHOO! MAIL**
CLASSIC

Print - Close Window

**Subject:** HOMEWORK 9/11

**Date:** Tue, 11 Sep 2007 15:21:02 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** "Weninger, Attila" <aweninger@oprfhs.org>, "Prale, Phil" <PPrale@oprfhs.org>, "Cada, Linda" <LCada@oprfhs.org>

MATH-NO HOMEWORK
NO NOTES WERE GENERATED SINCE STUDENTS DID AN ACTIVITY IN STUDENT CENTER DURING CLASS

SPANISH-CROSSWORD
NOTES REVIEWED DURING AFTER SCHOOL MEETING — *Notes = ½ page*

ARCHITECTURE-DRAW ALL LIVING AREAS OF THE FIRST FLOOR OF YOUR RESIDENCE
NO NOTES WERE GENERATED SINCE STUDENTS SKETCHED DURING CLASS

MUSIC-NO HOMEWORK
NOTES REVIEWED DURING AFTER SCHOOL MEETING

ENGLISH-DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY
NO NOTES WERE GENERATED SINCE STUDENTS WATCHED A FILM DURING CLASS.

BEST,
JOHN

0200



**YAHOO!** MAIL                                                    Print - Close Window

**Subject:** 9/12

**Date:** Wed, 12 Sep 2007 15:16:38 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

MATH-write a detailed explanation for the process they used to recreate each graph on the "CBR - Time Distance Activity" Worksheet
NO NOTES BECAUSE STUDENT ACTIVITY

ARCHITECTURE-SKETCH THE ENTIRE FIRST FLOOR OF RESIDENCE
NO NOTES BECAUSE STUDENTS WORKED IN COMPUTER LAB

MUSIC-NONE
YES

SPANISH-RE-READ IN CLASS STORY
YES

ENGLISH-DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY
YES

*No Notes*

0201



**MAIL**
Classic

Print - Close Window

**Subject:** RE: 9/13

**Date:** Thu, 13 Sep 2007 15:17:01 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

**MATH-**COMPLETE THE 3 EXTRA PRACTICE WORKSHEETS
NO NOTES-TOM WILL PICK THEM UP IN CLASS        *None provided*

**SPANISH-**DRAW 6 PICTURES ONE FOR EACH PARAGRAPH IN THE STORY
NOTES GIVEN

**ARCHITECURE-**NO ASSIGNMENT
NO NOTES BECAUSE STUDENTS SKETCHED DURING CLASS

**MUSIC-**NO ASSIGNMENT
NOTES GIVEN

**ENGLISH-**DO THE ROUGH DRAFT OF "THE STRANGER" ESSAY BY FRIDAY
NO NOTES GIVEN BECAUSE STUDENTS COMPLETED MOVIE DURING CLASS

00202



**YAHOO!** MAIL
Classic

Print - Close Window

**Subject:** RE: 9/13

**Date:** Fri, 14 Sep 2007 15:08:58 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

**From:** Terretta, John
**Sent:** Thursday, September 13, 2007 3:17 PM
**To:** 'Meg Reynolds'
**Cc:** 'tomreynolds-ejzak@sbcglobal.net'
**Subject:** RE: 9/13

**MATH-The calc conc. hmwk is:**
**Read Section 1.1 from "Calculus Concepts" workbook.**
**Then answer questions #3, 5, 9, 10, and 15 on pages 9 - 13 in the workbook.  Please do the homework in the "Math Homework" notebook.**
**Reminder:  Homework Check #2 is in Monday**

**SPANISH- None**

**ARCHITECURE- Draw the four house plans printed up**
*no notes*

**MUSIC- none**

**ENGLISH- Read chapter 1 of "The Secret Sharer"**
*No notes*

*This assignment info came from my son ex for math*

00203



Print - Close Window

**Subject:** 9/17

**Date:** Mon, 17 Sep 2007 15:13:22 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

**MATH-** Section 1.1 pages 12-13 from supplemental green workbook #18 and #22.
Please complete the assignment in your "math homework" notebook.

NOTES-YES

**SPANISH-** HOMEWORK SHEET

NOTES-YES

**ARCHITECURE-** NO

NOTES-NO

**MUSIC- N O**

NOTES-YES

**ENGLISH- FINISH READING "THE SECRET SHARER"**

NOTES-YES



**YAHOO!** MAIL
Classic

Print - Close Window

| | |
|---|---|
| **Subject:** | RE: 9/18 |
| **Date:** | Tue, 18 Sep 2007 15:27:25 -0500 |
| **From:** | "Terretta, John" <JTerretta@oprfhs.org> |
| **To:** | "Meg Reynolds" <megreynolds@sbcglobal.net> |
| **CC:** | tomreynolds-ejzak@sbcglobal.net |

**MATH-**Read Section 1.2 "Graphs" from green workbook and answer questions #1 - 3 on pages 21 - 22.

NOTES-YES

**SPANISH-** NONE

NOTES- NO-SUBSTITUTE TEACHER TODAY

**ARCHITECURE-** NO

NOTES-NO

**MUSIC- N O**

NOTES-YES

**ENGLISH-** GET THE FINAL DRAFT OF "The Stranger" COMPLETED

NOTES-YES     No

0205


**YAHOO!** MAIL Classic

Print - Close Window

**Subject:** 9/20

**Date:** Thu, 20 Sep 2007 15:23:46 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/20/07 |
|---|---|---|
| MATH (SMITH) | Yes | Sec 1.2 p 25-29 #37,38,42-45,66-67 |
| SPANISH (DIAZ) | Yes | Worksheet attached to the carbonless notes *No instructions* |
| ARCHITECUTRE (VAN) | Yes *No — only these 5 words →* | Sketches to be turned in Friday. |
| MUSIC (PEARSON) | No | No |
| ENGLISH (HEIDEKAMP) | No-Group work | Friday first section of chapter 1 from "The Heart of Darkness" needs to be read. |

0206

# YAHOO! MAIL

Print - Close Window

**Subject:** 9/21

**Date:** Fri, 21 Sep 2007 15:56:23 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

| SUBJECT | NOTES RECEIVED | ASSIGNMENT  9/21/07 |
|---|---|---|
| MATH (SMITH) | Yes | The students had an in-class assignment today so there is not an assignment tonight. |
| SPANISH (DIAZ) | Yes | No Homework |
| ARCHITECTURE (VAN) | Yes  *No notes ...* | Needs to sketch final floorplan design for Monday. |
| MUSIC (PEARSON) | No | Spoke with teacher, no homework |
| ENGLISH (HEIDEKAMP) | Yes  *No notes ...* | Finish Section 1 of "Heart of Darkness" Begin drafing college application essay due Thursday |

`0207`



Print - Close Window

**Subject:** 9/24

**Date:** Mon, 24 Sep 2007 15:20:44 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/24/07 |
|---|---|---|
| MATH (SMITH) | Yes | Read Section 1.3 from green workbook. Quiz on Sections 1.1 - 1.2 on Friday 9/28. |
| SPANISH (DIAZ) | Yes | Write five True/False questions in English on a separate piece of paper |
| ARCHITECTURE (VAN) | Yes | Work on Chapter 9 Review. Discuss Chapter 9 in class traffic areas and patterns. Complete traffic pattern for floor plan handout |
| MUSIC (PEARSON) | No | No |
| ENGLISH (HEIDEKAMP) | No-small group discussions (no notes generated) | Quiz tomorrow on Section I in "Heart of Darkness: |

0208

WeD, 9/26/07

(none)



Print - Close Window

**Subject:** 9/27

**Date:** Thu, 27 Sep 2007 15:15:57 -0500

**From:** "Terretta, John" <JTerretta@oprfhs.org>

**To:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**CC:** tomreynolds-ejzak@sbcglobal.net

| SUBJECT | NOTES RECEIVED | ASSIGNMENT 9/27/07 |
|---|---|---|
| MATH (SMITH) | Yes | Study for Quiz on Sections 1.1 and 1.2  Since Tom will be absent from class tomorrow we arranged for him to take the quiz during third period on Monday in my classroom. |
| SPANISH (DIAZ) | No-Sub | None |
| ARCHITECTURE (VAN) | Yes | Read Ch. 13 Designing floor plans and work on Ch. 13 Review Worksheet |
| MUSIC (PEARSON) | Yes | No |
| ENGLISH (HEIDEKAMP) | No-Movie | First draft of College Application essay due. |

0210

Friday, 9/28/07

000211

5

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE 10/19 | 34 |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

## Board:

① continuacion de MPA
capitulo 4

## Comments:

today we just finshed
chapter 4 & taked
a little bit.



## Tarea:

finish blue worksheet
MPA - Chapter 4

| SIGNATURE | DATE | WITNESS/TA | DATE 0213 |
|---|---|---|---|

NOTE: INSERT BACK COVER UNDER COPY SHEET BEFORE WRITING

| EXP. NUMBER | EXPERIMENT/SUBJECT | | DATE | |
|---|---|---|---|---|
| NAME | | LAB PARTNER | LOCKER/DESK NO. | COURSE & SECTION NO. |

10/22 - CONTINUE WORKING ON DRAWING OF HOME ON THE BOARD.

Architecture
(my son
received no
written
assignments

in this class
until
Sept 20,
when he rec'd
a stapled list
of 25
assignments

all at once,
He still
has no
classroom
notetaker.

00214

6

 **MAIL**

Print - Close Window

| | |
|---|---|
| **Date:** | Fri, 21 Sep 2007 07:26:48 -0700 (PDT) |
| **From:** | "Meg Reynolds" <megreynolds@sbcglobal.net> |
| **Subject:** | Tom Reynolds-Ejzak |
| **To:** | kdiaz@oprfhs.org |

Dear Ms. Diaz:

I wonder if you would have time for a phone call to discuss my son Tom.  He is in your Spanish 3A class that meets 5th period.  I'm wondering if you would object to my bringing in a paid notetaker or voice recognition software.  We very much appreciate your contributions to date, but he is not receiving enough written information in your class.

Due to his disabilities, my son needs to have all classroom discussions and activities recorded in writing for him, as well as detailed daily assignment information.  Currently, he doesn't have what he needs in your class.

I would like to bring in a paid notetaker or voice recognition software to take care of this, but the superintendent has not agreed.  Would you have an objection to either of these methods?  I don't know if the software would work in a Spanish class, but am exploring this.

If you can help with this (by telling the superintendent that it's okay with you to bring in a paid notetaker or voice recognition software or something else), would you please contact me?

Thank you.

Meg Reynolds (Tom's mom)
312-297-6935 (days)



Print - Close Window

| | |
|---|---|
| **Date:** | Sat, 6 Oct 2007 12:11:08 -0700 (PDT) |
| **From:** | "Meg Reynolds" <megreynolds@sbcglobal.net> |
| **Subject:** | Renewed request for tape recording in your class |
| **To:** | bheidkamp@oprfhs.org |

Dear Mr. Heidkamp:

I'm writing again to request that you allow my son to tape record your class so that we can have the recording transcribed. He is not getting enough written information in your class to do his assignments and keep up with what is going on.

He could do this unobtrusively. Or I would be glad to give you the tape recorder and you could turn it off when you don't want something non-class-related to be recorded.

Please, please don't ignore this message. This is becoming a disaster.

Meg Reynolds

0217

 **MAIL**
*Classic*

Print - Close Window

**Date:** Sun, 16 Sep 2007 09:29:54 -0700 (PDT)

**From:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**Subject:** RE: notetaker

**To:** "Weninger, Attila" <aweninger@oprfhs.org>

Attila: I will do anything. But the notetaker needs to start tomorrow (Monday). My son can't go another day without this information. He can't follow what is going on in class. His classes meet 1st, 5th, 6th and 8th periods. Someone needs to make sure the teachers will allow it. Here are the room numbers:

1st period AP English  Heidkamp  Room 342
5th period Spanish 3A  Diaz  Room 385
6th period Calculus  Smith  Room 437
8th period  Int Arch-CAD  Venhorst  Room 292

**"Weninger, Attila" <aweninger@oprfhs.org> wrote:**

> Dear Meg,
>
> I understand; however, that doesn't answer the questions I posed below. Can you provide a more direct reply to "you will pay for the college student and not request the District to pay for his/her services/work and not seek reimbursement?" query?
>
> Thanks.
>
> Attila
> For *those things that are best...*
> Attila J. Weninger, Superintendent
> Oak Park and River Forest High School District 200
> 201 N. Scoville Ave.
> Oak Park, IL  60302-2264
> TEL:  (708) 434-3211
> FAX:  (708) 434-3917
> EMAIL:  aweninger@oprfhs.org
>
>
> **From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
> **Sent:** Sunday, September 16, 2007 7:37 AM
> **To:** Weninger, Attila
> **Subject:** RE: notetaker
>
> I will do whatever I have to do to get the classroom notetaker accommodation that my son needs.
>
> **"Weninger, Attila" <aweninger@oprfhs.org> wrote:**
>
>> Dear Meg,
>>
>> This won't be able to begin on Monday. I will talk with Linda, Phil, and John on Monday and Linda or John will be in touch with you about your request. Just to be certain: you will pay for the college student and not request the District to pay for his/her services/work and not seek reimbursement? I just want to be sure about your statement below regarding that and FAPE.
>>
>> Attila

**0218**



For *those things that are best...*
Attila J. Weninger, Superintendent
Oak Park and River Forest High School District 200
201 N. Scoville Ave.
Oak Park, IL  60302-2264
TEL:    (708) 434-3211
FAX:    (708) 434-3917
EMAIL:  aweninger@oprfhs.org


**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Saturday, September 15, 2007 6:06 AM
**To:** Weninger, Attila; Prale, Phil; Cada, Linda
**Subject:** notetaker

Dear Attila:

I have found some students at Concordia University (River Forest) who might be willing to take classroom notes and assignments down for my son in his academic classes.  I would pay them by the hour (or class).

I would like them to start Monday (Sept. 17) or Tuesday at the latest.  But I need to follow up with them to pin this down during the weekend.

Can you please let me know if you have any objection to this?  I believe it could resolve the problem here.  I don't believe that my son should go another day without this accommodation.

Having your case manager give my son a bunch of blank pages from OPRFHS with the words "no notes" written on them, and collect assignment information from my son himself (who cannot remember orally delivered information accurately) instead of his teachers does not meet his needs as a student with disabilities.  OPRFHS has a legal obligation to provide FAPE.

Thanks.
Meg Reynolds
708-660-0903
cell: 708-205-0123

 **MAIL**
_Classic_

Print - Close Window

**Date:** Wed, 19 Sep 2007 04:36:52 -0700 (PDT)

**From:** "Meg Reynolds" <megreynolds@sbcglobal.net>

**To:** boe@oprfhs.org, rvenhorst@oprfhs.org, bheidkamp@oprfhs.org, lsmith@oprfhs.org, kdiaz@oprfhs.org, lcada@oprfhs.org, pprale@oprfhs.org, jterretta@oprfhs.org

This is an e-mail from my son's case manager. The assignment information you see here was gathered by the case manager FROM MY SON in an after-school meeting. The case manager does not understand my son's disabilities. My son has an auditory processing disorder and ADHD and aspects of Asperger's Syndrome. He has great difficulty remembering spoken information. Yet his case manager is gathering assignment information directly from my son, who due to his disabilities does not remember spoken information accurately. This is crazy. This is a little like asking a blind person what they saw.

My son's IEP provides for a notetaker. He is supposed to received detailed daily notes describing what went on in class and detailed daily written assignment information. He is not receiving this accommodation.

To date, over the past 5 weeks, my son has received maybe half a week's worth of math and English notes, taken by a student notetaker. He has no written information at all from his Architecture class. The written information from his Spanish class consists of about 2 dozen words (or less) on the days when notes were provided. My son doesn't have enough information to prepare for tests and quizzes in his classes, and in most cases no notice of those tests and quizzes. He doesn't have enough written information to know what to write on papers. He will have to rely on his oral memory for quarter and semester exams because he doesn't have written information.

I have begged the superintendent to let me bring in a hired notetaker for my son, but he has refused. Why? I have repeatedly asked if someone at District 200 could borrow a notebook from another student in each of my son's classes and let us xerox the notes going back to the first day of class, but no one responds. I have asked for written assignment information from the teachers going back to the first day of class, so that we can check to see if my son has completed all of his homework and reading to date, but no one responds.

This is a denial of my son's IEP and FAPE. Because his disabilities are not being accommodated, he is being denied education on a daily basis. It's too late to withdraw my son and enroll him in another school, private or public, for the year.


Meg Reynolds


**_"Terretta, John" <JTerretta@oprfhs.org>_** wrote:

> Subject: RE: 9/18
> Date: Tue, 18 Sep 2007 15:27:25 -0500
> From: "Terretta, John" <JTerretta@oprfhs.org>
> To: "Meg Reynolds" <megreynolds@sbcglobal.net>
> CC: <tomreynolds-ejzak@sbcglobal.net>
>
>
>
> **MATH**-Read Section 1.2 "Graphs" from green workbook and answer questions #1 - 3 on pages 21 - 22.
>
> NOTES-YES
>
>
>
> **SPANISH**- NONE
>
> NOTES- NO-SUBSTITUTE TEACHER TODAY

00220


**ARCHITECURE-** NO

NOTES-NO

**MUSIC- N O**

NOTES-YES

**ENGLISH-** GET THE FINAL DRAFT OF "The Stranger" COMPLETED

NOTES-YES

000221



Print - Close Window

| | |
|---|---|
| **Date:** | Fri, 5 Oct 2007 14:30:40 -0700 (PDT) |
| **From:** | "Meg Reynolds" <megreynolds@sbcglobal.net> |
| **Subject:** | Renewed request to allow tape recording in my son's classes |
| **To:** | pprale@oprfhs.org, aweninger@oprfhs.org |

Dear Mr. Prale:

This will confirm that you told me that OPRFHS is not available for mediation on my due process request until late next week. This means that my son Tom will go at least another week without the notetaker accommodation he needs. So I am repeating my request that you allow me to tape record his classes and have the recording transcribed by a stenographer.

In the alternative, there is voice recognition software. These are reasonable accommodations.

I have requested this a few times, most recently a couple of weeks ago when I visited your office with a Board member. But you refused. My son is not receiving enough written information. If you are going to delay the mediation, then I believe you should allow me to
do this.

I would appreciate a response ASAP.

Meg Reynolds

0222

 **MAIL**

Print - Close Window

| | |
|---|---|
| **Date:** | Wed, 19 Sep 2007 18:26:47 -0700 (PDT) |
| **From:** | "Meg Reynolds" <megreynolds@sbcglobal.net> |
| **Subject:** | Fwd: |
| **To:** | rvenhorst@oprfhs.org, boe@oprfhs.org, aweninger@oprfhs.org, dschertz@isbe.net, pprale@oprfhs.org, jterretta@oprfhs.org, lcada@oprfhs.org |

Dear Mr. VenHorst:

My son tonight brought home about 20 days' worth of detailed assignments from your class that he has not seen before. We are grateful for the written information at long last, but I know for certain (because I have to supervise his homework) that my son has not done most of this work. This is because the information was not being recorded in writing for him as required under his IEP. My son has an auditory processing disorder and ADHD and has great difficulty accurately recalling information delivered orally. He is supposed to have a classroom notetaker, but somehow this accommodation hasn't been provided. Instead, his case manager has been asking HIM what he thought his assignments were and writing those down.

So now we have a big problem. My son is 5 weeks behind in your class. He doesn't know what is going on. He has never brought home his Architecture text because he didn't hear you issue reading assignments in the text. The class appears to have covered Chapters 1 through 7 already and completed seven "chapter reviews," including written questions and answers -- but my son hasn't read any of this. He hasn't completed any of the readings and has also missed a majority of the written homework, with the exception of some house floor plan drawings. He is going to have to make this up somehow, but I don't know how.

It also looks like there is a big project due this Friday, but we can't figure out from your notes what it is.

So I wonder if you have time for a meeting or phone call to discuss what to do about this. It would be great if we could talk tomorrow (Thursday) about what is due on Friday. I don't know if my son can complete it by then (since he only just got this information today), but he can try.

You should know that this failure to provide written information has imposed a great hardship on my son and our family. It's going to make my son's life miserable for rest of this quarter. It will definitely affect his grades. It shouldn't have happened.

Here is my office phone: 312-297-6935.

Thank you.

Meg Reynolds


*Meg Reynolds <megreynolds@sbcglobal.net> wrote:*

> Date: Wed, 19 Sep 2007 04:36:52 -0700 (PDT)
> From: Meg Reynolds <megreynolds@sbcglobal.net>
> To: boe@oprfhs.org, rvenhorst@oprfhs.org, bheidkamp@oprfhs.org,
> lsmith@oprfhs.org, kdiaz@oprfhs.org, lcada@oprfhs.org, pprale@oprfhs.org,
> jterretta@oprfhs.org
>
> This is an e-mail from my son's case manager. The assignment information you see here was gathered
> by the case manager FROM MY SON in an after-school meeting. The case manager does not
> understand my son's disabilities. My son has an auditory processing disorder and ADHD and aspects
> of Asperger's Syndrome. He has great difficulty remembering spoken information. Yet his case
> manager is gathering assignment information directly from my son, who due to his disabilities does not
> remember spoken information accurately. This is crazy. This is a little like asking a blind person what
> they saw.

00223

My son's IEP provides for a notetaker. He is supposed to received detailed daily notes describing what went on in class and detailed daily written assignment information. He is not receiving this accommodation.

To date, over the past 5 weeks, my son has received maybe half a week's worth of math and English notes, taken by a student notetaker. He has no written information at all from his Architecture class. The written information from his Spanish class consists of about 2 dozen words (or less) on the days when notes were provided. My son doesn't have enough information to prepare for tests and quizzes in his classes, and in most cases no notice of those tests and quizzes. He doesn't have enough written information to know what to write on papers. He will have to rely on his oral memory for quarter and semester exams because he doesn't have written information.

I have begged the superintendent to let me bring in a hired notetaker for my son, but he has refused. Why? I have repeatedly asked if someone at District 200 could borrow a notebook from another student in each of my son's classes and let us xerox the notes going back to the first day of class, but no one responds. I have asked for written assignment information from the teachers going back to the first day of class, so that we can check to see if my son has completed all of his homework and reading to date, but no one responds.

This is a denial of my son's IEP and FAPE. Because his disabilities are not being accommodated, he is being denied education on a daily basis. It's too late to withdraw my son and enroll him in another school, private or public, for the year.


Meg Reynolds

**"Terretta, John" <JTerretta@oprfhs.org>** wrote:

Subject: RE: 9/18
Date: Tue, 18 Sep 2007 15:27:25 -0500
From: "Terretta, John" <JTerretta@oprfhs.org>
To: "Meg Reynolds" <megreynolds@sbcglobal.net>
CC: <tomreynolds-ejzak@sbcglobal.net>



**MATH**-Read Section 1.2 "Graphs" from green workbook and answer questions #1 - 3 on pages 21 - 22.

NOTES-YES


**SPANISH-** NONE

NOTES- NO-SUBSTITUTE TEACHER TODAY


**ARCHITECURE-** NO

NOTES-NO

**MUSIC- N O**

NOTES-YES

**ENGLISH-** GET THE FINAL DRAFT OF "The Stranger" COMPLETED

NOTES-YES

00225

7



**YAHOO!** MAIL

Print - Close Window

| | |
|---|---|
| **Subject:** | RE: No math, architecture assignments or notes tonight |
| **Date:** | Wed, 29 Aug 2007 15:17:56 -0500 |
| **From:** | "Terretta, John" <JTerretta@oprfhs.org> |
| **To:** | "Meg Reynolds" <megreynolds@sbcglobal.net>, "Prale, Phil" <PPrale@oprfhs.org>, "Weninger, Attila" <aweninger@oprfhs.org> |

Hello Ms. Reynolds,

I met with Mr. Prale earlier today and we have come up with a few strategies. Firstly, I will speak with Tom's Math and Architecture teachers about the carbonless notebook accommodation. On days that no notes were generated, Tom will have a document stating that "no notes taken" along with the date. Secondly, I will make certain that Tom is aware of all assignments and has them written down. Lastly, I will email both you and Tom a copy of the assignment list to ensure that both of you know the assigned homework each night.

I am confident these strategies will help Tom. Please communicate to me your thoughts.

Thanks,
John

---

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Wednesday, August 29, 2007 11:46 AM
**To:** Terretta, John; Prale, Phil; Weninger, Attila
**Subject:** RE: No math, architecture assignments or notes tonight

I'm sorry, but I don't understand. Tom didn't have any homework for Architecture last night? That's good. But we had no way of knowing this last night, when he was supposed to get the homework done.

As we have discussed ad nauseum, there needs to be something written that says he doesn't have homework. He needs notes. Tom didn't have any notes or anything else in writing for Architecture or for Math.

Mr. Prale, we need more cooperation from both teachers here. It's unfair of you to say this system is working when it's not. It's unfair of you to expect Mr. Terretta to produce notes and written assignments from the teachers when they don't provide them.

This system has failed for more than 3 years now. Someone in the administration at OPRFHS needs to speak with the teachers.

Thank you.

Meg Reynolds

**"Terretta, John" <JTerretta@oprfhs.org>** wrote:

> Hello Ms. Reynolds,
>
> I spoke with Tom and it was written down that Tom had the following homework:
>
> Math-WORKSHEET "DISEASED DATA"/No Notes were generated during class
>
> Architecture-Nothing since Tom completed the assigned in-class worksheet/No notes were

000227

generated during class

John

---

**From:** Meg Reynolds [mailto:megreynolds@sbcglobal.net]
**Sent:** Tuesday, August 28, 2007 6:41 PM
**To:** Terretta, John; Prale, Phil
**Subject:** No math, architecture assignments or notes tonight

HI, Mr. Terretta.  Tom didn't receive any assignments or notes in his math and architecture classes today.  Thanks.

Meg Reynolds

8

000229




# OAK PARK & RIVER FOREST HS
### TERM 1 - Q1 Progress Detail Report for TOM REYNOLDS-EJZAK

View Grade Marks

**1451/02  AP COL ENG 1 - B HEIDKAMP  - There are no Missing assignments in TERM 1 - Q1 for this class**

| Assign Category | Date Due | Description | Points Earned | Points Possible | Percent Earned | Grade | Spec. Code | No Missing Count |
|---|---|---|---|---|---|---|---|---|
| **Grade for TERM 1 - Q1 08/21/07 - 10/26/07** | | | | | 81.72 | **C** | | |
| **Participation** (30.0% of TERM1 Grade) | | | **277.00** | **410.00** | **67.56** | **D** | | |
| PART | 09/07/07 | Blogging - Week II | 40.00 | 40.00 | 100.00 | A | | |
| PART | 09/14/07 | Blogging - Week III | 40.00 | 40.00 | 100.00 | A | | |
| PART | 09/21/07 | In-Class Participation | 98.00 | 100.00 | 98.00 | A | | |
| PART | 09/21/07 | Blogging - Week IV | 0.00 | 40.00 | 0.00 | F | | |
| PART | 09/28/07 | Blogging - Week V | 0.00 | 40.00 | 0.00 | F | | |
| PART | 10/03/07 | Collaborative Group #1 | 56.00 | 60.00 | 93.33 | A | | |
| PART | 10/05/07 | Blogging - Week VI | 43.00 | 40.00 | 107.50 | A | | |
| PART | 10/10/07 | Music Poetry - Lyrics | 0.00 | 10.00 | 0.00 | F | | |
| PART | 10/12/07 | Blogging - Week VII | 0.00 | 40.00 | 0.00 | F | | |
| **Quizzes and tests** (30.0% of TERM1 Grade) | | | **52.00** | **65.00** | **80.00** | **C** | | |
| Q&T | 09/04/07 | Stranger, Part II - Instaquiz | 10.00 | 10.00 | 100.00 | A | | |
| Q&T | 09/18/07 | Secret Sharer SuperInstaQuiz | 10.00 | 20.00 | 50.00 | F | | |
| Q&T | 09/19/07 | Secret Sharer UnQuiz | 16.00 | 15.00 | 106.67 | A | | |
| Q&T | 09/24/07 | Heart of Darkness - I - Insta | 11.00 | 10.00 | 110.00 | A | | |
| Q&T | 09/26/07 | Heart of Darkness - II - Insta | 5.00 | 10.00 | 50.00 | F | | |
| Q&T | 10/16/07 | Music Poetry Analysis | * | 10.00 | | | | |
| Q&T | 10/17/07 | Perrine - Ch. 1 - Quiz | * | 5.00 | | | | |
| **Writing** (40.0% of TERM1 Grade) | | | **271.50** | **290.00** | **93.62** | **A** | | |
| WRIT | 08/27/07 | AP Practice Essay #1 | 20.00 | 20.00 | 100.00 | A | | |
| WRIT | 08/29/07 | Ch. 1 - Autobiographical Novel | 50.00 | 50.00 | 100.00 | A | | |
| WRIT | 08/31/07 | AP Practice Essay #2 | 21.50 | 25.00 | 86.00 | B | | |
| WRIT | 09/10/07 | 3 Themes for Stranger | 5.00 | 5.00 | 100.00 | A | | |
| WRIT | 09/18/07 | Stranger Essay | 85.00 | 100.00 | 85.00 | B | | |
| WRIT | 10/02/07 | Brady - Critical Response | 20.00 | 20.00 | 100.00 | A | | |
| WRIT | 10/05/07 | Achebe - Critical Response | 20.00 | 20.00 | 100.00 | A | | |
| WRIT | 10/18/07 | Heart of Darkness Essay | * | 100.00 | | | | |
| WRIT | 10/26/07 | College Application Essay | 50.00 | 50.00 | 100.00 | A | | |

000230

9



47 West Polk Street
Chicago, Illinois 60605

(312) 663-4426
(312) 663-4427
Fax (312) 566-0956

John A. Relias
Franczek Sullivan P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606
Fax 312-986-9192
**VIA FACSIMILE and U.S. Mail**

February 5, 2006

Re: Thomas Reynolds-Ejzak
Oak Park-River Forest S.D. 200
Conference Date: 01/25/06

Dear Mr. Relias:

This letter is in response to the "Additional IEP Information" form completed by Oak Park-River Forest School District 200 during the IEP meeting mandated by the ISBE and forwarded to me as the "revised IEP" for Tom Reynolds-Ejzak.

As you should recall, the ISBE, on Dec. 7, 2005, directed your client to hold an IEP meeting to clearly define the process in which notes and assignments will be provided to Tom. The ISBE also directed that District 200 provide a copy of the student's revised IEP to ISBE. A subsequent letter issued Jan. 12, 2006 by ISBE to the school district provided:

> Please note that it is not our intent for District 200 to use the required IEP meeting to take away or reduce the current level of accommodation, but rather to clearly define the process that will be used by all staff members.

After I returned from my trip, Ms. Reynolds and I had the opportunity to review the documents and our notes from the IEP meeting. We have concluded that the "Additional IEP Notes" submitted by the school district require significant revision and do not comply with ISBE's directives to the school district to issue a revised IEP. Although the notes reflect many of the comments made during the meeting, the notes do not document the scope of the accommodations your client and my client agreed to include in the IEP. Most importantly, the "Additional IEP Information" does not fulfill the ISBE's directive to "clearly define the process" for note-taking and to issue a revised IEP reflecting the agreed upon definition of the note-taking process.

0232

Therefore, we ask that the following changes be made to the document you forwarded to us:

An asterisk or other appropriate symbol and the words "*see Additional IEP Notes" should be added to the word "Notetaker" in the "Supplemental Services" section of the IEP. The following language should be substituted for the anecdotal material included in the "Additional IEP Notes" to indicate that the following applies to the services Tom receives:

1) Due to an auditory processing disorder (that causes Tom to behave essentially like an individual with a high frequency hearing loss even though he has normal peripheral hearing) and ADHD, Tom requires that all daily and long-term assignment information be written down by someone else so that he may complete assignments and receive educational benefit.

2) Classroom teachers will appoint and monitor a peer note-taker who will take daily notes and daily written assignment information using a carbon notebook. Daily written assignment information shall include information about pending tests/quizzes/long-term assignments when announced in class, including due dates. Daily notes will include a summary of the material covered in the classroom that day.

3) When a peer note-taker has been appointed but peer notes are insufficient or issues arise related to the voluntary nature of the peer note-taker, the teacher or another note-taker will provide daily written assignment information and daily classroom notes directly to Tom.

4) Where a particular day's class consists only of students' comments to each other with limited instructional input from the teacher, and no other student has taken notes for that day, the teacher will summarize discussion/topic(s) of discussion/lesson plan for that day in writing or by email to Tom, along with daily assignment information.

5) Tom's music teacher(s) will use the attached form (see attached) in providing information via e-mail or hard copy to Tom that includes but is not limited to information regarding tests, assignments, auditions/tryouts, rehearsals, performances and "call" times for orchestra and extra-curricular performances and extra-curricular musical activities. "Extra-curricular musical activities" shall include but not be limited to IMEA, the OPRF spring musical, jazz bands, marching band and chamber groups.

6) Items 1-5 above, including the music information attachment, where appropriate, will appear on the "Confidential Memo" distributed to Tom's classroom teachers each semester."

We would appreciate you forwarding the entire revised IEP, not just the "Additional IEP Notes," as soon as your client has prepared them.


Sincerely,

Deborah Pergament


Cc: Meg Reynolds
   Donna Schertz, ISBE
   Darren Reisberg, ISBE





47 West Polk Street
Chicago, Illinois 60605

(312) 663-4426
(312) 663-4427
Fax (312) 566-0956

Donna M. Schertz
Principal Education Consultant
Special Services Division
Illinois State Board of Education
100 North First Street
Springfield, Illinois 62777-0001

    and

Darren Reisberg
Deputy General Counsel
Special Services Division
Illinois State Board of Education
100 North First Street
Springfield, Illinois 62777-0001

February 3, 2006

Re: Thomas Reynolds-Ejzak
Oak Park-River Forest S.D. 200

Dear Ms. Schertz and Mr. Reisberg:

Ms. Meg Reynolds retained Children's Law Group, L.L.C. to represent her in matters concerning the special education of her son. As the enclosed letter to John Relias, attorney for Oak Park-River Forest S.D. 200 indicates, District 200 has failed to comply with ISBE's directives. Although an IEP meeting was held, the District failed to include in the revised IEP the parameters of the process related to Tom's note-taking accommodation agreed to by District 200 and my client.

Naturally, we welcome the speedy resolution of this matter. We believe that the inclusion of the language outlined in the enclosed letter in Tom's revised IEP will satisfy both ISBE's directives and the legal requirements of IDEA. Most importantly, inclusion of the language already agreed to by District 200 and Ms. Reynolds would accurately reflect the consensus of the IEP team and clearly define the services Tom requires and should receive.

00235

PAGE   03/09

Please do not hesitate to call me with any questions.

Sincerely,

Deborah Pergament

Cc: Meg Reynolds
John A. Relias
File