## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Meg Reynolds, individually and on | ) | |
| behalf of her minor child, Tom | ) | |
| Reynolds-Ejzak, | ) | No. 08 C 1507 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Hon. John W. Darrah |
| | ) | |
| Oak Park-River Forest School District | ) | Magistrate Judge Mason |
| 200, Local School District; Board of Education | ) | |
| of Oak Park-River Forest School District 200; | ) | |
| and the Illinois State Board of Education, | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on Friday, April 18, 2008, Defendant Illinois State Board of Education, by and through its attorney, Lisa Madigan, Attorney General of Illinois, filed the Administrative Record as its Answer in this matter, with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division.


LISA MADIGAN                    Respectfully submitted,
Attorney General of Illinois

                               By:    /s/ Rachel Fleischmann
                                      RACHEL FLEISCHMANN
                                      Assistant Attorney General
                                      Office of the Illinois Attorney General
                                      100 West Randolph Street, 13th Floor
                                      Chicago, Illinois 60601
                                      312- 814-6122 phone
                                      312-814-4425 fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, states that a copy of the attached Notice of Filing was served this 18th day of April 2008 by electronic filing pursuant to Rule XI of this Court's General Order on Electronic Case Filing upon the following:

John Alexis Relias
Franczek Sullivan P.C.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606

and by U.S. Mail upon:

Meg Reynolds
1166 S. Clinton Ave.
Oak Park, IL 60304

By:   /s/ Rachel Fleischmann
RACHEL FLEISCHMANN
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
312- 814-6122 phone
312-814-4425 fax