

Meg Reynolds
1166 S. Clinton Ave.
Oak Park, IL 60304

Clerk of Court
U.S. District court
Northern District of Illinois
20th floor
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

FILED
Apr 24, 2008
APR 24 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv1507

Re:   Reynolds v. Oak Park-River Forest School District 200, et al.
      Certificates of Service

Dear Sir/Madam:

Attached are Certificates of Service for the following motions:

-Motion for Continuance with Affidavit (filed March 26, 2008)
-Objection to Defendants' Motion to Extend Time to Answer (filed April 10, 2008)

Thank you.

Sincerely,

Meg Reynolds
Meg Reynolds



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Tom Reynolds-Ejzak, by his natural mother and guardian, **Meg Reynolds**, <br><br> Plaintiff(s), <br><br> Vs. <br><br> **Oak Park-River Forest School District 200**, Local School District; **Board of Education of Oak Park-River Forest School District 200**; and **The Illinois State Board of Education**, <br><br> Defendants. | CASE NO. 08-C-1507 <br> Judge John W. Darrah |

F I L E D
Apr 24, 2008
APR 24 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Certificate Of Service

  I, Meg Reynolds, pro se Plaintiff, certify that on April 11, 2008 I served a true copy of Plaintiffs' Objection to Defendants' Motion to Extend Time to Answer Amended Complaint by faxing these documents on that day and also placing them in the U.S. Mail, postage pre-paid, the next day to the following individuals:

    **Defendant Oak Park-River Forest School District 200, et al. counsel of record:**

    John A. Relias, Esq.
    Franczek Sullivan PC
    300 South Wacker Drive.
    Chicago, IL 60606
    Fax no.: 312-986-9192

    **Illinois State Board of Education counsel of record:**

    Rachel Fleischmann, Esq.
    Illinois Attorney General's Office
    100 W. Randolph Street, 13th Floor
    Chicago, Illinois 60601
    Fax no. 312-814-4425

Dated this 12th day of April, 2008

_____
Meg Reynolds

```
Confirmation Report - Memory Send

                                    Date & Time: Apr-11-2008  03:46pm
                                    Tel line    : 13122975956
                                    Machine ID  : BCBSA


Job number              :   090

Date & Time             :   Apr-11 03:35pm

To                      :   98144425

Number of pages         :   050

Start time              :   Apr-11 03:35pm

End time                :   Apr-11 03:46pm

Pages sent              :   050

Status                  :   OK

Job number    : 090              *** SEND SUCCESSFUL ***
```

To: Rachel Fleischman
AG's Ofc

From:
Meg Rey no lds

## Confirmation Report - Memory Send

Date & Time: Apr-11-2008 03:33pm
Tel line : 13122975956
Machine ID : BCBSA

| | | |
|---|---|---|
| Job number | : | 088 |
| Date & Time | : | Apr-11 03:27pm |
| To | : | 99869192 |
| Number of pages | : | 055 |
| Start time | : | Apr-11 03:27pm |
| End time | : | Apr-11 03:33pm |
| Pages sent | : | 055 |
| Status | : | OK |

Job number : 088 *** SEND SUCCESSFUL ***

Meg Reynolds
1166 S. Clinton Ave.
Oak Park, IL 60304
(for certified mail:
c/o BCBSA
225 N. Michigan Ave.
Chicago, IL 60601)

April 11, 2008

**Faxed to 312-986-9192 — Original to follow by U.S. Mail**
John A. Relias, Esq.
Franczek Sullivan PC
300 S. Wacker Drive, #3400
Chicago, IL 60606

Re: Reynolds v. Oak Park-River Forest School District 200, et al.

Dear Mr. Relias:

Attached are copies of the following motions and documents filed with the court yesterday in the above-named case:

1. Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Amended Complaint
2. Affidavit of Meg Reynolds as Exhibit A to Plaintiffs' Response in Opposition, etc.
3. Legal Memorandum in Support
4. Motion to Extend Under F.R.App.P. Rule 4(a)(5)
5. Motion for Extension under F.R.Civ. Proc. Rule 6(b)
6. Plaintiffs' Opposition and Objection to Defendant Illinois State Board of Education's Motion for Extension of Time to Answer

Sincerely,
Meg Reynolds
Meg Reynolds