

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

Tom Reynolds-Ejzak, by his natural mother )
and guardian, Meg Reynolds,              )
                                         )
                    Plaintiff(s),        )
                                         )
Vs.                                      )    CASE NO. 08-C-1507
                                         )    Judge John W. Darrah
Oak Park-River Forest School District 200, )
Local School District; Board of Education )
of Oak Park-River Forest School District )
200; and The Illinois State Board of
Education,

F I L E D
Apr 24, 2008
APR 24 2008  YM

                    Defendants.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Certificate Of Service


     I, Meg Reynolds, pro se Plaintiff, certify that on March 26, 2008 I served a true copy of a Notice of Motion and Motion for Continuance with Affidavit by faxing these documents on that day to the following individuals:

          **Defendant Oak Park-River Forest School District 200, et al. counsel of record:**

          **John A. Relias, Esq.**
          Franczek Sullivan PC
          300 South Wacker Drive.
          Chicago, IL 60606
          Fax no.: 312-986-9192

          **Illinois State Board of Education:**

          **Darren Reisberg, Esq.**
          General Counsel
          Illinois State Board of Education
          100 W. Randolph Street, 13th Floor
          Chicago, Illinois 60601
          Fax no. 312-814-8871

Dated this 26th day of March, 2008

Meg Reynolds



# RDL Copy Centre, Inc.

**7230 W. Roosevelt**
**Forest Park, Illinois, 60130**

◆ ◆ ◆

**Phone 708-771-8855**
**Fax 708-771-8865**

DATE ___3/26/08___

## FAX COVER SHEET

TO: ___John Relias, Esq.___

ATTN: ___c/o Franczek, Sullivan___

FAX NO.: ___312-986-9192___

MESSAGE: ___Pls see attached Notice of Motion___
___and Motion for Continuance with Affidavit___

SIGNED: ___Meg Reynolds___

___22___ PAGES TRANSMITTED INCLUDING COVER SHEET.



TIME : 03/26/2008 14:53

TRANSMISSION VERIFICATION REPORT

| | |
|---|---|
| DATE,TIME | 03/26 14:46 |
| FAX NO./NAME | 13129869192 |
| DURATION | 00:06:45 |
| PAGE(S) | 22 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



# *RDL Copy Centre, Inc.*

**7230 W. Roosevelt**
**Forest Park, Illinois, 60130**

◆ ◆ ◆

**Phone 708-771-8855**
**Fax 708-771-8865**

DATE _3-26-08_

### FAX COVER SHEET

TO: _Darren Reisberg, Esq._

ATTN: _General Counsel, Illinois State Board of Education_

FAX NO.: _312-814-8871_

MESSAGE: _Please see attached Notice of Motion and Motion for Continuance with Affidavit_

SIGNED: _Meg Reynolds_

_22_ PAGES TRANSMITTED INCLUDING COVER SHEET.

TIME : 03/26/2008 14:42

TRANSMISSION VERIFICATION REPORT



| | |
|---|---|
| DATE,TIME | 03/26 14:35 |
| FAX NO./NAME | 13128148871 |
| DURATION | 00:06:40 |
| PAGE(S) | 22 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |