**ꞮFILED**

APR 3 0 2008
Apr 30 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_CH_

Meg Reynolds, p.u se
**PLAINTIFF**

VS.

Oak Park - River Forest
Sch. Dist. 200, et al. **DEFENDANT**

CASE NO. 08-C-1507

Judge John Darrah

## NOTICE OF MOTION

TO: ① Fo: Oak Park River Forest
Sch Dist 200 et al.
John A. Relias, Francesca Sullivan
300 S. Wacker Dr. # 3400
Chicago, IL 60606

② Illinois State Board of Educ.
Rachel Fleischmann
Ill. Atty General's Of c
100 W. Randolph, 13th fl
Chicago, IL 60601

On Tuesday, May 13 at 9 (a.m.) / p.m. or as soon thereafter as

counsel may be heard, I shall appear before the Honorable Judge John Darrah in

Courtroom 1203 at the United States District Court Northern District of Illinois, Eastern Division,

219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion Requesting Leave

to File Brief Sur-Reply (incl. Proposed Sur-Reply)

Name Meg Reynolds

Address 1166 S. Clinton Ave.

City / Zip Oak Park, IL 60304

Telephone 312-297-6935

Certified mail: c/o BCBSA - Personal
225 N. Michigan Ave.
Chicago IL 60601

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 30th day of April, 2008

I served a copy of this notice to each person whom it is directed by way of fax and

U.S. Mail

Meg Reynolds
**SIGNATURE / CERTIFICATION**

4/30/08
**DATE**