# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1507 | **DATE** | May 1, 2008 |
| **CASE TITLE** | Reynolds v. Oak Park-River Forest School Dist. 200, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Leave to File a Sur-Reply [33], [34] is granted.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|