Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1507 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Meg Reynolds vs. Oak Park River Forest School District 200, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motion to dismiss is granted [9]. Reynolds' amended complaint is dismissed with prejudice in its entirety. Enter Memorandum Opinion and Order. Case closed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | MF |
|---|---|---|