# United States District Court
## Northern District of Illinois
### Eastern Division

Meg Reynolds

v.

Oak Park River Forest School District 200, et. al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 1507

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 5/22/08 memorandum opinion and order, defendants' motion to dismiss is granted [9]. Reynolds' amended complaint is dismissed with prejudice in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 5/22/2008

/s/ Melanie A. Foster, Deputy Clerk