**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Meg Reynolds, et al.

                                          Plaintiff,

v.                                                    Case No.:
                                                      1:08–cv–01507
                                                      Honorable John W.
                                                      Darrah

Oak Park River Forest School District 200, Local
School District, et al.

                                          Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

         MINUTE entry before the Honorable John W. Darrah:The Court's 5/20/08 minute order is amended to reflect the following Defendants' motion to withdraw and substitute an attorney is granted [39]. Romano D. DiBenedetto is granted leave to withdraw as counsel and Kevin Frey is granted leave to substitute and file an appearance as counsel for the defendants.Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.