IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Meg Reynolds,** individually and on behalf of her minor child **Tom Reynolds-Ejzak,** )<br>)<br>) | |
| Plaintiff(s), )<br>) | |
| Vs. ) | CASE NO. 08-C-1507<br>Judge John W. Darrah |
| ) | |
| **Oak Park-River Forest School District 200,** )<br>**Local School District; Board of Education** )<br>**of Oak Park-River Forest School District** )<br>**200;** and **The Illinois State Board of** )<br>**Education,** | |
| Defendants. | |

### NOTICE OF MOTION

To:   John A. Relias
        Franczek Sullivan P.C.
        300 S. Wacker Dr., Suite 3400
        Chicago, IL 60606

        Rachel Fleischmann, Esq.
        Office of the Illinois Attorney General
        100 W. Randolph Street, 13th Floor
        Chicago, Illinois 60601

**FILED**

JUN 0 3 2008  TC
Jun 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

   **PLEASE TAKE NOTICE** that on Tuesday, June 10, 2008 at 9 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, or whoever may be sitting in his stead, Room 1203 in the U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois, and there shall present the ~~attached~~ PLAINTIFFS' MOTION TO RECONSIDER AND FOR CLARIFICATION. (previously filed)

Respectfully Submitted,

Meg Reynolds

Meg Reynolds, pro se and for Plaintiff Tom Reynolds-Ejzak

_____
Print Name

1166 South Clinton Avenue
Oak Park, IL 60304
Telephone: 312-297-6935
Fax: 312-297-5956
E-Mail Address:
megreynolds@sbcglobal.net

For certified mailings:

c/o BCBSA
225 N. Michigan Ave.
Chicago, IL 60601

2