## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Meg Reynolds, et al.

                    Plaintiff,

v.

                    Case No.: 1:08−cv−01507

                    Honorable John W. Darrah

Oak Park River Forest School District 200, Local School District, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

    MINUTE entry before the Honorable John W. Darrah: Plaintiff's motion to clarify and for reconsideration [43] is entered and briefed as follows: response by 6/24/08, reply by 7/15/08. Status hearing set for 8/28/08 at 9:00 a.m. Defendant ISBE will not brief this issue, but will stand on the administrative record. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.