

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MEG REYNOLDS**, individually and on behalf of her minor child, **TOM REYNOLDS-EJZAK**,<br><br>Plaintiff(s),<br><br>Vs.<br><br>**Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200; and The Illinois State Board of Education,**<br><br>Defendants. | CASE NO. 08C 1507<br><br>Hon. Judge John W. Darrah<br><br>**F I L E D**<br>JUL 1 5 2008<br>Jul 15, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### NOTICE OF MOTION

To:

**Defendants Oak Park-River Forest School District 200, et al. counsel of record:**

**John A. Relias, Esq.**
Franczek Sullivan PC
300 South Wacker Drive.
Chicago, IL 60606
Fax no.: 312-986-9192

**Defendant Illinois State Board of Education counsel of record:**

**Rachel Fleischmann, Esq.**
Illinois Attorney General's Office
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Fax no. 312-814-4425

PLEASE TAKE NOTICE that on Tuesday, ~~July 22~~ Aug. 19 at 9 a.m. or as soon thereafter as possible, I shall appear before the Honorable John W. Darrah, Room 1203, U.S. District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, and present

**Plaintiffs' Motion for Leave to Amend and Supplement Amended Complaint**, copies of which are hereby served upon you.

                            Meg Reynolds, individually and for her son Tom Reynolds-Ejzak

By: _____*Meg Reynolds*_____
                            Meg Reynolds
                            1166 S. Clinton Ave.
                            Oak Park, IL 60304
                            *For certified mail:*
                            c/o BCBSA
                            225 N. Michigan Ave.
                            Chicago, Illinois 60601
                            Dated: July 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Tom Reynolds-Ejzak**, by his natural mother and guardian, **Meg Reynolds**, <br><br> Plaintiff(s), <br><br> Vs. <br><br> **Oak Park-River Forest School District 200, Local School District; Board of Education of Oak Park-River Forest School District 200;** and **The Illinois State Board of Education,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 08-C-1507 <br> Judge John W. Darrah |

### Certificate Of Service

I, Meg Reynolds, pro se Plaintiff, certify that on July 15, 2008 I served a true copy of Plaintiffs' Reply to Defendant School District's Response to Plaintiffs' Motion for Reconsideration and Clarification and Memorandum in support of Motion for Leave to Amend Complaint; Motion for Leave to Amend and Supplement Amended Complaint; and proposed Second Amended Complaint by placing them in the U.S. Mail, postage pre-paid, to the following individuals:

**Defendant Oak Park-River Forest School District 200, et al. counsel of record:**

**John A. Relias, Esq.**
Franczek Sullivan PC
300 South Wacker Drive.
Chicago, IL 60606
Fax no.: 312-986-9192

**Illinois State Board of Education counsel of record:**

**Rachel Fleischmann, Esq.**
Illinois Attorney General's Office
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Fax no. 312-814-4425

Dated this 15th day of July, 2008

_____
Meg Reynolds