Meg Reynolds
1166 S. Clinton Ave.
Oak Park, IL 60304



FILED
JUL 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 15, 2008

The Honorable Judge John W. Darrah
U.S. District Court for the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    Reynolds v. Oak Park-River Forest School District 200, et al.,
            Case No. 08C 1507

Dear Judge Darrah:

Attached please find courtesy copies of the following documents:

1. Reply to Defendant School District's Response to Plaintiffs' Motion for Reconsideration and Clarification and Memorandum in Support of Motion for Leave to Amend Complaint

2. Notice of Motion scheduling presentment of Motion for Leave to Amend Complaint on Tuesday, ~~July 22~~ Aug. 19 at 9 a.m.

3. Certificate of Service

4. Motion for Leave to Amend and Supplement First Amended Complaint (with proposed Second Amended Complaint Attached)

Please note that the Memorandum in Support of the motion identified in Item 4 is contained in the Reply, etc. identified in Item 1.

Sincerely,

Meg Reynolds

Cc:    John Relias, Esq., for Defendant School District
         Rachel Fleischmann, Esq., for Defendant ISBE