# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08cv1507 | **DATE** | July 21, 2008 |
| **CASE TITLE** | Meg Reynolds v. Oak Park-River Forest School District | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Leave to Amend and Supplement First Amended Complaint [47] is entered and continued to August 28, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|