# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1507 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Meg Reynolds vs. Oak Park River Forest School District 200 | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, plaintiff's motion to reconsider and for clarification is denied [42]. Plaintiff's motion for leave to amend and supplement her first amended complaint [47] is denied. Plaintiff is given leave to file, within 10 days of the date of this order, a proposed amended complaint alleging only causes of action under the Rehabilitation Act and the ADA. Enter Memorandum Opinion and Order. Status hearing set for 9/11/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

00:10

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|